UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE, LLC.<br><br>*Defendant*. | Civil Action No. 7:25-cv-00313<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE AND STIPULATIONS OF DISMISSAL OF
CERTAIN OF PLAINTIFF'S CLAIMS WITHOUT PREJUDICE**

Plaintiff Daedalus Prime LLC ("Daedalus") and Defendant Google, LLC ("Google") hereby file this Joint Notice of Voluntary Dismissal of Certain of Plaintiff's Claims Without Prejudice, and respectfully show as follows:

Plaintiff Daedalus hereby voluntarily dismisses, without prejudice, its claims of pre-suit indirect and willful infringement against Google from the Complaint for Patent Infringement (ECF No. 1). The parties agree to permit fact discovery on pre-suit indirect and willful infringement during the first three months of fact discovery. Within those three months after fact discovery opens, Daedalus may re-plead its pre-suit indirect and willful infringement allegations with specificity if supported by a good faith basis under Fed. R. Civ. P. 11.

In light of these developments, the parties have also agreed that Google may have until October 31, 2025 to respond to Daedalus's Complaint.

1

Respectfully Submitted,

Dated: October 9, 2025

By: /s/ Heng Gong
Garland Stephens
 LEAD ATTORNEY
 Texas Bar No. 24053910
 garland@bluepeak.law
John Brinkmann
 Texas Bar No. 24068091
 john@bluepeak.law
Richard Koehl
 Texas Bar No. 24115754
 richard@bluepeak.law
Robert Magee
 California Bar No. 271443 (*pro hac vice*)
 robert@bluepeak.law
Heng Gong
 New York Bar No. 4930509  (*pro hac vice*)
 heng@bluepeak.law

**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX  77025
Telephone: 281-972-3036

Of Counsel:
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

By: /s/ David Silbert
David Silbert (*to be admitted pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*to be admitted pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*to be admitted pro hac vice*)
csun@keker.com
Andrew S. Bruns (*to be admitted pro hac vice*)
abruns@keker.com
Vishesh Narayen *(to be admitted pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*to be admitted pro hac vice*)
rhayward@keker.com
Jacqueline Concilla (*to be admitted pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*to be admitted pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nate St. Clair, II
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

*Attorneys for Defendant GOOGLE LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure on this 10th day of October 2025.

              */s/ Mark D. Siegmund*
              Mark D. Siegmund