UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Civil Action No. 7:25-cv-00313-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Justin Constant of Blue Peak Law Group LLP enters his appearance on behalf of Plaintiff Daedalus Prime LLC in the above-captioned case.

Justin Constant may receive all copies of future pleadings, orders, notices, and communication from this Court and from other parties at:

Blue Peak Law Group LLP
3139 West Holcombe Blvd., PMB 8160
Houston, TX 77025
Tel: 832-331-3717; Fax: 346-346-0161
Email: justin@bluepeak.law

Respectfully Submitted,

*/s/ Justin Constant*
Justin Constant (Texas Bar No. 24067551)
justin@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Tel: 832-331-3717
Fax: 346-346-0161

*Attorney for Daedalus Prime LLC*

1

**CERTIFICATE OF SERVICE**

      A true and correct copy of the Notice of Appearance served via CM/ECF to all counsel of record on February 17, 2026.

      By:   */s/ Justin Constant*
            Justin Constant