UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DAEDALUS PRIME LLC., | § § § | Civil Action No.  7:25-cv-0313-DC-DTG |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

## Notice of Appearance

Please take notice that Arthur Gollwitzer III of the law firm Jackson Walker L.L.P. files this Notice of Appearance as counsel for defendant, Google LLC, for the purpose of receiving service of all pleadings, notices, CM/ECF notifications, orders, and other papers in the above-captioned matter.

Date: February 25, 2026                Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: /s/ *Arthur Gollwitzer III*
Arthur Gollwitzer III
Texas State Bar No. 24073336
agollwitzer@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

*Attorney for Defendant Google LLC*

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, hereby certify that on February 25, 2026, I electronically filed the following document:

## Notice of Appearance

with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to the following counsels of record:

Garland Stephens
garland@bluepeak.law
John Brinkmann
john@bluepeak.law
Richard Koehl
richard@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025

Robert Magee
robert@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306

Heng Gong
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
21 Kesington RD
Scarsdale, NY 10583

Mark D. Siegmund
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710

-3-

William D. Ellerman
wellerman@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231

*Attorneys for Plaintiff Daedalus Prime LLC*

David J. Silbert (pro hac vice)
dsilbert@keker.com
Erin E. Meyer (pro hac vice)
emeyer@keker.com
Christopher S. Sun (pro hac vice)
csun@keker.com
Andrew S. Bruns (pro hac vice)
abruns@keker.com
Vishesh Narayen (pro hac vice)
vnarayen@keker.com
Ryan J. Hayward (pro hac vice)
rhaywayrd@keker.com
Jacqueline Concilla (pro hac vice)
jconcilla@keker.com
Niharika Sachdeva (pro hac vice)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111

Tyler T. VanHoutan
tvanhoutan@mcguirewoods.com
McGuire Woods LLP
845 Texas Ave., Suite 2400
Houston, TX 77002

*Attorneys for Defendant Google LLC*

/s/ Arthur Gollwitzer III
Arthur Gollwitzer III

47305321v.1