# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| DAEDALUS PRIME, LLC, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 7:25-cv-00313-DC-DTG |
| GOOGLE, LLC, | § § |
| Defendant. | § § |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GOOGLE LLC

Defendant Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & VanDeventer, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Google, in the above-referenced matter.

Dated: March 13, 2026

Respectfully submitted,

 /s/ Jennifer P. Ainsworth
Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091

*Attorney for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 13th day of March, 2026.

*/s/ Jennifer P. Ainsworth*
Jennifer Parker Ainsworth