UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

DAEDALUS PRIME, LLC

vs.
GOOGLE, LLC

Case No.: 7:25-cv-00313-DC-DTG

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Karineh Khachatourian__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Google, LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __KXT Law, LLP__ with offices at:

    Mailing address: __1775 Woodside Road, Suite 204__
    City, State, Zip Code: __Redwood City, CA  94061__
    Telephone: __650-239-0420__   Facsimile: __650-249-5013__

2. Since __10/21/1999__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__.
    Applicant's bar license number is __202634__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC, Northern District of California | 4/6/2000 |
    | USDC, Central District of California | 5/7/2004 |
    | U.S. Court of Appeals, Fed. Circuit | 7/6/2016 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:21-cv-00467-ADA on the 17 day of May, 2021.

Number: 6:21-cv-00432-ADA on the 15 day of June, 2021.

Number: See attached list on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Jennifer P. Ainsworth, Wilson, Robertson & VanDeventer, P.C.

Mailing address: 909 E Southeast Loop 323, Suite 400

City, State, Zip Code: Tyler, Texas 75701-9103

Telephone: 903-509-5000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Karineh Khachatourian to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Karineh Khachatourian
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 13th day of March, 2026.

Karineh Khachatourian
[printed name of Applicant]

[signature of Applicant]

5. Motion for Admission Pro Hac Vice – Additional Cases I have previously applied to Appear Pro Hac Vice:

Number: 6:22-cv-00573-ADA-DTG on the 22 day of July, 2022.

Number: 1:26-cv-00081-ADA on the 12 day of December, 2025.