UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

DAEDALUS PRIME, LLC

vs.

GOOGLE, LLC

Case No.: 7:25-cv-00313-DC-DTG

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Trevor Giampaoli, counsel for Google, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Trevor Giampaoli may appear on behalf of Google, LLC in the above case.

IT IS FURTHER ORDERED that Trevor Giampaoli, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March, 20 2026.

_____
UNITED STATES DISTRICT JUDGE