# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

DAEDALUS PRIME, LLC

vs.   Case No.: 7:25-cv-00313-DC-DTG

GOOGLE, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Karineh Khachatourian, counsel for Google, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Karineh Khachatourian may appear on behalf of Google, LLC in the above case.

IT IS FURTHER ORDERED that Karineh Khachatourian, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March, 20 2026 .

_____
UNITED STATES DISTRICT JUDGE