# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

DAEDALUS PRIME, LLC

vs.                                              Case No.:  7:25-cv-00313-DC-DTG
GOOGLE, LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Trevor Giampaoli_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __Google, LLC_____ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
__KXT Law, LLP_____ with offices at:

Mailing address: __1775 Woodside Road, Suite 204_____

City, State, Zip Code: __Redwood City, CA  94061_____

Telephone: __650-271-9928_____    Facsimile: _____

2.    Since __2023_____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of __California_____.

Applicant's bar license number is __351619_____.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Northern District of California | 12/15/2023 |
| Central District of California | 12/15/2023 |
|  |  |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 1:26-cv-00081-ADA____ on the 12__ day of December_____, 2025__.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: Jennifer P. Ainsworth, Wilson, Robertson & VanDeventer, P.C.

Mailing address: 909 E Southeast Loop 323, Suite 400

City, State, Zip Code: Tyler, Texas 75701-9103

Telephone: 903-509-5000


Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Trevor Giampaoli to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,

Trevor Giampaoli

[printed name of Applicant]

[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 13th day of March , 2026 .


Trevor Giampaoli

[printed name of Applicant]

[signature of Applicant]