**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC, | |
| *Plaintiff*, | Civil Action No. 7:25-cv-00313-DC-DTG |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE, LLC. | |
| *Defendant*. | |

**PLAINTIFF DAEDALUS PRIME LLC'S NOTICE OF RELATED CASES**

Pursuant to the Court's Order Governing Proceedings – Patent Cases, Plaintiff Daedalus Prime LLC ("Daedalus Prime") hereby notifies this Court of the following cases which share at least one common asserted patent:

- *Daedalus Prime LLC v. Marvell Technology, Inc.*, Civil Action No. 1:26-CV-00081-ADA (W.D. Tex.), currently assigned to Judge Albright.

- 1 -

Dated: March 20, 2026

Respectfully submitted,

*/s/ Mark D. Siegmund*
Garland Stephens
  LEAD ATTORNEY
  Texas Bar No. 24053910
  garland@bluepeak.law
Richard Koehl
  Texas Bar No. 24115754
  richard@bluepeak.law
John Brinkmann
  Texas Bar No. 24068091
  john@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd, PMB 8160
Houston, TX  77025
Telephone: 281-972-3036

Robert Magee
  California Bar No. 271443 (*pro hac vice*)
  robert@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3790 El Camino Real, PMB 846
Palo Alto, CA 94306
Telephone: 281-972-3036

Heng Gong
  New York Bar No. 4930509 (*pro hac vice*)
  heng@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
PO Box 20005
New York, NY 10025
Telephone: 281-972-3036

Of Counsel:
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

- 2 -

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND JAMES PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2026, the foregoing document, *PLAINTIFF DAEDALUS PRIME LLC'S NOTICE OF RELATED CASES*, was served on all counsel of record via CM/ECF.

/s/ Mark D. Siegmund
Mark D. Siegmund

- 3 -