## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## DECLARATION OF ERIN E. MEYER IN SUPPORT OF GOOGLE LLC'S OPENING CLAIM CONSTRUCTION BRIEF

6104655

I, ERIN E. MEYER, declare as follows:

1.      I am an attorney licensed to practice in the State of California. I am a partner at Keker, Van Nest and Peters, LLP, and I represent Defendant in this action. I submit this declaration in support of Google LLC's Opening Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      Attached hereto as **Exhibit A** is a true and correct copy of United States Patent No. 8,775,833 B2, issued on July 8, 2014, assigned to Intel Corporation.

3.      Attached hereto as **Exhibit B** is a true and correct copy of United States Patent 8,898,494 B2, issued on November 25, 2014, assigned to Intel Corporation.

4.      Attached hereto as **Exhibit C** is a true and correct copy of United States Patent No. 10,372,197 B2, issued on August 6, 2019, assigned to Intel Corporation.

5.      Attached hereto as **Exhibit D** is a true and correct copy of United States Patent No. 11,507,167 B2, issued on November 22, 2022, assigned to Daedalus Prime, LLC.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a document titled Remarks/Arguments dated November 2, 2018, from the patent file history of United States Patent No. 10,372,197 B2 bearing production numbers PUB_GOOGLE00001125 – 1130.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a document produced in this case by Plaintiff titled *Intel Invention Disclosure*, labeled as "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" and bearing production numbers INTEL000132 – 147. This document has been filed under seal.

8.      Attached hereto as **Exhibit G** is a true and correct copy of a public post on LKML by Len Brown with the subject "*x86_energy_perf_policy.c*."

1

6104655

(https://lkml.org/lkml/headers/2010/9/28/246) dated September 28, 2010 & last accessed on January 23, 2026, bearing production numbers GOOG-DPRIME-PA-00000161 – 171.

9. Attached hereto as **Exhibit H** is a true and correct copy of a public post on Github by "lenb" titled "*Commit d5532ee*" (https://github.com/torvalds/linux/commit/d5532ee7b40b4a64e605e543b0387694430ecb79), dated January 11, 2011 & last accessed on January 28, 2026, bearing production numbers GOOG-DPRIME-PA-00000605 – 617.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the Intel 64 and IA-32 Architectures Software Developer's Manual Volume 3A: System Programming Guide, Part 1, dated September 2010, bearing production numbers GOOG-DPRIME-PA-00007427 – 8 & GOOG-DPRIME-PA-00008040 – 1.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of a document titled *Patent Owner's Preliminary Response Pursuant to 37 C.F.R. § 42,107(A)*, from Inter Partes Review Case No. IPR2023-00617 (United States Patent No. 8,898,494), dated August 14, 2023.

12. Attached as **Exhibit K** is a true and correct copy of excerpts of a document titled *Judgment* from Inter Partes Review Case No. IPR2023-01343 (United States Patent No. 8,898,494), dated January 8, 2025.

13. Attached as **Exhibit L** is a true and correct copy of excerpts of a document titled *Decision* from Inter Partes Review Case No. IPR2023-00617 (United States Patent No. 8,898,494), dated October 11, 2023.

6104655

14. Attached as **Exhibit M** is a true and correct copy of excerpts of a document titled *Decision* from Inter Partes Review Case No. IPR2023-01343 (United States Patent No. 8,898,494), dated February 13, 2024.

15. Attached hereto as **Exhibit N** is a true and correct copy of an Office Action, dated October 4, 2013, from the patent file history of United States Patent No. 8,898,494 B2 bearing production numbers PUB_GOOGLE00001450 – 1467.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts to the Oxford English Dictionary for the definition of the word "balance" (https://www.oed.com/dictionary/balance_v?tab=meaning_and_use&tl=true), dated 2026 & last accessed on March 18, 2026, bearing production numbers GOOG-DPRIME-PA00033360 – 369.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.  Executed on April 1, 2026, in San Francisco, California.

_____
ERIN E. MEYER

3