# EXHIBIT H



torvalds / linux (Public)

<> Code    Pull requests    Actions    Projects    Security    Insights

# Commit d5532ee

lenb committed on Jan 11, 2011

```
tools: create power/x86/x86_energy_perf_policy

MSR_IA32_ENERGY_PERF_BIAS first became available on Westmere Xeon.
It is implemented in all Sandy Bridge processors -- mobile, desktop and server.
It is expected to become increasingly important in subsequent generations.

x86_energy_perf_policy is a user-space utility to set the
hardware energy vs performance policy hint in the processor.
Most systems would benefit from "x86_energy_perf_policy normal"
at system startup, as the hardware default is maximum performance
at the expense of energy efficiency.

See x86_energy_perf_policy.8 man page for more information.

Background:

Linux-2.6.36 added "epb" to /proc/cpuinfo to indicate
if an x86 processor supports MSR_IA32_ENERGY_PERF_BIAS,
without actually modifying the MSR.

In March, 2010, Venkatesh Pallipadi proposed a small driver
that programmed MSR_IA32_ENERGY_PERF_BIAS, based on
the cpufreq governor in use.  It also offered
a boot-time cmdline option to override.
http://lkml.org/lkml/2010/3/4/457
But hiding the hardware policy behind the
governor choice was deemed "kinda icky".

In June, 2010, I proposed a generic user/kernel API to
generalize the power/performance policy trade-off.
"RFC: /sys/power/policy_preference"
http://lkml.org/lkml/2010/6/16/399
That is my preference for implementing this capability,
but I received no support on the list.

So in September, 2010, I sent x86_energy_perf_policy.c to LKML,
a user-space utility that scribbles directly to the MSR.
http://lkml.org/lkml/2010/9/28/246

Here is that same utility, after responding to some review feedback,
to live in tools/power/, where it is easily found.

Signed-off-by: Len Brown <len.brown@intel.com>
```

GOOG-DPRIME-PA-00000605

⌥ master   ·  ◇ v6.19-rc7  •••  v2.6.38-rc1

1 parent f6f94e2 commit d5532ee  ⧉

---

▣  **3 files changed**  **+437** **-0**  lines changed          ↑ Top  ⚙

🔍  Filter files...                                                       ⇶

⌄  📁  tools/power/x86/x86_energy_perf_policy

   ⊞  Makefile

   ⊞  x86_energy_perf_policy.8

   ⊞  x86_energy_perf_policy.c

---

▣  **3 files changed**  **+437** **-0**  lines changed     ↑ Top   🔍 Search within code   ⚙

⌄   **tools/power/x86/x86_energy_perf_policy/Makefile**                        •••

```
        @@ -0,0 +1,8 @@
1   +  x86_energy_perf_policy : x86_energy_perf_policy.c
2   +
3   +  clean :
4   +      rm -f x86_energy_perf_policy
5   +
6   +  install :
7   +      install x86_energy_perf_policy /usr/bin/
8   +      install x86_energy_perf_policy.8 /usr/share/man/man8/
```

⌄   **.../x86_energy_perf_policy/x86_energy_perf_policy.8**                     •••

```
        @@ -0,0 +1,104 @@
1   +  .\"  This page Copyright (C) 2010 Len Brown <len.brown@intel.com>
2   +  .\"  Distributed under the GPL, Copyleft 1994.
3   +  .TH X86_ENERGY_PERF_POLICY 8
4   +  .SH NAME
5   +  x86_energy_perf_policy \- read or write MSR_IA32_ENERGY_PERF_BIAS
6   +  .SH SYNOPSIS
7   +  .ft B
8   +  .B x86_energy_perf_policy
9   +  .RB [ "\-c cpu" ]
```

GOOG-DPRIME-PA-00000606

```
+ .RB [ "\-v" ]
+ .RB "\-r"
+ .br
+ .B x86_energy_perf_policy
+ .RB [ "\-c cpu" ]
+ .RB [ "\-v" ]
+ .RB 'performance'
+ .br
+ .B x86_energy_perf_policy
+ .RB [ "\-c cpu" ]
+ .RB [ "\-v" ]
+ .RB 'normal'
+ .br
+ .B x86_energy_perf_policy
+ .RB [ "\-c cpu" ]
+ .RB [ "\-v" ]
+ .RB 'powersave'
+ .br
+ .B x86_energy_perf_policy
+ .RB [ "\-c cpu" ]
+ .RB [ "\-v" ]
+ .RB n
+ .br
+ .SH DESCRIPTION
+ \fBx86_energy_perf_policy\fP
+ allows software to convey
+ its policy for the relative importance of performance
+ versus energy savings to the processor.
+
+ The processor uses this information in model-specific ways
+ when it must select trade-offs between performance and
+ energy efficiency.
+
+ This policy hint does not supersede Processor Performance states
+ (P-states) or CPU Idle power states (C-states), but allows
+ software to have influence where it would otherwise be unable
+ to express a preference.
+
+ For example, this setting may tell the hardware how
+ aggressively or conservatively to control frequency
```

GOOG-DPRIME-PA-00000607

1/28/26, 7:40 PM
tools: create power/x86/x86_energy_perf_policy · torvalds/linux@d5532ee · GitHub
Case 7:25-cv-00313-DG-DTC    Document 65-9    Filed 04/01/26    Page 5 of 14

```
50   + in the "turbo range" above the explicitly OS-controlled
51   + P-state frequency range.  It may also tell the hardware
52   + how aggressively is should enter the OS requested C-states.
53   +
54   + Support for this feature is indicated by CPUID.06H.ECX.bit3
55   + per the Intel Architectures Software Developer's Manual.
56   +
57   + .SS Options
58   + \fB-c\fP limits operation to a single CPU.
59   + The default is to operate on all CPUs.
60   + Note that MSR_IA32_ENERGY_PERF_BIAS is defined per
61   + logical processor, but that the initial implementations
62   + of the MSR were shared among all processors in each package.
63   + .PP
64   + \fB-v\fP increases verbosity.  By default
65   + x86_energy_perf_policy is silent.
66   + .PP
67   + \fB-r\fP is for "read-only" mode - the unchanged state
68   + is read and displayed.
69   + .PP
70   + .I performance
71   + Set a policy where performance is paramount.
72   + The processor will be unwilling to sacrifice any performance
73   + for the sake of energy saving. This is the hardware default.
74   + .PP
75   + .I normal
76   + Set a policy with a normal balance between performance and energy efficiency.
77   + The processor will tolerate minor performance compromise
78   + for potentially significant energy savings.
79   + This reasonable default for most desktops and servers.
80   + .PP
81   + .I powersave
82   + Set a policy where the processor can accept
83   + a measurable performance hit to maximize energy efficiency.
84   + .PP
85   + .I n
86   + Set MSR_IA32_ENERGY_PERF_BIAS to the specified number.
87   + The range of valid numbers is 0-15, where 0 is maximum
88   + performance and 15 is maximum energy efficiency.
89   +
```

GOOG-DPRIME-PA-00000608

```
+ .SH NOTES
+ .B "x86_energy_perf_policy "
+ runs only as root.
+ .SH FILES
+ .ta
+ .nf
+ /dev/cpu/*/msr
+ .fi
+
+ .SH "SEE ALSO"
+ msr(4)
+ .PP
+ .SH AUTHORS
+ .nf
+ Written by Len Brown <len.brown@intel.com>
```

.../x86_energy_perf_policy/x86_energy_perf_policy.c    · · ·

```
      @@ -0,0 +1,325 @@
+ /*
+  * x86_energy_perf_policy -- set the energy versus performance
+  * policy preference bias on recent X86 processors.
+  */
+ /*
+  * Copyright (c) 2010, Intel Corporation.
+  * Len Brown <len.brown@intel.com>
+  *
+  * This program is free software; you can redistribute it and/or modify it
+  * under the terms and conditions of the GNU General Public License,
+  * version 2, as published by the Free Software Foundation.
+  *
+  * This program is distributed in the hope it will be useful, but WITHOUT
+  * ANY WARRANTY; without even the implied warranty of MERCHANTABILITY or
+  * FITNESS FOR A PARTICULAR PURPOSE.  See the GNU General Public License for
+  * more details.
+  *
+  * You should have received a copy of the GNU General Public License along with
+  * this program; if not, write to the Free Software Foundation, Inc.,
+  * 51 Franklin St - Fifth Floor, Boston, MA 02110-1301 USA.
+  */
+
```

GOOG-DPRIME-PA-00000609

```c
#include <stdio.h>
#include <unistd.h>
#include <sys/types.h>
#include <sys/stat.h>
#include <sys/resource.h>
#include <fcntl.h>
#include <signal.h>
#include <sys/time.h>
#include <stdlib.h>
#include <string.h>

unsigned int verbose;       /* set with -v */
unsigned int read_only;     /* set with -r */
char *progname;
unsigned long long new_bias;
int cpu = -1;

/*
 * Usage:
 *
 * -c cpu: limit action to a single CPU (default is all CPUs)
 * -v: verbose output (can invoke more than once)
 * -r: read-only, don't change any settings
 *
 *  performance
 *  Performance is paramount.
 *  Unwilling to sacrafice any performance
 *  for the sake of energy saving. (hardware default)
 *
 *  normal
 *  Can tolerate minor performance compromise
 *  for potentially significant energy savings.
 *  (reasonable default for most desktops and servers)
 *
 *  powersave
 *  Can tolerate significant performance hit
 *  to maximize energy savings.
 *
 * n
 *  a numerical value to write to the underlying MSR.
```

GOOG-DPRIME-PA-00000610

```c
 */
void usage(void)
{
    printf("%s: [-c cpu] [-v] "
        "(-r | 'performance' | 'normal' | 'powersave' | n)\n",
        progname);
    exit(1);
}

#define MSR_IA32_ENERGY_PERF_BIAS    0x000001b0

#define BIAS_PERFORMANCE        0
#define BIAS_BALANCE            6
#define BIAS_POWERSAVE          15

void cmdline(int argc, char **argv)
{
    int opt;

    progname = argv[0];

    while ((opt = getopt(argc, argv, "+rvc:")) != -1) {
        switch (opt) {
        case 'c':
            cpu = atoi(optarg);
            break;
        case 'r':
            read_only = 1;
            break;
        case 'v':
            verbose++;
            break;
        default:
            usage();
        }
    }
    /* if -r, then should be no additional optind */
    if (read_only && (argc > optind))
        usage();
```

GOOG-DPRIME-PA-00000611

```
        /*
         * if no -r , then must be one additional optind
         */
        if (!read_only) {

                if (argc != optind + 1) {
                        printf("must supply -r or policy param\n");
                        usage();
                }

                if (!strcmp("performance", argv[optind])) {
                        new_bias = BIAS_PERFORMANCE;
                } else if (!strcmp("normal", argv[optind])) {
                        new_bias = BIAS_BALANCE;
                } else if (!strcmp("powersave", argv[optind])) {
                        new_bias = BIAS_POWERSAVE;
                } else {
                        char *endptr;

                        new_bias = strtoull(argv[optind], &endptr, 0);
                        if (endptr == argv[optind] ||
                                new_bias > BIAS_POWERSAVE) {
                                fprintf(stderr, "invalid value: %s\n",
                                        argv[optind]);
                                usage();
                        }
                }
        }
}

/*
 * validate_cpuid()
 * returns on success, quietly exits on failure (make verbose with -v)
 */
void validate_cpuid(void)
{
        unsigned int eax, ebx, ecx, edx, max_level;
        char brand[16];
        unsigned int fms, family, model, stepping;
```

GOOG-DPRIME-PA-00000612

```c
        eax = ebx = ecx = edx = 0;

        asm("cpuid" : "=a" (max_level), "=b" (ebx), "=c" (ecx),
            "=d" (edx) : "a" (0));

        if (ebx != 0x756e6547 || edx != 0x49656e69 || ecx != 0x6c65746e) {
            if (verbose)
                fprintf(stderr, "%.4s%.4s%.4s != GenuineIntel",
                        (char *)&ebx, (char *)&edx, (char *)&ecx);
            exit(1);
        }

        asm("cpuid" : "=a" (fms), "=c" (ecx), "=d" (edx) : "a" (1) : "ebx");
        family = (fms >> 8) & 0xf;
        model = (fms >> 4) & 0xf;
        stepping = fms & 0xf;
        if (family == 6 || family == 0xf)
            model += ((fms >> 16) & 0xf) << 4;

        if (verbose > 1)
            printf("CPUID %s %d levels family:model:stepping "
                "0x%x:%x:%x (%d:%d:%d)\n", brand, max_level,
                family, model, stepping, family, model, stepping);

        if (!(edx & (1 << 5))) {
            if (verbose)
                printf("CPUID: no MSR\n");
            exit(1);
        }

        /*
         * Support for MSR_IA32_ENERGY_PERF_BIAS
         * is indicated by CPUID.06H.ECX.bit3
         */
        asm("cpuid" : "=a" (eax), "=b" (ebx), "=c" (ecx), "=d" (edx) : "a" (6));
        if (verbose)
            printf("CPUID.06H.ECX: 0x%x\n", ecx);
        if (!(ecx & (1 << 3))) {
            if (verbose)
                printf("CPUID: No MSR_IA32_ENERGY_PERF_BIAS\n");
```

GOOG-DPRIME-PA-00000613

```c
        exit(1);
    }
    return; /* success */
}

unsigned long long get_msr(int cpu, int offset)
{
    unsigned long long msr;
    char msr_path[32];
    int retval;
    int fd;

    sprintf(msr_path, "/dev/cpu/%d/msr", cpu);
    fd = open(msr_path, O_RDONLY);
    if (fd < 0) {
        printf("Try \"# modprobe msr\"\n");
        perror(msr_path);
        exit(1);
    }

    retval = pread(fd, &msr, sizeof msr, offset);

    if (retval != sizeof msr) {
        printf("pread cpu%d 0x%x = %d\n", cpu, offset, retval);
        exit(-2);
    }
    close(fd);
    return msr;
}

unsigned long long  put_msr(int cpu, unsigned long long new_msr, int offset)
{
    unsigned long long old_msr;
    char msr_path[32];
    int retval;
    int fd;

    sprintf(msr_path, "/dev/cpu/%d/msr", cpu);
    fd = open(msr_path, O_RDWR);
    if (fd < 0) {
```

GOOG-DPRIME-PA-00000614

```
            perror(msr_path);
            exit(1);
        }

        retval = pread(fd, &old_msr, sizeof old_msr, offset);
        if (retval != sizeof old_msr) {
            perror("pwrite");
            printf("pread cpu%d 0x%x = %d\n", cpu, offset, retval);
            exit(-2);
        }

        retval = pwrite(fd, &new_msr, sizeof new_msr, offset);
        if (retval != sizeof new_msr) {
            perror("pwrite");
            printf("pwrite cpu%d 0x%x = %d\n", cpu, offset, retval);
            exit(-2);
        }

    close(fd);

    return old_msr;
}

void print_msr(int cpu)
{
    printf("cpu%d: 0x%016llx\n",
        cpu, get_msr(cpu, MSR_IA32_ENERGY_PERF_BIAS));
}

void update_msr(int cpu)
{
    unsigned long long previous_msr;

    previous_msr = put_msr(cpu, new_bias, MSR_IA32_ENERGY_PERF_BIAS);

    if (verbose)
        printf("cpu%d  msr0x%x 0x%016llx -> 0x%016llx\n",
            cpu, MSR_IA32_ENERGY_PERF_BIAS, previous_msr, new_bias);

    return;
```

GOOG-DPRIME-PA-00000615

Case 7:25-cv-00313-DC-DTG    Document 65-9    Filed 04/01/26    Page 13 of 14

```
}

char *proc_stat = "/proc/stat";
/*
 * run func() on every cpu in /dev/cpu
 */
void for_every_cpu(void (func)(int))
{
    FILE *fp;
    int retval;

    fp = fopen(proc_stat, "r");
    if (fp == NULL) {
        perror(proc_stat);
        exit(1);
    }

    retval = fscanf(fp, "cpu %*d %*d %*d %*d %*d %*d %*d %*d %*d %*d\n");
    if (retval != 0) {
        perror("/proc/stat format");
        exit(1);
    }

    while (1) {
        int cpu;

        retval = fscanf(fp,
            "cpu%u %*d %*d %*d %*d %*d %*d %*d %*d %*d %*d\n",
            &cpu);
        if (retval != 1)
            return;

        func(cpu);
    }
    fclose(fp);
}

int main(int argc, char **argv)
{
    cmdline(argc, argv);
```

GOOG-DPRIME-PA-00000616

```
if (verbose > 1)
    printf("x86_energy_perf_policy Nov 24, 2010"
            " - Len Brown <lenb@kernel.org>\n");
if (verbose > 1 && !read_only)
    printf("new_bias %lld\n", new_bias);

validate_cpuid();

if (cpu != -1) {
    if (read_only)
        print_msr(cpu);
    else
        update_msr(cpu);
} else {
    if (read_only)
        for_every_cpu(print_msr);
    else
        for_every_cpu(update_msr);
}

return 0;
}
```

## Comments  0



Please **sign in** to comment.

GOOG-DPRIME-PA-00000617