# EXHIBIT I



# Intel® 64 and IA-32 Architectures Software Developer's Manual

## Volume 3A:
## System Programming Guide, Part 1

NOTE: The *Intel® 64 and IA-32 Architectures Software Developer's Manual* consists of five volumes: *Basic Architecture*, Order Number 253665; *Instruction Set Reference A-M*, Order Number 253666; *Instruction Set Reference N-Z*, Order Number 253667; *System Programming Guide, Part 1*, Order Number 253668; *System Programming Guide, Part 2*, Order Number 253669. Refer to all five volumes when evaluating your design needs.

Order Number:  253668-036US
September 2010

GOOG-DPRIME-PA-00007427

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT.

UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR IN-TENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITU-ATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "un-defined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The information here is subject to change without notice. Do not finalize a design with this information.

The Intel$^®$ 64 architecture processors may contain design defects or errors known as errata. Current char-acterized errata are available on request.

Intel$^®$ Hyper-Threading Technology requires a computer system with an Intel$^®$ processor supporting Hyper-Threading Technology and an Intel$^®$ HT Technology enabled chipset, BIOS and operating system. Performance will vary depending on the specific hardware and software you use. For more information, see http://www.intel.com/technology/hyperthread/index.htm; including details on which processors support Intel HT Technology.

Intel$^®$ Virtualization Technology requires a computer system with an enabled Intel$^®$ processor, BIOS, virtual machine monitor (VMM) and for some uses, certain platform software enabled for it. Functionality, perfor-mance or other benefits will vary depending on hardware and software configurations. Intel$^®$ Virtualization Technology-enabled BIOS and VMM applications are currently in development.

64-bit computing on Intel architecture requires a computer system with a processor, chipset, BIOS, oper-ating system, device drivers and applications enabled for Intel$^®$ 64 architecture. Processors will not operate (including 32-bit operation) without an Intel$^®$ 64 architecture-enabled BIOS. Performance will vary depend-ing on your hardware and software configurations. Consult with your system vendor for more information.

Enabling Execute Disable Bit functionality requires a PC with a processor with Execute Disable Bit capability and a supporting operating system. Check with your PC manufacturer on whether your system delivers Ex-ecute Disable Bit functionality.

Intel, Pentium, Intel Xeon, Intel NetBurst, Intel Core, Intel Core Solo, Intel Core Duo, Intel Core 2 Duo, Intel Core 2 Extreme, Intel Pentium D, Itanium, Intel SpeedStep, MMX, Intel Atom, and VTune are trade-marks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other coun-tries.

*Other names and brands may be claimed as the property of others.

Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order.

Copies of documents which have an ordering number and are referenced in this document, or other Intel literature, may be obtained by calling 1-800-548-4725, or by visiting Intel's website at http://www.intel.com

Copyright © 1997-2010 Intel Corporation

GOOG-DPRIME-PA-00007428

POWER AND THERMAL MANAGEMENT

- When the OS timer service transfers control, the application can use RDPMC (with ECX = 4000_0001H) to read IA32_PERF_FIXED_CTR1 (MSR address 30AH) to record the unhalted core clocktick (UCC) value; followed by RDPMC (ECX=4000_0002H) to read IA32_PERF_FIXED_CTR2 (MSR address 30BH) to record the unhalted reference clocktick (URC) value. This pair of values is needed for each logical processor for each sampling period.

- The application can calculate the Turbo activity ratio based on the difference of UCC between each sample period, over the difference of URC difference. The effective frequency of each sample period of the logical processor, $i$, can be estimated by:

$$(UCC_{n+1, i} - UCC_{n, i})/(URC_{n+1, i} - URC_{n, i})* Base\_operating\_ratio* 133.33MHz$$

It is possible that the OS had requested a lower-performance P-state during a sampling period. Thus the ratio $(UCC_{n+1, i} - UCC_{n, i})/(URC_{n+1, i} - URC_{n, i})$ can reflect the average of Turbo activity (driving the ratio above unity) and some lower P-state transitions (causing the ratio to be < 1).

It is also possible that the OS might requested C-state transitions when the demand is low. The above ratio generally does not account for cycles any logical processor was idle. On Intel Core i7 processors, an application can make use of the time stamp counter (IA-32_TSC) running at a constant frequency (i.e. Base_operating_ratio* 133.33MHz) during C-states. Thus software can calculate ratios that can indicate fractions of sample period spent in the C0 state, using the unhalted reference clock-ticks and the invariant TSC. Note the estimate of fraction spent in C0 may be affected by SMM handler if the system software makes use of the "FREEZE_WHILE_SMM_EN" capability to freeze performance counter values while the SMM handler is servicing an SMI (see Chapter 20, "Introduction to Virtual-Machine Extensions").

## 14.3.3    Intel Turbo Boost Technology

Intel Turbo Boost Technology is supported in Intel Core i7 processors and Intel Xeon processors based on Intel® microarchitecture codename Nehalem. It uses the same principle of leveraging thermal headroom to dynamically increase processor performance for single-threaded and multi-threaded/multi-tasking environment. The programming interface described in Section 14.3.2 also applies to Intel Turbo Boost Technology.

## 14.3.4    Performance and Energy Bias Hint support

Intel 64 processors may support additional software hint to guide the hardware heuristic of power management features to favor increasing dynamic performance or conserve energy consumption.

Software can detect processor's capability to support performance-energy bias preference hint by examining bit 3 of ECX in CPUID leaf 6. The processor supports this

GOOG-DPRIME-PA-00008040

capability if CPUID.06H:ECX.SETBH[bit 3] is set and it also implies the presence of a new architectural MSR called IA32_ENERGY_PERF_BIAS (1B0H).

Software can program the lowest four bits of IA32_ENERGY_PERF_BIAS MSR with a value from 0 - 15. The values represent a sliding scale, where a value of 0 (the default reset value) corresponds to a hint preference for highest performance and a value of 15 corresponds to the maximum energy savings. A value of 7 roughly translates into a hint to balance performance with energy consumption



**Figure 14-4.  IA32_ENERGY_PERF_BIAS Register**

The layout of IA32_ENERGY_PERF_BIAS is shown in Figure 14-4. The scope of IA32_ENERGY_PERF_BIAS is per logical processor, which means that each of the logical processors in the package can be programmed with a different value. This may be especially important in virtualization scenarios, where the performance / energy requirements of one logical processor may differ from the other. Conflicting "hints" from various logical processors at higher hierarchy level will be resolved in favor of performance over energy savings.

Software can use whatever criteria it sees fit to program the MSR with the appropriate value. However, the value only serves as a hint to the hardware and the actual impact on performance and energy savings is model specific.

## 14.4    MWAIT EXTENSIONS FOR ADVANCED POWER MANAGEMENT

IA-32 processors may support a number of C-states[1] that reduce power consumption for inactive states. Intel Core Solo and Intel Core Duo processors support both deeper C-state and MWAIT extensions that can be used by OS to implement power management policy.

---

1. The processor-specific C-states defined in MWAIT extensions can map to ACPI defined C-state types (C0, C1, C2, C3). The mapping relationship depends on the definition of a C-state by processor implementation and is exposed to OSPM by the BIOS using the ACPI defined _CST table.

GOOG-DPRIME-PA-00008041