# EXHIBIT O

# balance

VERB

## Etymology

### Summary

A borrowing from French.

**Etymon:** French *balancer*.

**< French** *balancer*, **<** *balance*, noun. (Like the noun, in certain senses confused with *ballast*.)

## Meaning & use

I.  **To place or weigh in the scales. Chiefly *figurative*.**

I.1.  *transitive*. To weigh (a matter); to estimate the two aspects or sides of anything; to ponder.        **1692–**

| | |
|---|---|
| **1692** | We Weigh and Ballance things before we pronounce them to be either Good or Evil. |
| | R. L'Estrange, *Fables* cdv. 381 |
| **1775** | Weighing and balancing what you were pleased to mention. |
| | R. B. Sheridan, *Rivals* iii. i |
| **1847** | She balanced this a little, And told me she would answer us to-day. |
| | Lord Tennyson, *Princess* iii. 54 |

I.2.  To weigh two things, considerations, etc., against each other, so as to ascertain which preponderates.        **1596–**

| | |
|---|---|
| **1596** | Then would he ballaunce heauen and hell together. |
| | E. Spenser, *Second Part of Faerie Queene* v.ii. sig. N7 |
| **1610** | Christ..is ballanced with Barabbas, & thought lighter then a murderer. |
| | R. Hill, *Pathway to Prayer* (ed. 4) 283 |
| **1736** | To weigh and balance Pleasures and Uneasinesses. |
| | Bishop J. Butler, *Analogy of Religion* i. iii. 47 |
| **1875** | Truth..is determined by balancing probabilities. |
| | L. H. Grindon, *Life* (new edition) i. 1 |
| **1883** | His good and bad actions are balanced against each other. |

GOOG-DPRIME-PA-00033360

J. Gilmour, *Among Mongols* xviii. 216

**I.3.**  To counterbalance or counterpoise one thing *by*, *with*, or *against* another.    **1624–**

**1624**  That the honor of the Prince..might be deerer to her then to be balanced with that which, etc.
Lord Kensington, *Letter* 31 August in H. Ellis, *Original Letters, Illustrative of English History* (1825) vol. III. 173

**1625**  Another meanes to curbe them, is to Ballance them by others, as Proud as they.
F. Bacon, *Essayes* (new edition) 220

**1850**  A mass of subdued colour may be balanced by a point of a powerful one.
J. Ruskin, *Modern Painters* iii. §i. viii

**1860**  The self-same wisdom which balanced Egypt against Assyria.
E. B. Pusey, *Minor Prophets* 47

**1884**  To balance asymmetrically-placed entrance-doors with lobsided windows.
*American* vol. 7 345

**I.4.**  To bring to or keep in equilibrium. *spec.* of sources of sound (cf. **balance** *n.*[1] **IV.14b**).    **1634–**

**1634**  That Kings, to ballance true content, shall say; Would they were great as we, we blest as they.
W. Habington, *Castara* ii. 47

**1738**  Did not the Sneer of more impartial men At Sense and Virtue, balance all agen.
A. Pope, *One Thousand Seven Hundred & Thirty Eight* 5

**1810**  On which it may fix its attention, and thus balance its own energies.
S. T. Coleridge, *Friend* (1865) 81

**1853**  [The painter] may fail to balance his masses.
G. Brimley, *Essays* (1858) viii. 290

**1928**  A..new design of control room has been decided upon, wherein effects, echoes, background music, etc. can be mixed together and so balanced by a specially-trained operator.
*B.B.C. Handbook 1929* 68

**1933**  The..method is to accept the calibration curve of a moving-coil receiver, and to balance their output when supplied by a constant note.
L. E. C. Hughes, *Elements of Engineering Acoustics* vii. 141

**1962**  Completely dead sound is difficult to balance .
A. Nisbett, *Technique of Sound Studio* ii. 48

**1962**  When balancing music there is..no clear-cut set of rules.
A. Nisbett, *Technique of Sound Studio* iii. 52

GOOG-DPRIME-PA-00033361

**I.5.a.**  To steady (a body under the influence of opposing forces); to poise, keep steady or erect.    **1841–**

> **1841**  Strong men..balancing chests of drawers..upon their heads.
> C. Dickens, *Old Curiosity Shop* i. xiii. 161
>
> **1875**  Sculptors are sometimes obliged to use a species of tail in balancing their statues.
> F. T. Buckland, *Log-book of Fisherman* 54

**I.5.b.**  *reflexive* and *intransitive*. To keep oneself in equilibrium.    **1833–**

> **1833**  The Instructor will afterwards make the recruit balance upon the left foot, advancing and retiring the right in the same manner.
> *Regulations for the Instruction, Formations, and Movements of the Cavalry* (War Office) (revised edition) i. i. 15
>
> **1866**  Balanced herself half over the balcony-rail.
> W. D. Howells, *Venetian Life* iv. 58

**I.6.**  To steady, give (mental) balance or ballast to.    **1685–**

> **1685**  Young, raw Christians..have had less time to learn the great things which should ballance them. [See **balanced** *adj.* 3a.]
> R. Baxter, *Paraphrase on New Testament* 1 Tim. iii. 6

## II.  To act as things in the opposite scales of a balance; *literal* and *figurative*.

**II.7.**  *transitive*. To equal in weight, counterpoise, neutralize the weight of. Also *absol.* to balance (each other).    **a1727–**

> **a1727**  The Attraction of the Glass is.. balanced ..by the contrary Attraction of the Liquor.
> I. Newton, *Opticks* (1730) iii.i. 346
>
> **1878**  The column of water..balances the atmospheric pressure.
> T. H. Huxley, *Physiography: An Introduction to the Study of Nature* (2nd edition) 91
>
> **1885**  *Mod.* Do these scales balance?
> *New English Dictionary* (OED first edition) at *Balance*

**II.8.**  *Hence*: To compensate, neutralize the effect of, make up for.    **1594–**

> **1594**  I saw no King like thee, Whose golden crown might balance my content.

C. Marlowe & T. Nashe, *Dido* iii. iv

**1655** Wherefore, to ballance the Protestants, the Iesuits were set on foot.

T. Fuller, *The Church-History of Britain; From the Birth of Jesus Christ, Untill the Year M. DC. XLVIII* vi. 279

**1726** So many things..ballance the Sorrow of it.

Bishop J. Butler, *15 Sermons* v. 90

**1837** Our duties balance each other.

J. H. Newman, *Parochial Sermons* vol. I. xxiv. 358

**1870** And weariness was balanced with delight.

W. Morris, *Earthly Paradise* vol. I. i. 384

**II.9.** *intransitive*. To act as a counterpoise, be equal (*with*).      **1597–**

**1597** Could such a punishment ballance with his so..great offences?

T. Beard, *Theatre of Gods Iudgements* ii. xlix. 469

## III.  To oscillate like the beam of a balance.

**III.10.** *intransitive*. To waver, deliberate, hesitate. Cf. I.1.      **1656–**

**1656** Her great danger..invited my assistance, which, without balancing I ran to pay her.

Lord Orrery, *Parthenissa* vol. V. iii. i. 49

**1753** He had..no very *strong aspirations* after matrimony; and had balanced about it a good while.

S. Richardson, *History of Sir Charles Grandison* vol. II. xxvi. 244

**1825** Mrs. Belson balanced some time upon this, as any good mother would.

R. P. Ward, *Tremaine* vol. I. v. 37

**1850** The same disposition to balance and temporize..wrecked his fortunes as a statesman.

C. Merivale, *History of Romans under Empire* vol. I. ix. 424

**III.11.** Of partners in dancing: To move to and fro in converse directions like the arms of a balance, to *set to* a partner.      **1775–**

**1775** I must rub up my balancing, and chasing, and boring.

R. B. Sheridan, *Rivals* iii. iv. 54

**1859** in J. E. Worcester, *Dictionary of English Language*

dance

**III.12.** *transitive*. To sway backwards and forwards.    **1728–**

> **1728**    Tuning his voice, and balancing his hands.
> A. Pope, *Dunciad* iii. 162

## IV.  Of an account. *literal* and *figurative*.

**IV.13.** *transitive*. To add up the debit and credit sides of an account or set of accounts, and    **1588–**
ascertain the difference, if any, between their respective amounts.

> **1588**    At your viages returne.. ballance vp the bookes.
> H. Oldcastle & J. Mellis, *Briefe Instruction Accompts* sig. Evij
>
> **1735**    To compute and ballance my Gain and my Loss.
> J. Swift, *Humble Address to Parliament* in *Works* vol. IV. 212
>
> **1796**    Thus we balance the account;—defeat and dishonour abroad; oppression at home.
> E. Burke, *Correspondence* (1844) vol. IV. 383
>
> **1842**    Oh! who would cast and balance at a desk?
> Lord Tennyson, *Audley Court* in *Poems* (new edition) vol. II. 44

( accounting )

**IV.14.a.**  To make such entries in an account or set of accounts as make the two sides equal; to    **1622–**
produce an equality in the total amounts of the debit and credit entries of a set of
accounts.

> **1622**    And if he had beene a loser by the Account of profit and losse, then must he make his
> Capitall Debtor, and the said Account Creditor, to ballance the matter.
> G. de Malynes, *Consuetudo* 371
>
> **1878**    To make the profits of the successful business balance the losses of the unfortunate
> ones.
> W. S. Jevons, *Political Economy* 52

( accounting )

**IV.14.b.**  In this sense, also, accounts are said (intr.) *to balance* (i.e. themselves); or an entry is said    **1675–**
to *balance the account*, or *balance* an opposite entry.

> **1675**    I cannot perceive how the balance balanceth the book.
> J. Gregory, *Letter* in S. P. Rigaud & S. J. Rigaud, *Correspondence of Scientific Men 17th Century* (1841)
> (modernized text) vol. II. 276

**1748**  The happy crisis which was to ballance the account of all their past calamities.

B. Robins & R. Walter, *A Voyage Round the World, in the Years MDCCXL, I, II, III, IV. By George Anson, Esq.* iii. viii. 373

**IV.15.**  *Hence*: To settle (an account) by paying an amount due, to clear off a liability.  **1740–**

**1740**  The End of the Season, when Dues to Ballance came too thick upon 'em.

C. Cibber, *Apology for Life Colley Cibber* vi. 113

**1877**  A cheque for £30, to balance his account.

'H. A. Page', *T. De Quincey: Life & Writings* vol. II. xvi. 20

( economics and commerce )

## v.  Nautical senses, perhaps influenced by *ballast*.

**V.16.**  *Nautical.* To reef with a balance-reef, so as to steady the ship in bad weather: see **balance** *n.*[1] I.7. Perhaps originally *ballast*.  **1764–**

[**1697**  We furl'd our Main-sail, and ballasted our Mizen.

W. Dampier, *A New Voyage Round the World* xv. 414   ]

**1764**  The ballanc'd mizen rending to the head.

W. Falconer, *Shipwreck* (new edition) ii. 63

**1769**  A boom-main-sail is balanced, after all its reefs are taken in, by rolling up a similar portion of the hindmost, or aftmost lower-corner.

W. Falconer, *An Universal Dictionary of the Marine* sig. E2[v]

( sailing )

**V.17.**  To ballast. *Obsolete. rare.* Cf. **balance** *n.*[1] I.7 ¶.  **1583–**

**1583**  Their is no ship, so balanced with massie matter, as their heads are fraught with all kind of bawdie songs.

P. Stubbes, *Anatomie of Abuses* sig. Ov

[**1769**  *Upper-work*, that part of a ship which is above the surface of the water when she is properly balanced for a sea-voyage.

W. Falconer, *An Universal Dictionary of the Marine* sig. Rr2[v]   ]

( nautical )

# Pronunciation

**BRITISH ENGLISH**

/ˈbal(ə)n(t)s/

BAL-uhns

▶

**U.S. ENGLISH**

/ˈbælən(t)s/

BAL-uhns

▶

Pronunciation keys

## Frequency

*balance* is one of the 5,000 most common words in modern written English. It is similar in frequency to words like *bitter*, *isolate*, *originate*, *prediction*, and *progressive*.

It typically occurs about 20 times per million words in modern written English.

Frequency data is computed programmatically, and should be regarded as an estimate.

### Frequency of *balance, v.,* 1750–2010

* Occurrences per million words in written English

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on the Google Books corpus of several million books printed in English between 1500 and 2010.

GOOG-DPRIME-PA-00033366

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

For sets of homographs (distinct entries that share the same word-form, e.g. *mole*, n.[1], *mole*, n.[2], *mole*, n.[3], etc.), we have estimated the frequency of each homograph entry as a fraction of the total Ngrams frequency for the word-form. This may result in inaccuracies.

## Frequency of *balance, v.*, 2017–2025

\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## Compounds & derived words

Sort by | Date (oldest first)

**balancer, n.**    1413–

One who keeps things in equilibrium, or maintains...

**overbalance, v.**    a1586–

transitive. To outweigh; to be more important...

GOOG-DPRIME-PA-00033367

**unbalance, v.**    1586–

To throw (a person or thing) off the balance.

**balanced, adj.**    1592–

Having the opposed parts or tendencies so...

**balancing, n.**    1597–

literal. Weighing, poising; acrobatic posturing.

**counterbalance, v.**    1603–

Of a thing: To act as a counterbalance to; to...

**balase, n. & v.**    1610–

Intermediate forms due to confusion of balance...

**fore-balance, v.**    1612–

**outbalance, v.**    1642–

transitive. To outweigh; to exceed in weight or effect.

**embalance, v.**    1643

To put in the balance (with).

**balancing, adj.**    1645–

Producing equilibrium, compensating.

**unbalanceably, adv.**    1661–

(un-, prefix[1] affix 5.)

**equibalance, v.**    1665–78

To counterpoise, to constitute an equivalent to.

**balanceable, adj.**    1667–

Capable of being balanced.

**rebalance, v.**    1822–

transitive. To restore the correct balance to; to...

**balancement, n.**    1862–

The action of balancing; a balanced condition...

**interbalance, v.**    1867–

**mass-balance, v.**    1931–

transitive. To bring about a state of mass...

**disbalance, v.**

transitive. To disturb the balance or equilibrium...

GOOG-DPRIME-PA-00033368

| | |
|---|---|
| About OED | How to use the OED |
| Historical Thesaurus | Purchasing |
| Editorial policy | Help with access |
| Updates | World Englishes |
| Institutional account management | Contribute |
| Accessibility | Oxford University Press |
| Contact us | Oxford Languages |
| Upcoming events | Oxford Academic |
| Case studies | Oxford Dictionary of National Biography |
| Media enquiries | |

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

Cookie settings     Cookie policy     Privacy policy     Ai terms of use     Legal notice

Copyright © 2026 Oxford University Press

GOOG-DPRIME-PA-00033369