**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DAEDALUS PRIME LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00313-DC-DTG** |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant,* | § | |

**ORDER APPOINTING TECHINCAL ADVISOR**

After consideration of the Opening Claim Construction brief (Dkt. No. 64), the Court hereby appoints Kirk Voss as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between the plaintiff and the defendant and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form by email to kirk.voss@griffithbarbee.com.

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Voss no later than April 24, 2026. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Voss no later than one business day after filing.

**SIGNED** this 17th day of April, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE