# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **DAEDALUS PRIME LLC** | § | |
| | § | |
| **vs.** | § | **NO:    MO:25-CV-00313-DC-DTG** |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant* | | |

# ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, June 03, 2026 at 09:00 AM (2 hour time block).

**IT IS SO ORDERED** this **22nd day of April, 2026**.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE