**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

DAEDALUS PRIME LLC,
     *Plaintiff,*

v.

GOOGLE LLC,
     *Defendant*.

Civil Action No. 7:25-cv-00313-DC-CTG

## DECLARATION OF RICHARD KOEHL

I, Richard Koehl, hereby declare as follows:

1.      My name is Richard Koehl. I am a partner at Blue Peak Law Group, LLP, counsel for plaintiff Daedalus Prime LLC. I have personal knowledge of and am competent to testify as to the facts herein.

2.      Attached hereto as Exhibit A is a true and correct copy of Defendant Google LLC's Proposed Claim Constructions dated March 11, 2026.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts of *Intel® 64 and IA-32 Architectures Software Developer's Manual*, vol.1 (May 2007).

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the Oxford English Dictionary entry for "dynamic" with a red highlight box added.

5.      Attached hereto as Exhibit D is a true and correct copy of a terminal disclaimer and accompanying remarks dated January 3, 2014 in the prosecution history of U.S. Patent No. 8,898,494.

1

2

6.      Attached hereto as Exhibit E is a true and correct copy of a January 29, 2014 terminal disclaimer decision in the prosecution history of U.S. Patent No. 8,898,494.

7.      Attached hereto as Exhibit F is a true and correct copy of excerpts of the Oxford English Dictionary entry for "be" with a red highlight box added.

I, Richard Koehl, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on April 22, 2026 in New York, New York.

*/s/ Richard Koehl*
Richard Koehl

2