# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT GOOGLE LLC'S PROPOSED CLAIM CONSTRUCTIONS**

6045796

Pursuant to the Court's Scheduling Order, Dkt. 46, and applicable standing orders, Defendant Google LLC ("Google") hereby provides Plaintiff Daedalus Prime ("Daedalus") with Google's revised terms for construction and its initial proposed claim constructions for those terms in the asserted claims of U.S. Patent Numbers 8,775,833 (the "'833 Patent"); 8,898,494 (the "'494 Patent"); 10,372,197 (the "'197 Patent"); and 11,507,167 (the "'167 Patent").

Google makes these disclosures based on its current understanding of the case and reserves the right to supplement, amend, or otherwise modify these terms and proposed constructions in any way permitted by the Federal Rules of Civil Procedure and applicable standing orders. To the extent that Daedalus shows good cause and is permitted to amend or supplement its infringement contentions in the future, or otherwise change or further clarify the positions it has taken in this case (including to add or to change in any way the claim(s) currently asserted, or to modify its apparent interpretation of the scope of the claim(s)), Google reserves the right to respond, including by modifying its proposed terms for construction and their proposed constructions. Furthermore, Google anticipates modifying its proposed constructions after considering Daedalus' proposed constructions, participating in conferences with Daedalus concerning the parties' proposed constructions, and/or in light of the extrinsic evidence identified by the parties in support of their proposed constructions, as contemplated by the Court's Scheduling Order and applicable standing orders.

The following proposed constructions do not waive any argument, such as, for example, that an asserted claim is indefinite or is otherwise invalid under one or more of 35 U.S.C. §§ 101, 102, 103, and 112, as detailed in Google's Invalidity Contentions. Nothing in this proposal shall constitute an admission or be used as evidence in the case.

| NO. | TERM | PATENT | CLAIMS | Proposed Construction |
|---|---|---|---|---|
| 1 | "interface unit" | '167 Patent | 21 | Circuitry of a multicore processor that interconnects the cores to other circuitry |
| 2 | "inactive state" | '167 Patent | 1, 4, 7 | Low-power idle state |
| 3 | "energy performance bias (EPB) value" | '197 Patent | 1-6, 8-16, 18 | A value indicating a user's preference for a tradeoff between power savings and performance. |
| 4 | "workload configuration input / value" | '197 Patent | 1-2, 15 | A value indicating a predominant pattern or type of execution with particular resource demands (e.g., non-uniform memory architecture (NUMA), uniform memory architecture (UMA), input/output (I/O) intensive) |
| 5 | "is to" | '197 Patent | 2-3, 5-7, 9-10, 15-16, 18-20 | Indefinite |
| 6 | "dynamically tune power allocation / dynamically balancing power" | '494 Patent | 1-2, 8-9, 12, 16 | Adaptively increasing power for one component while concurrently reducing power to another component |
| 7 | "the first core frequency decrease" | '494 Patent | 14 | Indefinite |
| 8 | "is to" | '833 Patent | 15-18 | Indefinite |

Respectfully submitted,

Dated: March 11, 2026

By: */s/ David Silbert*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)
abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhayward@keker.com
Jacqueline Cancilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

Attorneys for Defendant
GOOGLE LLC

3