# EXHIBIT B



# Intel® 64 and IA-32 Architectures Software Developer's Manual

## Volume 1:
## Basic Architecture

**NOTE:** The *Intel® 64 and IA-32 Architectures Software Developer's Manual* consists of five volumes: *Basic Architecture*, Order Number 253665; *Instruction Set Reference A-M*, Order Number 253666; *Instruction Set Reference N-Z*, Order Number 253667; *System Programming Guide, Part 1*, Order Number 253668; *System Programming Guide, Part 2*, Order Number 253669. Refer to all five volumes when evaluating your design needs.

Order Number: 253665-023US
May 2007

PUB_DPG00000001

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT. INTEL PRODUCTS ARE NOT INTENDED FOR USE IN MEDICAL, LIFE SAVING, OR LIFE SUSTAINING APPLICATIONS.

Intel may make changes to specifications and product descriptions at any time, without notice.

Developers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Improper use of reserved or undefined features or instructions may cause unpredictable behavior or failure in developer's software code when running on an Intel processor. Intel reserves these features or instructions for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from their unauthorized use.

The Intel$^{®}$ 64 architecture processors may contain design defects or errors known as errata. Current characterized errata are available on request.

Hyper-Threading Technology requires a computer system with an Intel$^{®}$ processor supporting Hyper-Threading Technology and an HT Technology enabled chipset, BIOS and operating system. Performance will vary depending on the specific hardware and software you use. For more information, see http://www.intel.com/technology/hyperthread/index.htm; including details on which processors support HT Technology.

Intel$^{®}$ Virtualization Technology requires a computer system with an enabled Intel$^{®}$ processor, BIOS, virtual machine monitor (VMM) and for some uses, certain platform software enabled for it. Functionality, performance or other benefits will vary depending on hardware and software configurations. Intel$^{®}$ Virtualization Technology-enabled BIOS and VMM applications are currently in development.

64-bit computing on Intel architecture requires a computer system with a processor, chipset, BIOS, operating system, device drivers and applications enabled for Intel$^{®}$ 64 architecture. Processors will not operate (including 32-bit operation) without an Intel$^{®}$ 64 architecture-enabled BIOS. Performance will vary depending on your hardware and software configurations. Consult with your system vendor for more information.

Enabling Execute Disable Bit functionality requires a PC with a processor with Execute Disable Bit capability and a supporting operating system. Check with your PC manufacturer on whether your system delivers Execute Disable Bit functionality.

Intel, Pentium, Intel Xeon, Intel NetBurst, Intel Core Solo, Intel Core Duo, Intel Core 2 Duo, Intel Core 2 Extreme, Intel Pentium D, Itanium, Intel SpeedStep, MMX, and VTune are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

*Other names and brands may be claimed as the property of others.

Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order.

Copies of documents which have an ordering number and are referenced in this document, or other Intel literature, may be obtained from:

Intel Corporation
P.O. Box 5937
Denver, CO 80217-9808

or call 1-800-548-4725
or visit Intel's website at http://www.intel.com

Copyright © 1997-2007 Intel Corporation

use the stack-frame base pointer (in the EBP register) to make a frame boundary for easy access to the parameters.

The stack can also be used to pass parameters back from the called procedure to the calling procedure.

### 6.3.3.3    Passing Parameters in an Argument List

An alternate method of passing a larger number of parameters (or a data structure) to the called procedure is to place the parameters in an argument list in one of the data segments in memory. A pointer to the argument list can then be passed to the called procedure through a general-purpose register or the stack. Parameters can also be passed back to the calling procedure in this same manner.

### 6.3.4    Saving Procedure State Information

The processor does not save the contents of the general-purpose registers, segment registers, or the EFLAGS register on a procedure call. A calling procedure should explicitly save the values in any of the general-purpose registers that it will need when it resumes execution after a return. These values can be saved on the stack or in memory in one of the data segments.

The PUSHA and POPA instructions facilitate saving and restoring the contents of the general-purpose registers. PUSHA pushes the values in all the general-purpose registers on the stack in the following order: EAX, ECX, EDX, EBX, ESP (the value prior to executing the PUSHA instruction), EBP, ESI, and EDI. The POPA instruction pops all the register values saved with a PUSHA instruction (except the ESP value) from the stack to their respective registers.

If a called procedure changes the state of any of the segment registers explicitly, it should restore them to their former values before executing a return to the calling procedure.

If a calling procedure needs to maintain the state of the EFLAGS register, it can save and restore all or part of the register using the PUSHF/PUSHFD and POPF/POPFD instructions. The PUSHF instruction pushes the lower word of the EFLAGS register on the stack, while the PUSHFD instruction pushes the entire register. The POPF instruction pops a word from the stack into the lower word of the EFLAGS register, while the POPFD instruction pops a double word from the stack into the register.

### 6.3.5    Calls to Other Privilege Levels

The IA-32 architecture's protection mechanism recognizes four privilege levels, numbered from 0 to 3, where a greater number mean less privilege. The reason to use privilege levels is to improve the reliability of operating systems. For example, Figure 6-3 shows how privilege levels can be interpreted as rings of protection.

PUB_DPG00000164



**Figure 6-3.  Protection Rings**

In this example, the highest privilege level 0 (at the center of the diagram) is used for segments that contain the most critical code modules in the system, usually the kernel of an operating system. The outer rings (with progressively lower privileges) are used for segments that contain code modules for less critical software.

Code modules in lower privilege segments can only access modules operating at higher privilege segments by means of a tightly controlled and protected interface called a **gate**. Attempts to access higher privilege segments without going through a protection gate and without having sufficient access rights causes a general-protection exception (#GP) to be generated.

If an operating system or executive uses this multilevel protection mechanism, a call to a procedure that is in a more privileged protection level than the calling procedure is handled in a similar manner as a far call (see Section 6.3.2, "Far CALL and RET Operation"). The differences are as follows:

- The segment selector provided in the CALL instruction references a special data structure called a **call gate descriptor**. Among other things, the call gate descriptor provides the following:
  — access rights information
  — the segment selector for the code segment of the called procedure
  — an offset into the code segment (that is, the instruction pointer for the called procedure)

PUB_DPG00000165

- The processor switches to a new stack to execute the called procedure. Each privilege level has its own stack. The segment selector and stack pointer for the privilege level 3 stack are stored in the SS and ESP registers, respectively, and are automatically saved when a call to a more privileged level occurs. The segment selectors and stack pointers for the privilege level 2, 1, and 0 stacks are stored in a system segment called the task state segment (TSS).

The use of a call gate and the TSS during a stack switch are transparent to the calling procedure, except when a general-protection exception is raised.

## 6.3.6    CALL and RET Operation Between Privilege Levels

When making a call to a more privileged protection level, the processor does the following (see Figure 6-4):

1.  Performs an access rights check (privilege check).

2.  Temporarily saves (internally) the current contents of the SS, ESP, CS, and EIP registers.



**Figure 6-4.  Stack Switch on a Call to a Different Privilege Level**

PUB_DPG00000166