# EXHIBIT C

# dynamic

ADJECTIVE & NOUN

## Etymology

### Summary

A borrowing from French.

**Etymon:** French *dynamique*.

 **<** **French** *dynamique* (Leibniz 1692, *Dict. Acad.* 1762),  **<** **Greek** δυναμικός powerful,  **<** δύναμις power, strength.

## Meaning & use

### ADJECTIVE

**1.** Of or pertaining to force producing motion: often opposed to *static*.                    1827–

---

**1827**    Mr. Watt..assumed one pound raised one foot high for what has been called in other countries the  dynamic  unit.

D. Gilbert in *Philosophical Transactions* (Royal Society) vol. 142 26

**1846**    A comparative view of the corpuscular and  dynamic  theories of heat.

W. R. Grove, *On Correlation of Physical Forces* 13

**1847**    The horse's power is principally used by Engineers in this country as a  Dynamic  unit.

J. Dwyer, *Principles & Practice of Hydraulic Engineering* 94

**1850**    I have used..the terms  dynamic  and static to represent the different states of magnetism.

W. R. Grove, *On Correlation of Physical Forces* (ed. 2) 74

**1855**    We find light producing a  dynamic  effect..in those changes of atomic arrangement which it causes in certain crystals.

H. Spencer, *Principles of Psychology* ii. x. 192

**1860**    According to the  dynamic  view..heat is regarded as a motion.

J. Tyndall, *The Glaciers of the Alps* ii. xix. 331

**1881**    Such is the richness of coal as a store of mechanical energy that a pound of coal, even as used in the steam-engine, produces a  dynamic  effect about five times greater than a pound of gunpowder burnt in a gun.

Armstrong, *Address British Association* in *Nature* No. 619. 449

---

PUB_DPG00005402

**3.** Energizing or motive force.                                                                           **1894–**

> **1894**    The Struggle for Life, as life's  dynamic , can never wholly cease.
>
> H. Drummond, *Lowell Lectures on Ascent of Man* 270
>
> **1896**    There is lack of  dynamic . There is lack of direct soul-changing power.
>
> *Advance* (Chicago) 16 July 80/1

**4.** *Music.* = **dynamics** *n.* 3.                                                                      **1959–**

> **[1884**    Musikalische Dynamik und Agogik.
>
> H. Riemann (title)   ]
>
> **1959**    The minor system, soft  dynamic , and slow tempo.
>
> D. Cooke, *Language of Music* iii. 159

( music )  Added 1972

## Additional sense (2010)

*Computing.* That changes or that can be changed while a program or operating system is                  **1978–**
running; that can be specified or performed at run time, rather than in advance. Cf. **static** *adj.*
**B.10c**.

> **1978**    It is the lack of  dynamic  storage allocation that is at the base of artificial restrictions of table sizes,
>            since FORTRAN arrays must be allocated at the time a program is written.
>
> J. M. Sakoda et al. in D. E. Bailey, *Computer Sci. in Social & Behavioral Sci. Education* vii. 88
>
> **1989**    The program supports  dynamic  links to cells or ranges.
>            *PC World* October 100/1
>
> **2007**    You need  dynamic  memory when the amount of memory that you will need, or how long you
>            might need it, varies, and is not known before the program runs.
>
> R. Love, *Linux Syst. Programming* 245

( computing )

# Pronunciation



PUB_DPG00005406