# EXHIBIT E

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 13/398,641 | SCHLUESSLER ET AL. |
| | | |

| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |
|---|---|

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| Date Filed : 1/03/14 | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

jean proctor

U.S. Patent and Trademark Office

PUB_GOOGLE00001490