# EXHIBIT F

# be

VERB

## Etymology

### Summary

A word inherited from Germanic.

The paradigm of the verb 'to be' in **West Germanic** languages in general shows forms derived from three unrelated **Indo-European** bases, in **English** itself perhaps forms derived from four **Indo-European**…

## Meaning & use

### I.  Without required complement: to have or take place in the world of fact, to exist, occur, happen.

**I.1.a.**  To have place in the objective universe or realm of fact, to exist; (*spec.* of God, etc.)  **Old English–** to exist independently of other beings. Also: to exist in life, to live. Now *literary*.

*the powers that be*: see **power** *n.*[1] II.8b.

*to be no more*: see **no more** *adv.* C.1c.

| | |
|---|---|
| **OE** | IC EOM SE ÞE EOM, cwæð he; Sege þus Israhela bearnum: SE ÞE IS, me sende to eow.<br>*Old English Hexateuch: Exodus* (MS Claudius) iii. 14 |
| *a*1200 | Credo deum: Ich ileue þat god is.<br>*MS Trinity Cambr.* in R. Morris, *Old English Homilies* (1873) 2nd Series 17 |
| *a*1300 (*a*1250) | A wilde der is ðat is ful of fele wiles.<br>*Physiologus* 296<br>[Composed *a*1250] |
| *a*1400 (*a*1325) | This world..hast þou made fadir þorogh me to bene .<br>*Cursor Mundi* (MS Fairfax 14) l. 9732<br>[Composed *a*1325] |
| *a*1450 | If synne ne were , Goddes moder ware þou noght.<br>in C. Brown, *Religious Lyrics of 15th Century* (1939) 30 |
| 1548 | They beleue..nothyng to be but that whiche they see.<br>N. Udall et al., translation of Erasmus, *Paraphrase Newe Testamente* vol. I. Matt. xxii. f. 105 |
| 1587 | All things that are , or euer were, or shall hereafter bee.<br>Sir P. Sidney & A. Golding, translation of P. de Mornay, *Trewnesse of Christian Religion* iii. 29 |

PUB_DPG00005066

speaker. Quot. 1665, if it does not contain some error, appears to be a completely isolated early example of this use (18th-cent. cases cited in F. T. Visser *Hist. Syntax Eng. Lang.* (1973) vol. III. §1834 are of the verbal noun).

| | |
|---|---|
| [*a*1500 | With tendre youth was he hote being.<br>*Partenay* 5393   ] |
| [*a*1500 | Sche vnto the pore ful gret good doing: so gentile, suete, fre in hert was being.<br>*Partenay* 6248   ] |
| 1665 | And Lord, to see how ridiculous a conceited pædagogue is, though a learned man—he is being so dogmaticall in all he doth and says.<br>S. Pepys, *Diary* 9 March (1972) vol. VI. 53 |
| 1819 | You will be glad to hear..how diligent I have been, and am being.<br>J. Keats, *Letter* 11 July (1931) vol. II. 388 |
| 1824 | Why, I am being the most extravagant man in all the world.<br>*Blackwood's Edinburgh Magazine* April 393/2 |
| 1830 | But, surely.., you are being too severe on the sex; such instances can only occur in females of very shallow understanding.<br>E. Duros, *Derwentwater* vol. I. iii. 41 |
| 1859 | I had good reason to hope that I was being of use at Roost.<br>F. E. Paget, *Curate of Cumberworth* 354 |
| 1876 | If there is anything worse..it is a heavy man when he fancies he is being facetious.<br>J. R. Lowell, *Among my Books* 2nd Series 259 |
| 1902 | Old Man Kangaroo is being rude to Yellow-Dog Dingo.<br>R. Kipling, *Just So Stories* 92 |
| 1907 | I haven't told you half enough what gorgeous fun it's being!<br>G. Bell, *Letter* 25 May (1927) vol. I. 240 |
| 1954 | Perhaps I am being a Pollyanna for a change (I'm usually such a gloom-pot).<br>T. Williams, *Letter* 22 May in *Five O'Clock Angel* (1991) 92 |
| 1994 | How she's been being patient.<br>J. Barth, *Once upon Time* 83 |
| 2008 | One time when he was being snotty to me..I called him Mr. Honorable Mention.<br>A. Davies, *Mine All Mine* 10 |

## ɪᴠ.  With participles and infinitives, as an auxiliary and forming compound tenses.

**ɪᴠ.16.**  With past participle.

**ɪᴠ.16.a.**  In transitive verbs, forming the passive voice.

**.a.i.**  In simple tenses, imperative, and infinitive of the auxiliary.                **Old English–**

PUB_DPG00005096

*a*1805 | While our dinner was preparing, an alarm was beat in the camp.
A. Carlyle, *Autobiography* (1860) iii. 134

1859 | Sir John had volunteered for the expedition which is preparing.
W. M. Thackeray, *Virginians* lxii

1882 | When a house is building, it is easy to run pipes in any direction.
*Century Magazine* June 311/2

1914 | The 'Cinder-banks', Where our forefathers forged their iron ore, When Paul's was building.
W. S. Blunt, *Poetical Works* vol. II. 17

( archaic )

**IV.18.** With infinitive. Expressing an appointed or arranged future action; (hence also) expressing necessity, obligation, duty, fitness, or appropriateness. See also *to particle* 10.

With the sense of obligation or duty cf. **have** *v.* VII.i.42a.

From the 17th to the 19th cent. the auxiliary could be used in non-finite forms (*to be*, *being*, *been*).

**IV.18.a.** With active infinitive. **Old English–**

*New English Dictionary* (OED first edition) (1887) regarded this use as obsolete, but there appears to have been no significant drop in its frequency at any time in the 19th cent.

*to be to seek*: see **seek** *v.* III

OE | Eart þu þe to cumenne eart [Latin *venturus es*]?
*West Saxon Gospels: Matthew* (MS Corpus Christi Cambr.) xi. 3

OE | Hwi ne mot se ðearfa onfon þine ealdan gewæda, þe mid ðe is to onfonne þæs undeadlican gegyrlan on neorxnawange?
*Homily* (MS Corpus Christi Cambr. 419) in B. Assmann, *Angelsächsische Homilien u. Heiligenleben* (1889) 142

*a*1200 | Alle þo þe habben ben ..and alle þo þe ben tocumen her after abideð his tocume.
*MS Trinity Cambr.* in R. Morris, *Old English Homilies* (1873) 2nd Series 3

*a*1250 | Þanen he is to cumen for to demen þa quike & þa deade.
*Apostles' Creed* (MS Blickling) in *Modern Language Notes* (1899) vol. 4 138 (Middle English Dictionary)

(*a*1382) | I knowe not whether wis or fool he be to ben.
*Bible* (Wycliffite, early version) (MS Douce 369(1)) (1850) Ecclesiastes ii. 18
[Composed *a*1382]

(*a*1382) | I am to [*a*1425 *L.V.* Y schal] ȝeuin it to þe.
*Bible* (Wycliffite, early version) (MS Bodl. 959) (1959) Genesis xiii. 17
[Composed *a*1382]

1458 | The Steward.. wasse to make his booke redi.
*Letter* in *Publ. Southampton Rec. Society* (1921) vol. XXII. 18

PUB_DPG00005105



**1567**    I am to accompt the hower most happie, which..doth sounde..the fatall retraict of my longe sorowes.

G. Fenton, translation of M. Bandello, *Certaine Tragicall Disc.* (1898) vol. II. 301

**1587**    We are to haif audyence this daye.

R. Melville in R. S. Rait & A. I. Cameron, *King James's Secret* (1927) v. 137

*c***1600**    I think hee will neuer bee to feyght a gayne.

in B. Cusack, *Everyday English 1500–1700* (1998) 204

**1622**    A King of Ægypt being to errect The Image of Osiris.

T. Dekker & P. Massinger, *Virgin Martir* iii. sig. F4

**1692**    If a Gentleman be to study any Language, it ought to be that of his own Country.

J. Locke, *Some Thoughts concerning Education* §167

**1703**    If this be not a receiv'd Maxim, yet I am sure I am to wish it were.

N. Rowe, *Fair Penitent* Ded. sig. A3^v

**1725**    Mighty uneasy..about their being to go back again.

D. Defoe, *A New Voyage Round the World, by a Course Never Sailed Before* i. 24

**1738**    Where none are worth pleasing, and nothing's to please.

*Gentleman's Magazine* October 538/1

**1741**    I am to thank you, my dear Miss, for your kind Letter.

S. Richardson, *Pamela* vol. III. xxxii. 264

**1814**    Had he been to chuse between any punishment..and the necessity.

W. Scott, *Waverley* vol. I. v. 55

**1839**    There is to be penny postage..in 10 days.

W. M. Thackeray, *Letter* 23–31 December (1945) vol. I. 405

**1863**    Don't you know that this is a fairy tale..and that you are not to believe one word of it?

C. Kingsley, *Water-babies* ii. 80

**1891**    We were to cross the Indian sea.

E. A. Allen, *High-top Sweeting* 77

**1913**    We thought we were to die There together, you and I.

E. H. Hickey, *Later Poems* 45

**1993**    My stride is now just too short to reach every other, and so I am to be still the wanderer.

G. Kinnell, *Three Books* 197

**2005**    I am to buzz my lips—in essence, do raspberries—for several minutes a day.

*Philadelphia* September 102/2

**¨⁻ 18.b.**    With active infinitive, the subject of the auxiliary being the implicit object of the infinitive. *Obsolete* except in *to blame* (see **blame** *v.* 6), *to compare* (see **compare** *v.*[1] 1b), *to let* (see **let** *v.*[1] I.8a).     **Old English–**

PUB_DPG00005106

3/16/26, 6:32 PM
Case 7:25-cv-00313-DC-DTG    Document 69-7    Filed 04/22/26    Page 6 of 8
be, v. meanings, etymology, and more | Oxford English Dictionary

Superseded by sense IV.18c.

| | |
|---|---|
| **eOE** | Gif feorcund mon oððe fremde butan wege geond wudu gonge & ne hrieme ne horn blawe, for ðeof he bið to profianne.<br>*Laws of Ine* (MS Corpus Christi Cambr. 173) xx. 98 |
| **OE** | La understande man georne, þæt eal swylc [*sc.* swicollice dæda & laðlice unlaga] is to leanne & næfre to lufianne.<br>*Laws of Æðelred II* (MS Claudius) vi. xxix. 254 |
| *c*1175 | Þatt laþe flocc. Þatt iss þurrh niþ forrblendedd..tæleþþ þatt to lofenn iss Þurrh niþfull modiȝnesse.<br>*Ormulum* (Burchfield transcript) Ded. l. 77 |
| *a*1225<br>(?OE) | Hit is to witene.<br>*MS Lambeth* in R. Morris, *Old English Homilies* (1868) 1st Series 133<br>[Composed ?OE] |
| 1340 | Þet is to zigge.<br>*Ayenbite* (1866) 5 |
| *a*1400<br>(*a*1325) | Wat is to do.<br>*Cursor Mundi* (MS Fairfax 14) l. 12861<br>[Composed *a*1325] |
| 1484 | Suche..wymmen be to compare to the wyf of Lothe.<br>W. Caxton, translation of G. de la Tour-Landry, *Book of Knight of Tower* (1971) lv. 80 |
| 1551 | Nowe for the nombre and deuidyng of these deceiptfull argumentes, it is to vnderstande, that there be .xiij.<br>T. Wilson, *Rule of Reason* sig. Q.i |
| 1634 | The four..is to understand the four evangelists.<br>*Malory's Arthur* (1816) vol. II. 308 |
| 1642 | Now it is to shew.<br>translation of J. Perkins, *Profitable Booke* i. §36. 16 |
| 1711 | An Imitation of the best Authors, is not to compare with a good Original.<br>J. Addison, *Spectator* No. 161. ¶9 |
| 1842 | In fact, when the votaries came there to pray All said there was nought to compare with it.<br>R. H. Barham, *Lay St. Cuthbert* in *Ingoldsby Legends* 2nd Series 255 |
| 1884 | Paisley Race Meeting... A few stances of Ground for Tents are still to let.<br>*N. Brit. Daily Mail* 5 August 6/5 |
| 1891 | The woollen cords..would get thin and break: then..it would be all to undo and re-thread.<br>M. M. Dowie, *Girl in Karpathians* 285 |
| 1984 | There are no pianos in France to compare with the Steinway.<br>A. Copland & V. Perlis, *Copland: 1900–42* iii. 47 |



PUB_DPG00005107

**1995**    The little mutterings under the breath like I was to blame or something.

K. O'Riordan, *Involved* 201

---

**IV.18.c.**   With passive infinitive.             **a1382–**

**(a1382)**   Þees..been to be shoned of ȝow: an Egle & agriffyn..alapewynke, areremous.

*Bible* (Wycliffite, early version) (MS Bodl. 959) (1961) Leviticus xi. 13
[Composed *a*1382]

**a1400**
**(c1303)**   Þey beþ to be blamed eft þarfore.

R. Mannyng, *Handlyng Synne* (MS Harley) l. 1546 (Middle English Dictionary)
[Composed *c*1303]

**(?1440)**   Letuce is to be sette in Ianyueer Or December.

translation of Palladius, *De re Rustica* (MS Duke Humfrey) (1896) ii. l. 176
[Composed ?1440]

**1523**   Also it is to be enquered, who be fre tenauntes..and what they yelde by the yere of rent of Assise.

J. Fitzherbert, *Boke of Surueyeng* xi. f. 11ᵛ

**1581**   He him selfe being to iudge all men, is to bee iudged of no man.

W. Fulke in A. Nowell et al., *True Report of Disputation E. Campion* (1584) iii. sig. O iiij b

**1588**   If the whole..be to bee obserued vntill the ende.

J. Udall, *Demonstr. Trueth of Discipline* xii. 60

**1601**   If a cow give a good soope of milke, she is to be thanked.

in T. G. Law, *Archpriest Controversy* (1898) vol. II. 173

**1697**   The Selectmen are to be notified thereof that they may be present.

in *Rec. Early Hist. Boston* (1881) vol. VII. 226

**1702**   Being to be made Earl of Strafford.

*Clarendon's The History of the Rebellion and Civil Wars in England, Begun in the Year 1641* vol. I. ii. 118

**1753**   I am to be carried by her to a Masquerade, to a Ridotto.

S. Richardson, *History of Sir Charles Grandison* vol. I. v. 23

**1786**   *Pomposo*, a word implying that the movement to which it is prefixed is to be performed in a grand and dignified style.

T. Busby, *Complete Dictionary of Music*

**1803**   It must be to be depended on.

T. R. Malthus, *Essay on Principle of Population* (new edition) ii. xi. 339

**1804**   Then you think..that Mr. Conyers is to be married to-morrow!

'E. de Acton', *Tale without Title* vol. III. 87

**1864**   A man's life being to be taken and the price of it got.

C. Dickens, *Our Mutual Friend* (1865) vol. I. i. xii



PUB_DPG00005108

**1869** Normandy was to be invaded on each side.

E. A. Freeman, *History of Norman Conquest* vol. III. xii. 145

**1926** Clergy who lend money to persons in need, take their possessions in pawn, and receive profits beyond the capital sum lent, are to be deprived of their office.

R. H. Tawney, *Religion & Rise of Capitalism* i. 46

**1984** A fall..of over 500,000 bpd is..hardly to be regarded as surprising.

*Weekend Australian* 10 November 29/6

**2002** It is to be expected that ionic structures in the wave function will also contribute to various electric moments.

G. A. Gallup, *Valence Bond Methods* viii.111

**IV.19.** With passive infinitive. Expressing objective possibility or opportunity. **1526–**

**1526** Apostolycon is a playster or salue so named and is to be had at the poticaries and is specially ordeyned for woundes in the hede.

*Grete Herball* Expos. Wordes sig. Dd.i/2

**1564** In Xerxes was to be sene a kinde of femine fearfulnesse.

A. Golding, translation of Justinus, *Histories of Trogus Pompeius* ii. f. 17$^v$

***a*1607** No building was to be found..unless it be three or four harlotrey houses.

J. Rainolds, *Prophesie Haggai* (1649) iv. 57

**1654** What influence the septentriones had upon him..is to be easily guess'd.

E. Gayton, *Pleasant Notes upon Don Quixot* iv. xxv. 286

**1692** Not a Good Samaritan being to be found.

W. Penn, *Address to Protestants* (ed. 2) ii. §2 76

**1750** Very often the importunity and violence of the Cough was to be appeased by Elixir Asthmaticum.

J. Huxham, *Essay on Fevers* 213

**1779** Avarice is not to be overcome by a panegyric on generosity.

*Mirror* No. 39

**1836** The Spartan gravity was not to be ruffled by this empty insult.

C. Thirlwall, *History of Greece* vol. II. xvi. 343

**1888** An emporium where any article on sale was to be had for a sixpence.

*Daily News* 23 November 7/2

**1919** They wanted to walk through the cemetery and see what was to be seen.

M. Sinclair, *Mary Olivier* ii. vi. 53

**1952** As with other permeable outcrops, springs are to be expected at the boundary of underlying impermeable strata.

G. H. Dury, *Map Interpretation* iv. 32



PUB_DPG00005109