**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**<u>JOINT MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER</u>**

Plaintiff Daedalus Prime LLC and Defendant Google LLC move for entry of the Amended Protective Order (attached as Exhibit A).

At the time of filing the Protective Order, the parties were meeting and conferring regarding additional provisions. *See* Dkt. 49-1 at n.1. The parties, having conferred on necessary provisions to be added to the Protective Order to protect documents and information containing confidential proprietary and business information, agree the Protective Order should be amended to include a provision concerning the use of Artificial Intelligence and Large Language Models, which is now reflected in paragraph 16 of the Amended Protective Order. Therefore, the parties jointly represent that good cause exists to enter this Amended Protective Order and respectfully request that the Court do so.

Date: April 28, 2026

*/s/ Justin Constant*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road

Respectfully submitted,

*/s/ David Silbert*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)

Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stevens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Robert Magee
California Bar No. 271443 (*pro hac vice*)
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509 (*pro hac vice*)
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

csun@keker.com
Andrew S. Bruns (*pro hac vice*)
abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhaywayrd@keker.com
Jacqueline Concilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 28, 2026, a true and correct copy of the foregoing

document was electronically filed with the Clerk of the United States District Court for the

Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send

notification and a copy of this filing to all counsel of record who are deemed to have consented

to such service under the Court's local rules.

/s/ Paige V. Welch
Paige Vonne Welch