**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| Plaintiff, | § | |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF ERIN E. MEYER IN SUPPORT OF GOOGLE LLC'S REPLY
CLAIM CONSTRUCTION BRIEF**

I, ERIN E. MEYER, declare as follows:

1.      I am an attorney licensed to practice in the State of California. I am a partner at Keker, Van Nest and Peters, LLP, and I represent Defendant in this action. I submit this declaration in support of Google LLC's Reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      Attached hereto as **Exhibit P** is a true and correct copy of excerpts of a document titled *Patent Owner's Preliminary Response Pursuant to 37 C.F.R. § 42.107(A)*, from Inter Partes Review Case No. IPR2023-00617 (United States Patent No. 8, 898,494), dated August 14, 2023.

3.      Attached hereto as **Exhibit Q** is a true and correct copy of the World Intellectual Property Organization (WIPO) Patent Drafting Manual, Second Edition.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.  Executed on May 6, 2026, in San Francisco, California.

ERIN E. MEYER

1

6196692