**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| DAEDALUS PRIME LLC,<br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br>    *Defendant*. | Civil Action No. 7:25-cv-00313-DC-DTG |

**<u>DECLARATION OF RICHARD KOEHL</u>**

I, Richard Koehl, hereby declare as follows:

1.    My name is Richard Koehl. I am a partner at Blue Peak Law Group, LLP, counsel for plaintiff Daedalus Prime LLC. I have personal knowledge of and am competent to testify as to the facts herein.

2.    Attached hereto as Exhibit G is a true and correct copy of the Patent Trial and Appeal Board's Decision Granting Institution of *Inter Partes* Review dated October 11, 2023 in IPR2023-00617.

I, Richard Koehl, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on May 20, 2026 in New York, New York.

                                            */s/ Richard Koehl*
                                            Richard Koehl

1