**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| DAEDALUS PRIME LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Civil Action No. 7:25-cv-00313-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## COURT'S FINAL CLAIM CONSTRUCTION

Before the Court are the parties' claim construction briefs: the defendant Google LLC's Opening Claim Construction Brief (Dkt. No. 65), the plaintiff Daedalus Prime LLC's Responsive Claim Construction Brief (Dkt. No. 69), the defendant's Reply Brief (Dkt. No. 72), the plaintiff's Sur-Reply Brief (Dkt. No. 73), and the parties' Joint Claim Construction Statement (Dkt. No. 74). On June 2, 2026, the Court provided the parties with its Preliminary Claim Construction, and on June 3, 2026, the Court held a claim construction hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) does not begin to run until a more detailed order is entered.

**AGREED CONSTRUCTION:**

| Claim Term | Proposed Construction | Court's Final Construction |
|---|---|---|
| **"domain"**<br><br>'833 Patent | "a collection of hardware and/or logic that operates at the same voltage and frequency point" | "a collection of hardware and/or logic that operates at the same voltage and frequency point" |

**DISPUTED TERMS:**

| | Claim Term | Plaintiff Daedalus's Proposed Construction | Defendant Google's Proposed Construction | Court's Final Construction |
|---|---|---|---|---|
| 1 | **"interface unit"**<br><br>'167 Patent, claim 21 | Plain and ordinary meaning | "Circuitry of a multicore processor that interconnects the cores to other circuitry" | Plain and ordinary meaning |
| 2 | **"energy performance bias (EPB) value"**<br><br>'197 Patent, claims 1–6, 8–16, 18 | Plain and ordinary meaning, in which the plain and ordinary meaning is "a value influencing a tradeoff between power optimization and performance optimization" | "A value indicating a user's preference for a tradeoff between power optimization and performance optimization" | Plain and ordinary meaning, which means a value indicating a tradeoff between power optimization and performance optimization and not limited to a user's preference. |
| 3 | **"workload configuration input" / "workload configuration value"**<br><br>'197 Patent, claims 1–2, 15 | No construction necessary | "A value indicating a predominant pattern of execution with particular hardware configuration demands (e.g., non-uniform memory architecture (NUMA), uniform memory architecture (UMA), input/output (I/O) intensive)" | Plain and ordinary meaning |

| | Claim Term | Plaintiff Daedalus's Proposed Construction | Defendant Google's Proposed Construction | Court's Final Construction |
|---|---|---|---|---|
| 4 | **"dynamically tune power allocation"** / **"dynamically balancing power"**<br><br>'494 Patent, claims 1–2, 8–9, 12, 16 | Plain and ordinary meaning | "Adaptively increasing power for one component while concurrently reducing power to another component" | Plain and ordinary meaning, which does not require every increase in power for one component to include reducing power to another component. |
| 5 | **"is to"**<br><br>'833 Patent, claims 15–18<br>'197 Patent, claims 2–3, 5–7, 9–10, 15–16, 18–20 | Not indefinite | The term is indefinite | Not indefinite |

**SIGNED** this 3rd day of June, 2026.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE