**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

DAEDALUS PRIME LLC,

vs.                                                    Case No.:  7:25-CV-00313

GOOGLE LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Seraj N. Desai_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent _____Google LLC_____ in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
   Keker, Van Nest & Peters LLP _____ with offices at:

   Mailing address: _____633 Battery Street_____

   City, State, Zip Code: _____San Francisco, CA  94111_____

   Telephone: _____(415) 391-5400_____          Facsimile: _____(415) 397-7188_____

2.    Since _____April 2025_____, Applicant has been and presently is a

   member of and in good standing with the Bar of the State of _____California_____.

   Applicant's bar license number is _____360704_____.

3.    Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | California State Bar | 04/08/2025 |
   | California Northern District Court | 03/26/2026 |
   | Texas Eastern District Court | 03/25/2026 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.        Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:   Nate St. Clair II (JACKSON WALKER LLP)

Mailing address:   323 Ross Ave #600

City, State, Zip Code:   Dallas, TX 75201

Telephone:   (214) 953-6000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of ____Seraj N. Desai____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Seraj N. Desai
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 25th day of ____June____, 2026 .

Seraj N. Desai
[printed name of Applicant]

[signature of Applicant]