## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

DAEDALUS PRIME LLC,

vs.                                          Case No.:  7:25-CV-00313

GOOGLE LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____Seraj N. Desai_____, counsel for

___Google LLC_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____Seraj N. Desai_____ may appear on behalf of ___Google LLC_____

in the above case.

IT IS FURTHER ORDERED that _____Seraj N. Desai_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
United States District Judge