**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

DAEDALUS PRIME LLC,

vs.                                                                      Case No.:  7:25-CV-00313

GOOGLE LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Jacquie P. Andreano_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent ____Google LLC____ in this case, and

would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)
Keker, Van Nest & Peters LLP ____ with offices at:

Mailing address: ____633 Battery Street____

City, State, Zip Code: ____San Francisco, CA  94111____

Telephone: ____(415) 391-5400____          Facsimile: ____(415) 397-7188____

2.      Since ____August 2021____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of ____California____.

Applicant's bar license number is ____338354____.

3.      Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| California State Bar | 08/05/2021 |
| California Northern District Court | 07/14/2022 |
| Ninth Circuit Court of Appeals | 02/13/2025 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: ___Nate St. Clair II (JACKSON WALKER LLP)_____

Mailing address: ___323 Ross Ave #600_____

City, State, Zip Code: ___Dallas, TX  75201_____

Telephone: ___(214) 953-6000_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Jacquie P. Andreano_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_____Jacquie P. Andreano_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the __25th__ day of _____June_____, _2026_ .

_____Jacquie P. Andreano_____
[printed name of Applicant]

_____
[signature of Applicant]