**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND-ODESSA DIVISION**

DAEDALUS PRIME LLC,

vs.                                                    Case No.: 7:25-CV-00313

GOOGLE LLC

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____Jacquie P. Andreano_____, counsel for

__Google LLC_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____Jacquie P. Andreano_____ may appear on behalf of ___Google LLC_____

in the above case.

IT IS FURTHER ORDERED that _____Jacquie P. Andreano_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
United States District Judge