**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

Daedalus Prime LLC

vs.                                                    Case No.:  7:25-cv-00313-DC-DTG

Google LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Jason Choy                                              , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Daedalus Prime LLC                          in this case, and

would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

       Blue Peak Law Group LLP                          with offices at:

       Mailing address:  3139 West Holcombe Blvd., PMB 8160

       City, State, Zip Code:  Houston, TX 77025

       Telephone:  281-972-3036              Facsimile:

2.     Since  9/6/2011                          , Applicant has been and presently is a

       member of and in good standing with the Bar of the State of  California           .

       Applicant's bar license number is  277583                                        .

3.     Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Southern District of California | 09/7/2011 |
| Central District of California | 07/15/2013 |
| See addendum | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:24-cv-01279-DAE on the 14 day of January , 2025 .

Number: 6:20-cv-00108-ADA on the 24 day of June , 2020 .

Number: See addendum on the ____ day of _____ , ____ .

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:   Mark D. Siegmund, Cherry Johnson Siegmund James PC

Mailing address:   Bridgeview Center, 7901 Fish Pond Road, Suite 200

City, State, Zip Code:   Waco, Texas 76710

Telephone:   254-732-2242

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jason Choy to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jason Choy
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26 day of June , 2026 .

Jason Choy
[printed name of Applicant]

[signature of Applicant]

**<u>Addendum to Question No. 3</u>**

| Court: | Admission date: |
|---|---|
| Northern District of California | 12/31/2013 |
| Eastern District of New York | 10/30/2008 |
| Southern District of New York | 06/03/2008 |
| Ninth Circuit | 05/05/2014 |

**<u>Addendum to Question No. 5</u>**

| |
|---|
| Number: 6:20-cv-00562-ADA on the 30th day of July, 2020 |
| Number: 1:09-cv-00506-JRN on the 31st day of January, 2011 |