# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

Daedalus Prime LLC

vs.                                                     Case No.:  7:25-cv-00313-DC-DTG

Google LLC


# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Jason Choy                                              , counsel for

Daedalus Prime LLC                                  , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Jason Choy                                    may appear on behalf of  Daedalus Prime LLC

in the above case.

IT IS FURTHER ORDERED that  Jason Choy                                              , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE