**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Daedalus Prime LLC and Defendant Google LLC move for entry of the First

Amended Scheduling Order (attached as Exhibit A) for the limited purpose of extending the

deadline to serve final infringement and invalidity contentions from July 29, 2026 until October

16, 2026. No other deadlines are affected by this proposed change.


Date: July 21, 2026                                  Respectfully submitted,


*/s/ Richard Koehl*                                  */s/ Erin E. Meyer*
_____                  _____

Mark D. Siegmund                                  David Silbert (*pro hac vice*)
Texas Bar No. 24117055                          dsilbert@keker.com
CHERRY JOHNSON SIEGMUND JAMES PC        Erin E. Meyer (*pro hac vice*)
Bridgeview Center                                    emeyer@keker.com
7901 Fish Pond Road                              Christopher S. Sun (*pro hac vice*)
Waco, Texas 76710                                 csun@keker.com
Telephone: (254) 732-2242                      Andrew S. Bruns (*pro hac vice*)
Facsimile: (866) 627-3509                       abruns@keker.com
msiegmund@cjsjlaw.com                         Vishesh Narayen (*pro hac vice*)
                                                              vnarayen@keker.com
William D. Ellerman                               Ryan J. Hayward (*pro hac vice*)
Texas Bar No. 24007151                         rhaywayrd@keker.com
CHERRY JOHNSON SIEGMUND JAMES PC        Jacqueline Concilla (*pro hac vice*)
8140 Walnut Hill Lane                           jconcilla@keker.com
Suite 830                                               Niharika Sachdeva (*pro hac vice*)

Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Robert Magee
California Bar No. 271443
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

Paige Vonne Welch
Texas Bar No. 24138184
pwelch@jw.com
JACKSON WALKER LLP
100 Congress Ave, Ste. 1100
Austin, TX 78701

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Paige V. Welch*
Paige Vonne Welch