**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |  |
|---|---|---|
| **DAEDALUS PRIME LLC,** | § § § | |
| **v.** | § § | **Case No. 7:25-cv-00313-DC-DTG** |
| **GOOGLE, LLC.** | § § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Kirk Voss to serve as technical advisor. The Court has reviewed Mr. Voss's invoice for services through today, which include evaluating the parties' claim construction briefs, evaluating the parties' arguments during the claim construction hearing, and preparing a claim construction order. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:    $6,755.50

    Defendant:    $6,755.50

The Parties shall contact Mr. Voss for payment instructions.

    **SIGNED** this 22nd day of July, 2026.


DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

- 1 -