**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| DAEDALUS PRIME LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Civil Action No. 7:25-cv-00313-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Natalie Lieber of the law firm Blue Peak Law Group LLP enters her appearance on behalf of Plaintiff Daedalus Prime LLC in the above-captioned case.

Natalie Lieber may receive all copies of future pleadings, orders, notices, and communication from this Court and from other parties at:

Blue Peak Law Group LLP
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025-1533
Tel: 332-240-6886; Fax: 346-346-0161
Email: lieber@bluepeak.law

Respectfully Submitted,

*/s/ Natalie Lieber*
Natalie Lieber (New York Bar No. 4672762)
lieber@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 W Holcombe Blvd, PMB 8160
Houston, TX 77025-1533
Tel: 332-240-6886
Fax: 346-346-0161

*Attorney for Daedalus Prime LLC*

1

## CERTIFICATE OF SERVICE

A true and correct copy of the Notice of Appearance was served via CM/ECF to all counsel of record on July 29, 2026.

By: /s/ *Natalie Lieber*
Natalie Lieber