**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

DAEDALUS PRIME LLC,
      Plaintiff,

vs.                                                             Case No.: 7:25-cv-00313-DC-DTG
Google LLC,
      Defendant.


**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Amanda Miyuki Ogata                                       , counsel for

Google LLC                                        , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Amanda Miyuki Ogata                      may appear on behalf of  Google LLC

in the above case.

IT IS FURTHER ORDERED that  Amanda Miyuki Ogata                                  , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE