**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS,**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br>             Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br>                        Defendant | Civil Action No.: 7:25-cv-00313-DC-DTG<br><br>Jury Trial Demanded |

### JOINT MOTION FOR ENTRY OF SECOND AMENDED PROTECTIVE ORDER

Plaintiff Daedalus Prime LLC and Defendant Google LLC move for entry of the Second Amended Protective Order (attached as Exhibit A).

The parties have met and conferred regarding the prosecution-bar provisions of the Amended Protective Order and have agreed to amend those provisions to provide additional protections for confidential, proprietary, and highly sensitive technical information disclosed in this action. Specifically, the parties have agreed to revise Paragraph 12 concerning access to HIGHLY SENSITIVE MATERIAL and participation in patent prosecution and related proceedings.

Accordingly, the parties jointly represent that good cause exists for entry of the Second Amended Protective Order and respectfully request that the Court do so.

1

Date: August 11, 2026

Respectfully Submitted,

*/s/ Richard Koehl*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Robert Magee
California Bar No. 271443
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
Natalie Lieber
New York Bar No. 4672762
natalie@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

*/s/ Jennifer P. Ainsworth*

Karineh Khachatourian
David Xue
Trevor Giampaoli
Amanda Ogata
Haley Sinfield
KXT LAW, LLP
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Fax: 650-249-5013

Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091

David Silbert *(pro hac vice)*
dsilbert@keker.com
Erin E. Meyer *(pro hac vice)*
emeyer@keker.com
Christopher S. Sun *(pro hac vice)*
csun@keker.com
Andrew S. Bruns *(pro hac vice)*
abruns@keker.com
Vishesh Narayen *(pro hac vice)*
vnarayen@keker.com
Ryan J. Hayward *(pro hac vice)*
rhaywayrd@keker.com
Jacqueline Concilla *(pro hac vice)*
jconcilla@keker.com
Niharika Sachdeva *(pro hac vice)*
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

2

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
JACKSON WALER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

Paige Vonne Welch
Texas Bar No. 24138184
pwelch@jw.com
JACKSON WALKER LLP
100 Congress Ave, Ste 1100
Austin, TX 78701

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 11, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

3

4

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant have met and conferred pursuant to Local Rule CV-7(h). The Parties are in agreement regarding this joint motion and are filing this motion jointly.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth