**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO EXTEND THE PERIOD FOR PRE-SUIT WILLFULNESS AND INDIRECT INFRINGEMENT DISCOVERY AND RE-PLEADING SET FORTH IN THE PARTIES' STIPULATION OF OCTOBER 10, 2025 (DKT. 37)**

Plaintiff Daedalus Prime LLC ("Daedalus") and Defendant Google LLC ("Google") jointly move for entry of the attached proposed order and, in support thereof, stipulate and agree as follows:

1. On October 10, 2025, the parties filed their Joint Notice and Stipulations of Dismissal of Certain of Plaintiff's Claims Without Prejudice (Dkt. 37). Pursuant to that stipulation, Daedalus voluntarily dismissed, without prejudice, its claims of pre-suit indirect and willful infringement against Google; the parties agreed to permit fact discovery on pre-suit indirect and willful infringement during the first three months of fact discovery; and Daedalus is permitted to re-plead its pre-suit indirect and willful infringement allegations with specificity within that period if supported by a good faith basis under Fed. R. Civ. P. 11.

2. The parties stipulate and agree that the period set forth in Dkt. 37 for fact discovery concerning pre-suit indirect and willful infringement, and for Daedalus to re-plead those allegations, currently set to close on September 4, 2026, is extended by sixty (60) days, through and including November 3, 2026, without any prejudice to either party's rights regarding that deadline.

3. Good cause exists for the extension. Discovery concerning pre-suit indirect and willful infringement remains ongoing, and the parties have agreed to the extension. No other deadline is affected.

4. To the extent the extended period set forth in Paragraph 2 is inconsistent with the September 23, 2026 deadline to amend pleadings in the First Amended Scheduling Order (Dkt. 83), the parties stipulate that the extended period controls with respect to Daedalus's dismissed pre-suit indirect and willful infringement allegations, and jointly request the Court's approval to that extent.

5. No other deadline in the First Amended Scheduling Order (Dkt. 83) is modified by this stipulation. Nothing in this stipulation resolves, waives, or prejudices any party's position on the scope or adequacy of any discovery request, response, or production.

The parties therefore respectfully request that the Court enter the attached proposed order.

Respectfully submitted,

Dated: August 31, 2026

By: ___*/s/ Richard Koehl*______________
Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160

By: __*/s/ Christopher S. Sun, by permission*___
David Silbert
dsilbert@keker.com
Erin E. Meyer
emeyer@keker.com
Christopher S. Sun
csun@keker.com
Andrew S. Bruns
abruns@keker.com
Vishesh Narayen
vnarayen@keker.com
Ryan J. Hayward
rhayward@keker.com
Jacqueline Concilla
jconcilla@keker.com

Houston, TX 77025
Telephone: 281-972-3036

Robert Magee
California Bar No. 271443
robert@bluepeak.law
BLUE PEAK LAW GROUP LLP
3790 El Camino Real, PMB 846
Palo Alto, CA 94306-3314
Telephone: 281-972-3036

Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
Natalie Lieber
New York Bar No. 4672762
lieber@bluepeak.law
BLUE PEAK LAW GROUP LLP
PO Box 20006
New York, NY 10025-1510
Telephone: 281-972-3036

Of Counsel:
Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PLLC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PLLC
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
wellerman@cjsjlaw.com

*Attorneys for Plaintiff Daedalus Prime LLC*

Niharika Sachdeva
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nate St. Clair, II
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

___*/s/ Richard Koehl*_____________