**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**AGREED ORDER EXTENDING THE PERIOD FOR PRE-SUIT WILLFULNESS AND INDIRECT INFRINGEMENT DISCOVERY AND RE-PLEADING SET FORTH IN THE PARTIES' STIPULATION OF OCTOBER 10, 2025 (DKT. 37)**

Before the Court is the parties' Joint Motion for Entry of Agreed Order Extending the Period for Pre-Suit Willfulness and Indirect Infringement Discovery and Re-Pleading Set Forth in the Parties' Stipulation of October 10, 2025 (Dkt. 37). Having considered the motion, and finding good cause, the Court GRANTS the motion and ORDERS as follows:

1. The period set forth in Dkt. 37 for fact discovery concerning pre-suit indirect and willful infringement, and for Plaintiff Daedalus Prime LLC to re-plead those allegations if supported by a good faith basis under Fed. R. Civ. P. 11, is extended through and including November 3, 2026.

2. Solely as to Daedalus Prime LLC's pre-suit indirect and willful infringement allegations dismissed without prejudice pursuant to Dkt. 37, the September 23, 2026 deadline to filed amended pleadings in the First Amended Scheduling Order (Dkt. 83) is extended through and including November 3, 2026.

3. All other deadlines in the First Amended Scheduling Order remain unchanged.

SIGNED this ____ day of ______________, 2026.

________________________________
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE