**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DAEDALUS PRIME LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:25-CV-00313-DC-DTG** |
| **GOOGLE LLC,** | § | |
| ***Defendant,*** | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO AMEND (DKT. NO. 91)**

Before the Court is the parties' Joint Motion for Extension of Time to Amend. Dkt. No. 91. On October 10, 2025, the parties filed their Stipulations of Dismissal of Certain of Plaintiff's Claims Without Prejudice. Dkt. No. 37. Pursuant to the stipulation, the plaintiff, Daedalus Prime LLC, voluntarily dismissed, without prejudice, its claims of pre-suit indirect and willful infringement against Google LLC; the parties agreed to permit fact discovery on pre-suit indirect and willful infringement during the first three months of fact discovery; and the plaintiff is permitted to re-plead its pre-suit indirect and willful infringement allegations with specificity within that period if supported by a good faith basis under Fed. R. Civ. P. 11. Dkt. No. 37. The period set forth in Dkt. No. 37 is set to close on September 4, 2026. Dkt. No. 37. The deadline to file amended pleadings is September 23, 2026. Dkt. No. 83. The parties request a sixty (60) day extension of the period for pre-suit willfulness and indirect infringement discovery and the plaintiff's deadline to re-plead because discovery concerning pre-suit indirect and willful infringement remains ongoing. Dkt. No. 91. The plaintiff also requests the deadline to file amended pleadings be extended in accordance. Dkt. No. 91.

Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the period for pre-suit willfulness and indirect infringement discovery, the plaintiff's deadline to re-plead, and the deadline to file amended pleadings be extended through and including November 3, 2026.

**SIGNED** this 2nd day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE