**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| v. | § | Jury Trial Demanded |
| GOOGLE LLC, Defendant. | § | |

**<u>JOINT MOTION FOR ENTRY OF THIRD AMENDED PROTECTIVE ORDER</u>**

Plaintiff Daedalus Prime LLC and Defendant Google LLC move for entry of the Third Amended Protective Order (attached as Exhibit A).

The parties have met and conferred regarding access to Protected Material under Paragraphs 9 and 10 of the Second Amended Protective Order and have agreed to amend those paragraphs to allow consultants and experts under Paragraph 5(d) to access material designated under Paragraphs 9 and 10.

Accordingly, the parties jointly represent that good cause exists for entry of the Third Amended Protective Order and respectfully request that the Court do so.

Date: September 28, 2026

Respectfully submitted,

*/s/ Justin Constant*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242

*/s/ Christopher S. Sun*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)

Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Robert Magee
California Bar No. 271443 (*pro hac vice*)
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509 (*pro hac vice*)
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhaywayrd@keker.com
Jacqueline Concilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Paige Vonne Welch
Texas Bar No. 24138184
pwelch@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Paige V. Welch*
Paige Vonne Welch