**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# SECOND AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Amended Deadline | Item |
|---|---|
| December 11, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| January 8, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| January 27, 2027 | Close of Fact Discovery. |
| February 3, 2027 | Opening Expert Reports. |
| March 3, 2027 | Rebuttal Expert Reports. |
| March 24, 2027 | Close of Expert Discovery. |

| | |
|---|---|
| March 31, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 14, 2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| May 12, 2027 | Response to Dispositive and Daubert Motions |
| May 26, 2027 | Reply to Dispositive and Daubert Motions |
| June 9, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| June 23, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 23, 2027 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| June 30, 2027 | Serve objections to rebuttal disclosures; file motions in *limine*. |
| July 6, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in *limine*.<br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| July 8, 2027 | Deadline to file replies to motions *in limine*. |
| July 10, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| July 13, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| | |
|---|---|
| July 16, 2027 | Final Pretrial Conference at 10 a.m. Held in person unless otherwise requested. |
| August 2, 2027 | Jury Selection/Trial at 8 a.m. |

**SIGNED** this 5th day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE