**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| *Plaintiff*, | § | C.A. No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| *Defendant*. | § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Daedalus Prime LLC and Defendant Google LLC move for entry of the Third Amended Scheduling Order (attached as Exhibit A). The proposed order (1) extends each remaining deadline in the Second Amended Scheduling Order (Dkt. 97), including the deadline to serve final infringement and invalidity contentions, by nine weeks (sixty-three days) through the close of fact discovery, by ten weeks (seventy days) for opening expert reports, and by twelve weeks (eighty-four days) after that, which adds one week between the close of fact discovery and opening expert reports and two weeks between opening and rebuttal expert reports, and keeps each deadline on its current day of the week and in its current place in the sequence; and (2) adds a deadline of [Monday, January 11, 2027] for the parties to substantially complete document production. A few dates are adjusted rather than shifted, as marked below. Good cause exists for this extension; the parties seek this extension to facilitate further discovery on certain additional accused products identified during the course of discovery. The current and proposed deadlines are:

| Event | Current Deadline (Dkt. 97) | Proposed Deadline |
|---|---|---|
| Substantially complete document production (new) | — | Monday, January 11, 2027 |
| Final Infringement and Invalidity Contentions | Friday, December 11, 2026 | Friday, February 12, 2027 |
| First meet and confer to narrow claims and prior art | Friday, January 8, 2027 | Friday, March 12, 2027 |
| Close of Fact Discovery | Wednesday, January 27, 2027 | Wednesday, March 31, 2027 |
| Opening Expert Reports | Wednesday, February 3, 2027 | Wednesday, April 14, 2027 |
| Rebuttal Expert Reports | Wednesday, March 3, 2027 | Wednesday, May 26, 2027 |
| Close of Expert Discovery | Wednesday, March 24, 2027 | Wednesday, June 16, 2027 |
| Second meet and confer to narrow claims and prior art | Wednesday, March 31, 2027 | Wednesday, June 23, 2027 |
| Dispositive and Daubert motions; Form AO 85 consent deadline | Wednesday, April 14, 2027 | Wednesday, July 7, 2027 |
| Responses to Dispositive and Daubert Motions | Wednesday, May 12, 2027 | Wednesday, August 4, 2027 |
| Replies to Dispositive and Daubert Motions | Wednesday, May 26, 2027 | Wednesday, August 18, 2027 |
| Jointly email the Court's law clerk to confirm pretrial conference and trial dates | Wednesday, June 23, 2027 | Monday, August 30, 2027* |
| Serve Pretrial Disclosures | Wednesday, June 9, 2027 | Wednesday, September 1, 2027 |
| Serve objections to pretrial disclosures/rebuttal disclosures | Wednesday, June 23, 2027 | Wednesday, September 15, 2027 |
| Serve objections to rebuttal disclosures; file motions in limine | Wednesday, June 30, 2027 | Wednesday, September 22, 2027 |

| **Event** | **Current Deadline (Dkt. 97)** | **Proposed Deadline** |
|---|---|---|
| File Joint Pretrial Order and Pretrial Submissions; file oppositions to motions in limine | Tuesday, July 6, 2027 | Tuesday, September 28, 2027 |
| File replies to motions in limine | Thursday, July 8, 2027 | Thursday, September 30, 2027 |
| Meet and confer on remaining objections and disputes on motions in limine | Saturday, July 10, 2027 | Friday, October 1, 2027* |
| File joint notice of remaining objections and disputes on motions in limine | Tuesday, July 13, 2027 | Tuesday, October 5, 2027 |
| Final Pretrial Conference | Friday, July 16, 2027 | Friday, October 8, 2027, or as soon as practicable |
| Jury Selection/Trial | Monday, August 2, 2027 | Monday, October 25, 2027, or as soon as practicable |

* *Adjusted rather than shifted. The joint email to the Court's law clerk is set eight weeks before trial, as the Court's Order Governing Proceedings provides. The meet and confer on motions in limine moves from a Saturday to the preceding Friday.*

The parties respectfully request that the Court set the Final Pretrial Conference and Jury Selection/Trial on the dates shown above or on the earliest dates thereafter convenient to the Court.

Date: November 2, 2026

*/s/ Mark D. Siegmund*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Robert Magee
California Bar No. 271443
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

Respectfully submitted,

*/s/ David Silbert*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)
abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhayward@keker.com
Jacqueline Concilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

Paige Vonne Welch
Texas Bar No. 24138184
pwelch@jw.com
JACKSON WALKER LLP
100 Congress Ave, Ste. 1100
Austin, TX 78701

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 2, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Mark D. Siegmund*
Mark D. Siegmund