# EXHIBIT
# A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| *Defendant*. | § | |

**THIRD AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Amended Deadline | Item |
|---|---|
| January 11, 2027 | Deadline for the parties to substantially complete document production. |
| February 12, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| March 12, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| March 31, 2027 | Close of Fact Discovery. |
| April 14, 2027 | Opening Expert Reports. |
| May 26, 2027 | Rebuttal Expert Reports. |
| June 16, 2027 | Close of Expert Discovery. |

| | |
|---|---|
| June 23, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| July 7, 2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| August 4, 2027 | Response to Dispositive and Daubert Motions |
| August 18, 2027 | Reply to Dispositive and Daubert Motions |
| August 30, 2027 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| September 1, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| September 15, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| September 22, 2027 | Serve objections to rebuttal disclosures; file motions in *limine*. |
| September 28, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in *limine*.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| September 30, 2027 | Deadline to file replies to motions *in limine*. |
| October 1, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| October 5, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| | |
|---|---|
| October 8, 2027 (or as soon as practicable) | Final Pretrial Conference at 10 a.m. Held in person unless otherwise requested. |
| October 25, 2027 (or as soon as practicable) | Jury Selection/Trial at 8 a.m. |

**SIGNED** this ____ day of ___________, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE