UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| DAEDALUS PRIME LLC | § | |
| | § | |
| vs. | § | NO: MO:25-CV-00313-DC-DTG |
| | § | |
| GOOGLE LLC | § | |

**ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 10/29/2026) on Thursday, November 05, 2026 at 10:00 AM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 3rd day of November, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE