**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 7:25-CV-00313-DC-DTG<br><br>Jury Trial Demanded |

**JOINT MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Google LLC ("Google") and Plaintiff Daedalus Prime LLC ("Daedalus") respectfully file this joint motion for a one-week extension of time for Google to respond to Daedalus's First Amended Complaint (Dkt. 101), which would move Google's deadline to respond from November 17, 2026, to November 24, 2026, a corresponding one-week extension of time for Daedalus to respond in turn, which would move Daedalus's deadline to respond from December 8, 2026, to December 15, 2026, and a one-week extension of time for Google to reply, which would move Google's deadline to respond from December 22, 2026, to December 29, 2026. The purpose of this request is to accommodate counsel's respective schedules and to allow both sides to prepare meaningful responses.

This extension is sought in good faith and is not intended to delay the case schedule.

Date: 11/6/2026

*/s/ Richard Koehl*

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
CHERRY JOHNSON SIEGMUND JAMES PC
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
John Brinkmann
Texas Bar No. 24068091
john@bluepeak.law
Richard Koehl
Texas Bar No. 24115754
richard@bluepeak.law
Justin Constant
Texas Bar No. 24067551
justin@bluepeak.law
Robert Magee
California Bar No. 271443 (*pro hac vice*)
robert@bluepeak.law
Heng Gong
New York Bar No. 4930509 (*pro hac vice*)
heng@bluepeak.law
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd, PMB 8160
Houston, TX 77025
Telephone: 281-972-3036

*Attorneys for Plaintiff Daedalus Prime LLC*

Respectfully submitted,

*/s/ Christopher S. Sun*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)
abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhaywayrd@keker.com
Jacqueline Concilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Paige Vonne Welch
Texas Bar No. 24138184
pwelch@jw.com
JACKSON WALKER LLP
323 Ross Ave #600
Dallas, TX 75201
(214) 953-6000

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on November 6, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will serve a copy of this document on all counsel of record who have consented to electronic service through the Court's CM/ECF system.

*/s/ Paige Welch*
Paige Welch

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on November 6, 2026, counsel for Defendant conferred by e-mail with counsel for Plaintiff about the relief sought in the foregoing motion. Plaintiff joins in the motion.

*/s/ Paige Welch*
Paige Welch