**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 7:25-CV-00313-DC-DTG<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Having considered the Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and for good cause thereon, **IT IS HEREBY ORDERED THAT** said motion is **GRANTED**. Accordingly, Defendant's deadline to respond to Plaintiff's First Amended Complaint (Dkt. 101) is extended up to and including November 24, 2026, Plaintiff's deadline to respond thereto is extended up to and including December 15, 2026, and Defendant's deadline to reply is extended up to and including December 29, 2026.

**IT IS SO ORDERED** this _________ day of November, 2026.

______________________________
DEREK T. GILLIAND
UNITED STATES MAGISTRATE JUDGE