# APPENDIX B

US008898494B2

(12) **United States Patent**
**Schluessler et al.**

(10) **Patent No.: US 8,898,494 B2**
(45) **Date of Patent: *Nov. 25, 2014**

(54) **POWER BUDGETING BETWEEN A PROCESSING CORE, A GRAPHICS CORE, AND A BUS ON AN INTEGRATED CIRCUIT WHEN A LIMIT IS REACHED**

(75) Inventors: **Travis T. Schluessler**, Hillsboro, OR (US); **Russell J. Fenger**, Beaverton, OR (US)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 108 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/398,641**

(22) Filed: **Feb. 16, 2012**

(65) **Prior Publication Data**

US 2013/0159741 A1 Jun. 20, 2013

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/327,670, filed on Dec. 15, 2011.

(51) **Int. Cl.**
***G06F 1/32*** (2006.01)
*G06F 9/50* (2006.01)

(52) **U.S. Cl.**
CPC ................ ***G06F 1/3203*** (2013.01); *G06F 9/50* (2013.01); *G06F 9/5094* (2013.01)
USPC .......................................... **713/320**; 713/300

(58) **Field of Classification Search**
CPC ......... G06F 1/08; G06F 1/3203; G06F 1/206; G06F 9/50; G06F 9/5094
USPC ................................................ 713/300, 320
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,758,133 | A * | 5/1998 | Evoy | 713/501 |
| 7,558,966 | B2 | 7/2009 | Durham et al. | |
| 7,692,457 | B2 | 4/2010 | To et al. | |
| 7,818,596 | B2 | 10/2010 | Fenger et al. | |
| 7,917,789 | B2 | 3/2011 | Fenger et al. | |
| 8,185,215 | B2 * | 5/2012 | Burchard et al. | 700/22 |
| 8,281,170 | B1 * | 10/2012 | Donovan | 713/322 |
| 2004/0121797 | A1 * | 6/2004 | Gupta | 455/550.1 |

(Continued)

OTHER PUBLICATIONS

Schluessler et al., "Limiting CPU Power Consumption for Efficient Computation of 3D Workloads", IEEE International Conference on Energy Aware Computing, IEEE, Dec. 3-5, 2012, Guzelyurt, Cyprus.

*Primary Examiner* — Thomas Lee
*Assistant Examiner* — Danny Chan
(74) *Attorney, Agent, or Firm* — Trop. Pruner & Hu, P.C.

(57) **ABSTRACT**

An apparatus, method and system is described herein for efficiently balancing performance and power between processing elements based on measured workloads. If a workload of a processing element indicates that it is a bottleneck, then its performance may be increased. However, if a platform or integrated circuit including the processing element is already operating at a power or thermal limit, the increase in performance is counterbalanced by a reduction or cap in another processing elements performance to maintain compliance with the power or thermal limit. As a result, bottlenecks are identified and alleviated by balancing power allocation, even when multiple processing elements are operating at a power or thermal limit.

**18 Claims, 10 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2005/0060594 | A1 * | 3/2005 | Barr et al. | 713/600 |
| 2006/0069936 | A1 * | 3/2006 | Lint et al. | 713/320 |
| 2006/0143486 | A1 | 6/2006 | Lamdan et al. | |
| 2007/0074011 | A1 * | 3/2007 | Borkar et al. | 712/227 |
| 2008/0104428 | A1 * | 5/2008 | Naffziger et al. | 713/300 |
| 2009/0007120 | A1 | 1/2009 | Fenger et al. | |
| 2010/0131781 | A1 | 5/2010 | Memon et al. | |
| 2011/0113274 | A1 * | 5/2011 | Burchard et al. | 713/322 |
| 2011/0289380 | A1 | 11/2011 | Wilkerson et al. | |
| 2011/0310413 | A1 * | 12/2011 | Nakao | 358/1.9 |
| 2012/0159264 | A1 | 6/2012 | Azam et al. | |
| 2012/0324248 | A1 | 12/2012 | Schluessler et al. | |
| 2013/0007475 | A1 | 1/2013 | Ganesan et al. | |
| 2013/0061064 | A1 * | 3/2013 | Ananthakrishnan et al. | 713/300 |

* cited by examiner


Power Control 160
CORE 101
Arch Reg 101a
Arch Reg 101b
BTB and I-TLB 120
Decode 125
Rename/Allocater 130
Scheduler/Execution Unit(s) 140
Reorder/Retirement Unit 135
Lower level D-Cache and D-TLB 150
CORE 102
Arch Reg 102a
Arch Reg 102b
BTB and I-TLB 121
Decode 126
Rename/Allocater 131
Scheduler/Execution Unit(s) 141
Reorder/Retirement Unit 136
Lower level D-Cache and D-TLB 151
I/O 180
Higher level cache 110
Bus Interface 105
Controller(s) 170
100
176
177
System memory 175

FIG. 1


200
Memory 225
Memory 230
Memory Interconnect 220
Memory Interconnect 220
MC 207
Processor 205
IOM 209
MC 212
Processor 210
IOM 214
P2P Interconnect 215
P2P Interconnect 215
PCIE 240
PCIE 240
I/O Device 245
I/O Device 250

FIG. 2


300
Memory 310
Memory 311
Memory Interconnect 315
Memory Interconnect 315
MC 301c
Processor 301
MC 302c
Processor 302
PCIE 330
PCIE 330
P2P Interconnect 305
P2P Interconnect 305
P2P Interconnect 305
P2P Interconnect 305
P2P Interconnect 305
P2P Interconnect 305
PCIE 330
PCIE 330
Processor 303
MC 303c
Processor 304
MC 304c
P2P Interconnect 305
Memory Interconnect 315
Memory Interconnect 315
Memory 312
Memory 313

FIG. 3


IOH 420
P2P Interconnect 405
P2P Interconnect 405
Memory 410
Memory Inter-connect 415
MC 402c
Processor 402
P2P Interconnect
Processor 404
MC 404c
Memory Inter-connect 415
Memory 410
P2P Interconnect 405
P2P Interconnect 405
P2P Interconnect 405
P2P Interconnect 405
Memory 410
Memory Inter-connect 415
MC 401c
Processor 401
P2P Interconnect
Processor 403
MC 403c
Memory Inter-connect 415
Memory 410
P2P Interconnect 405
P2P Interconnect 405
IOH 420

FIG. 4




FIG. 5


Device Driver 620
Power Management/
Balancing Module
630
Workload monitor 606
Workload monitor 611
Y
GPU Cores 605
CPU Cores 610

FIG. 6


Load CPU and GPU workloads 705
Increase or decrease performance limit of CPU or GPU up to TDP limit 720
NO
YES
TDP Limit Reached? 710
NO
Workload indicate increase or decrease in CPU or GPU performance? 715
YES
GPU workload > threshold 725
YES
Decrease CPU performance limit 730
NO
Previous CPU performance limit? 735
YES
Increase CPU performance limit 740
NO
Existing performance management 745

**FIG. 7**


Load CPU and GPU workloads
805
TDP Limit
Reached?
810
NO
Workload
indicate increase
or decrease in
CPU or GPU
performance?
815
Increase or decrease
performance limit of CPU or
GPU up to TDP limit
820
YES
GPU
Bottleneck?
825
YES
Increase GPU performance
limit and decrease CPU
performance limit
830
NO
CPU Bottleneck
835
YES
Increase CPU performance
limit and decrease GPU
Bottleneck
840

FIG. 8


900
CPU Clock generator 904
CPU Cores 905
Operating System 915
Power management service 920
Application (CPU resident portion) 930
CPU workload monitor 935
Device driver 925
Separate communication bus clock generator or shared CPU Clock generator 940
Bus workload monitor 951
Communication bus 950
Cache or memory 960
GPU Clock generator 909
GPU cores 910
GPU workload monitor 911
Application (GPU resident portion) 912

FIG. 9


GPU load 1005
CPU load 1010
Communication bus load 1015
Read CPU and GPU loads 1020
Is entire system operating within predefined system power limits? 1025
Yes
No
Manage CPU and GPU frequency with existing methods. 1030
Is GPU fully occupied? 1035
Yes
No
Is there sufficient room on the communication bus to accommodate the current workload? 1040
Yes
No
Increase max allowed communication bus frequency cap by one step 1045
Decrease maximum allowed CPU and communication bus frequency cap. 1050
CPU Frequency CAP? 1055
Yes
No
Increase max allowed CPU frequency cap by one step 1060

FIG. 10

# POWER BUDGETING BETWEEN A PROCESSING CORE, A GRAPHICS CORE, AND A BUS ON AN INTEGRATED CIRCUIT WHEN A LIMIT IS REACHED

This application is a continuation-in-part of U.S. patent application Ser. No. 13/327,670, filed Dec. 15, 2011, the content of which is hereby incorporated by reference.

## FIELD

This disclosure pertains to energy efficiency and energy conservation in integrated circuits, as well as code to execute thereon, and in particular but not exclusively, to balancing power and performance between processing elements and/or a communication bus.

## BACKGROUND

Advances in semi-conductor processing and logic design have permitted an increase in the amount of logic that may be present on integrated circuit devices. As a result, computer system configurations have evolved from a single or multiple integrated circuits in a system to multiple hardware threads, multiple cores, multiple devices, and/or complete systems on individual integrated circuits. Additionally, as the density of integrated circuits has grown, the power requirements for computing systems (from embedded systems to servers) have also escalated. Furthermore, software inefficiencies, and its requirements of hardware, have also caused an increase in computing device energy consumption. In fact, some studies indicate that computers consume a substantial amount of the entire electricity supply for the United States of America.

As a result, there is a vital need for energy efficiency and conservation associated with integrated circuits. And as servers, desktop computers, notebooks, ultrabooks, tablets, mobile phones, processors, embedded systems, etc. become even more prevalent (from inclusion in the typical computer, automobiles, and televisions to biotechnology), the effect of computing device sales stretches well outside the realm of energy consumption into a substantial, direct effect on economic systems.

Furthermore, as integrated circuit density has grown, the ability to consolidate multiple devices in a single integrated circuit and/or package has similarly increased. As an illustrative example, system on chip (SOC) devices have recently gained popularity. However, often SOCs (and like components) integrate multiple devices into a single device/circuit, but they also inherit each individual device's power, performance, and thermal constraints. Therefore, a device with a host processor and a graphics processor usually implements power savings policies individually and separately. And even if a power policy is defined for the entire package, it often only contemplates assumed power requirements for each of the individual devices without balancing power and performance amongst asymmetric cores to achieve maximum overall performance.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not intended to be limited by the figures of the accompanying drawings.

FIG. **1** illustrates an embodiment of a logical representation of a system including an integrated circuit having a multi-processing element processor and integrated graphics processor.



FIG. **2** illustrates an embodiment of a logical representation of a computer system configuration.

FIG. **3** illustrates another embodiment of a logical representation of a computer system configuration.

FIG. **4** illustrates another embodiment of a logical representation of a computer system configuration.

FIG. **5** illustrates an embodiment of a logical representation of an integrated circuit to balancing power among processing elements to achieve maximum overall performance.

FIG. **6** illustrates another embodiment of a logical representation of an integrated circuit to balancing power among processing elements to achieve maximum overall performance.

FIG. **7** illustrates an embodiment of a flow diagram for balancing power between a processor and graphics processor to achieve maximum performance within a power limit.

FIG. **8** illustrates another embodiment of a flow diagram for balancing power between a processor and graphics processor to achieve maximum performance within a power limit.

FIG. **9** illustrates an embodiment of a logical representation of an block diagram for units/modules to balancing power among processing elements and/or a communication bus to achieve maximum overall performance.

FIG. **10** illustrates an embodiment of a flow diagram for balancing power between a processor, a graphics processor, and/or a communication bus to achieve maximum performance within a power limit.

## DETAILED DESCRIPTION

In the following description, numerous specific details are set forth, such as examples of specific types of specific processor and system configurations, specific hardware structures, specific architectural and micro architectural details, specific register configurations, specific structures for determining workloads, specific modules to determine and set performance/power limits, specific types of performance limits, specific types of processing devices, specific types of program code, specific performance bottleneck assumptions, specific devices including asymmetric processors, etc. in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that these specific details need not be employed to practice the present invention. In other instances, well known components or methods, such as specific and alternative processor architectures, specific logic circuits/code for described algorithms, specific firmware code, specific interconnect operation, specific workload determination, specific frequency setting techniques, specific power limit determination and implementation algorithms, and other specific operational details of processors haven't been described in detail in order to avoid unnecessarily obscuring the present invention.

Although the following embodiments are described with reference to energy conservation and energy efficiency in specific integrated circuits, such as in computing platforms or microprocessors, other embodiments are applicable to other types of integrated circuits and logic devices. Similar techniques and teachings of embodiments described herein may be applied to other types of circuits or semiconductor devices that may also benefit from better energy efficiency and energy conservation. For example, the disclosed embodiments are not limited to desktop computer systems. And may be also used in other devices, such as handheld devices, systems on a chip (SOC), and embedded applications. Some examples of handheld devices include cellular phones, Internet protocol devices, digital cameras, personal digital assistants (PDAs),

and handheld PCs. Embedded applications typically include a microcontroller, a digital signal processor (DSP), a system on a chip, network computers (NetPC), set-top boxes, network hubs, wide area network (WAN) switches, or any other system that can perform the functions and operations taught below. Moreover, the apparatus', methods, and systems described herein are not limited to physical computing devices, but may also relate to software optimizations for energy conservation and efficiency. As will become readily apparent in the description below, the embodiments of methods, apparatus', and systems described herein (whether in reference to hardware, firmware, software, or a combination thereof) are vital to a 'green technology' future balanced with performance considerations.

The method and apparatus described herein are for balancing power between multiple asymmetric devices to achieve maximum overall performance. Specifically, power balancing and allocation is primarily discussed below in reference to an integrated circuit and/or package including a central/host processor (or cores thereof) and a graphics processor (or cores thereof). Yet, the apparatuses and methods described herein are not so limited, as they may be implemented in conjunction with any integrated circuit device including any type of asymmetric or symmetric processing cores. For example, power balancing and allocation, as described herein, may be utilized between two host processing cores, between processing cores and memory, and/or between integrated I/O devices. And as discussed above, it may be utilized in servers, desktops, ultrabooks, tablets, small form-factor devices, handheld devices, SOCs, or embedded applications.

Referring to FIG. **1**, an embodiment of an integrated circuit (or package) including multiple devices/cores is illustrated. Integrated Circuit (IC) **100** includes any processor or processing device, such as a microprocessor, an embedded processor, a digital signal processor (DSP), a network processor, a handheld processor, an application processor, a co-pocessor, or other device to execute code. Processor **100**, in one embodiment, includes at least two central, host, or processing cores—core **101** and **102**, which may be asymmetric cores or symmetric cores (the illustrated embodiment), as well as an Input/Output (I/O) device **180**, such as a graphics processor (or cores thereof). However, IC **100** may include any number of processing elements that may be symmetric or asymmetric.

In one embodiment, a processing element refers to hardware or logic to support a software thread. Or in another embodiment a processing element refers to a core or processing logic of a device, such as a graphics processor/core, network controller, embedded processor, microcontroller, etc. Other Examples of hardware central processing elements include: a thread unit, a thread slot, a thread, a process unit, a context, a context unit, a logical processor, a hardware thread, a core, and/or any other element, which is capable of holding a state for a processor, such as an execution state or architectural state. In other words, a processing element, in one embodiment, refers to any hardware capable of being independently associated with code, such as a software thread, operating system, application, or other code. A physical processor typically refers to an integrated circuit, which potentially includes any number of other processing elements, such as cores or hardware threads.

A processing (or central processing unit) core often refers to logic located on an integrated circuit capable of maintaining an independent architectural state, wherein each independently maintained architectural state is associated with at least some dedicated execution resources. In contrast to cores, a hardware thread typically refers to any logic located on an integrated circuit capable of maintaining an independent architectural state, wherein the independently maintained architectural states share access to execution resources. As can be seen, when certain resources are shared and others are dedicated to an architectural state, the line between the nomenclature of a hardware thread and core overlaps. Yet often, a core and a hardware thread are viewed by an operating system as individual logical processors, where the operating system is able to individually schedule operations on each logical processor.

Physical package **100**, as illustrated in FIG. **1**, includes two processing cores, core **101** and **102**. Here, core **101** and **102** are considered symmetric cores, i.e. cores with the same configurations, functional units, and/or logic. In another embodiment, core **101** includes an out-of-order processor core, while core **102** includes an in-order processor core. However, cores **101** and **102** may be individually selected from any type of core, such as a native core, a software managed core, a core adapted to execute a native Instruction Set Architecture (ISA), a core adapted to execute a translated Instruction Set Architecture (ISA), a co-designed core, or other known core. Yet to further the discussion, the functional units illustrated in core **101** are described in further detail below, as the units in core **102** operate in a similar manner.

As depicted, core **101** includes two hardware threads **101***a* and **101***b*, which may also be referred to as hardware thread slots **101***a* and **101***b*. Therefore, software entities, such as an operating system, in one embodiment potentially view processor **100** as four separate processors, i.e. four logical processors or processing elements capable of executing four software threads concurrently. As alluded to above, a first thread is associated with architecture state registers **101***a*, a second thread is associated with architecture state registers **101***b*, a third thread may be associated with architecture state registers **102***a*, and a fourth thread may be associated with architecture state registers **102***b*. Here, each of the architecture state registers (**101***a*, **101***b*, **102***a*, and **102***b*) may be referred to as processing elements, thread slots, or thread units, as described above. As illustrated, architecture state registers **101***a* are replicated in architecture state registers **101***b*, so individual architecture states/contexts are capable of being stored for logical processor **101***a* and logical processor **101***b*. In core **101**, other smaller resources, such as instruction pointers and renaming logic in rename allocater logic **130** may also be replicated for threads **101***a* and **101***b*. Some resources, such as re-order buffers in reorder/retirement unit **135**, ILTB **120**, load/store buffers, and queues may be shared through partitioning. Other resources, such as general purpose internal registers, page-table base register(s), low-level data-cache and data-TLB, execution unit(s) **140**, and portions of out-of-order unit **135** are potentially fully shared.

Processor **100** often includes other resources, which may be fully shared, shared through partitioning, or dedicated by/to processing elements. In FIG. **1**, an embodiment of a purely exemplary processor with illustrative logical units/resources of a processor is illustrated. Note that a processor may include, or omit, any of these functional units, as well as include any other known functional units, logic, or firmware not depicted. As illustrated, core **101** includes a simplified, representative out-of-order (OOO) processor core. But an in-order processor may be utilized in different embodiments. The OOO core includes a branch target buffer **120** to predict branches to be executed/taken and an instruction-translation buffer (I-TLB) **120** to store address translation entries for instructions.

Core **101** further includes decode module **125** coupled to fetch unit **120** to decode fetched elements. Fetch logic, in one embodiment, includes individual sequencers associated with

thread slots **101***a*, **101***b*, respectively. Usually core **101** is associated with a first Instruction Set Architecture (ISA), which defines/specifies instructions executable on processor **100**. Often machine code instructions that are part of the first ISA include a portion of the instruction (referred to as an opcode), which references/specifies an instruction or operation to be performed. Decode logic **125** includes circuitry that recognizes these instructions from their opcodes and passes the decoded instructions on in the pipeline for processing as defined by the first ISA. For example, as discussed in more detail below decoders **125**, in one embodiment, include logic designed or adapted to recognize specific instructions, such as transactional instruction. As a result of the recognition by decoders **125**, the architecture or core **101** takes specific, predefined actions to perform tasks associated with the appropriate instruction. It is important to note that any of the tasks, blocks, operations, and methods described herein may be performed in response to a single or multiple instructions; some of which may be new or old instructions.

In one example, allocator and renamer block **130** includes an allocator to reserve resources, such as register files to store instruction processing results. However, threads **101***a* and **101***b* are potentially capable of out-of-order execution, where allocator and renamer block **130** also reserves other resources, such as reorder buffers to track instruction results. Unit **130** may also include a register renamer to rename program/instruction reference registers to other registers internal to processor **100**. Reorder/retirement unit **135** includes components, such as the reorder buffers mentioned above, load buffers, and store buffers, to support out-of-order execution and later in-order retirement of instructions executed out-of-order.

Scheduler and execution unit(s) block **140**, in one embodiment, includes a scheduler unit to schedule instructions/operation on execution units. For example, a floating point instruction is scheduled on a port of an execution unit that has an available floating point execution unit. Register files associated with the execution units are also included to store information instruction processing results. Exemplary execution units include a floating point execution unit, an integer execution unit, a jump execution unit, a load execution unit, a store execution unit, and other known execution units.

Lower level data cache and data translation buffer (D-TLB) **150** are coupled to execution unit(s) **140**. The data cache is to store recently used/operated on elements, such as data operands, which are potentially held in memory coherency states. The D-TLB is to store recent virtual/linear to physical address translations. As a specific example, a processor may include a page table structure to break physical memory into a plurality of virtual pages.

Here, cores **101** and **102** share access to higher-level or further-out cache **110**, which is to cache recently fetched elements. Note that higher-level or further-out refers to cache levels increasing or getting further way from the execution unit(s). In one embodiment, higher-level cache **110** is a last-level data cache—last cache in the memory hierarchy on processor **100**—such as a second or third level data cache. However, higher level cache **110** is not so limited, as it may be associated with or include an instruction cache. A trace cache—a type of instruction cache—instead may be coupled after decoder **125** to store recently decoded traces.

In the depicted configuration, processor **100** also includes bus interface module **105**. Historically, controller **170**, which is described in more detail below, has been included in a computing system external to processor **100**. In this scenario, bus interface **105** is to communicate with devices external to processor **100**, such as system memory **175**, a chipset (often including a memory controller hub to connect to memory **175** and an I/O controller hub to connect peripheral devices), a memory controller hub, a northbridge, or other integrated circuit. And in this scenario, bus **105** may include any known interconnect, such as mutli-drop bus, a point-to-point interconnect, a serial interconnect, a parallel bus, a coherent (e.g. cache coherent) bus, a layered protocol architecture, a differential bus, and a GTL bus.



Memory **175** may be dedicated to processor **100** or shared with other devices in a system. Common examples of types of memory **175** include dynamic random access memory (DRAM), static RAM (SRAM), non-volatile memory (NV memory), and other known storage devices. Similar to the discussion above, I/O device(s) **180** have been traditionally included in a computing system external to a central processing unit. Here, device **180** may include a graphic accelerator, processor or card coupled to a memory controller hub, data storage coupled to an I/O controller hub, a wireless transceiver, a flash device, an audio controller, a network controller, or other known device.

Note however, that in the depicted embodiment, the controller **170** and I/O device **180** are illustrated as part of processor **100**. Recently, as more logic and devices are being integrated on a single die, such as System on a Chip (SOC), each of these devices may be incorporated on processor **100** to form a single package or single integrated circuit with multiple devices. For example in one embodiment, memory controller hub **170** and a graphics processor/device **180** are included on the same package and/or die with a central processor unit to form IC **100**, which may be referred to herein as processor **100** that includes an integrated memory controller **170** and graphics device **180**. Here, a portion of the core (an on-core portion) includes one or more controller(s) **170** for interfacing with other devices such as memory **175** and/or a graphics device **180**. The configuration including an interconnect and controllers for interfacing with such devices is often referred to as an on-core (or un-core configuration). As an example, bus interface **105** includes a ring interconnect with a memory controller for interfacing with memory **175** and a graphics controller for interfacing with graphics processor **180**. And graphics processor **180** may even have direct access to cache **110**. Yet, in the SOC environment, even more devices, such as the network interface, co-processors, memory **175**, graphics processor **180**, and any other known computer devices/interface may be integrated on a single die or integrated circuit to provide small form factor with high functionality and low power consumption. And as discussed in more detail below, when power policies are developed for the entire IC **100**, the techniques for power balancing between prominent, integrated devices, such as cores **101**-**102** and graphics device **180** become even more important.

In one embodiment, processor **100** is capable of executing a compiler, optimization, and/or translator code **177** to compile, translate, and/or optimize application code **176** to support the apparatus and methods described herein or to interface therewith. A compiler often includes a program or set of programs to translate source text/code into target text/code. Usually, compilation of program/application code with a compiler is done in multiple phases and passes to transform hi-level programming language code into low-level machine or assembly language code. Yet, single pass compilers may still be utilized for simple compilation. A compiler may utilize any known compilation techniques and perform any known compiler operations, such as lexical analysis, preprocessing, parsing, semantic analysis, code generation, code transformation, and code optimization.

Larger compilers often include multiple phases, but most often these phases are included within two general phases: (1) a front-end, i.e. generally where syntactic processing, semantic processing, and some transformation/optimization may take place, and (2) a back-end, i.e. generally where analysis, transformations, optimizations, and code generation takes place. Some compilers refer to a middle, which illustrates the blurring of delineation between a front-end and back end of a compiler. As a result, reference to insertion, association, generation, or other operation of a compiler may take place in any of the aforementioned phases or passes, as well as any other known phases or passes of a compiler. As an illustrative example, a compiler potentially inserts operations, calls, functions, etc. in one or more phases of compilation, such as insertion of calls/operations in a front-end phase of compilation and then transformation of the calls/operations into lower-level code during a transformation phase. Note that during dynamic compilation, compiler code or dynamic optimization code may insert such operations/calls, as well as optimize the code for execution during runtime. As a specific illustrative example, binary code (already compiled code) may be dynamically optimized during runtime. Here, the program code may include the dynamic optimization code, the binary code, or a combination thereof.

Similar to a compiler, a translator, such as a binary translator, translates code either statically or dynamically to optimize and/or translate code. Therefore, reference to execution of code, application code, program code, or other software environment may refer to: (1) execution of a compiler program(s), optimization code optimizer, or translator either dynamically or statically, to compile program code, to maintain software structures, to perform other operations, to optimize code, or to translate code; (2) execution of main program code including operations/calls, such as application code that has been optimized/compiled; (3) execution of other program code, such as libraries, associated with the main program code to maintain software structures, to perform other software related operations, or to optimize code; or (4) a combination thereof.

In one embodiment, power control module **160**, which may include hardware, firmware, software, or a combination thereof, is able to balance and allocate power/frequency between devices of IC **100** to achieve maximum performance; even when IC **100** is under a power limit. Additionally, such allocation, in one scenario, is based on actual workload of devices, instead of assumptions of workload or power consumption. For example, a power limit (either a maximum power limit or a reduced limit during power saving modes) is provided for IC **100**. Previously, a maximum current (and as a corollary frequency) was reduced for all processing elements of IC **100** to meet the power limit. Instead, in this scenario, a device that is determined to be a bottleneck for performance, such as throughput performance as viewed from the perspective of an application, is allocated more current/frequency, while the other competing device is capped/limited to ensure the power limit is still met. In other words, a dynamic balance is continuously stuck between devices to ensure the device that needs more resources for better overall performance is allocated such extra resources, while other devices are 'balanced' (reduced in performance) to meet a given power limit.

As a specific illustrative example, assume that I/O device **180** is a graphics processor. Here, processing cores **101**, **102** and graphics device **180** form a producer and consumer relationship. Cores **101**,**102** receive and process instructions; some of which are offloaded to graphics processor **180** for processing (e.g. CPU cores **101**, **102** send a pixel to GPU **180** to be textured, GPU **180** calculates a texture of the pixel to obtain a texel). Therefore, if the CPU cores **101**, **102** are overworking (i.e. producing too much work for the GPU **180** to handle at its current performance level), then overall performance from a maximum potential is degraded (the extra performance that the CPU cores **101-102** are utilizing to overproduce could have been allocated to GPU **180**). Note that this overproducing scenario potentially occurs even when CPU cores **101**, **102** are operating at the same or lower frequency than GPU **180**. And inversely, if CPU cores **101**, **102** are under-producing (i.e. not generating enough work to keep GPU **180** busy), then once again the maximum potential performance is likely not being achieved. Moreover, the producer-consumer relations may also be view from the other perspective, where CPU cores **101**,**102** are to consume graphics output from producer **180** before CPU cores **101**,**102** can make further forward progress.



Therefore, in one embodiment, processing workload of cores **101-102** and graphics workload of graphics device **180** are determined. For example, an amount of activity (e.g. number of cycles active) over a quantum or period of time is determined for both cores **101-102** and graphics core **180**. And based on those workloads, performance of cores **101-102** and graphics core **180** are balanced to achieve maximum overall performance. As an illustrative example, if one of the devices (CPU cores **101-102** or GPU cores **180**) are working at or near the maximum, while the other device is not fully occupied, then the near maximum device is allocated more performance (e.g. more frequency).

Note that when a power limit exists and IC **100** is not up against the power limit, the immediately aforementioned increase in performance may not include a counterbalancing reduction in the other device. For example, assume GPU cores **180** are fully occupied (all cycles during a period of time are active) and CPU cores **101-102** are only active 70% of the cycles during the period of time. In this scenario, CPU cores **101-102** are not working at their full capacity, but are still overproducing for GPU **180**. When IC **100** is not at a set power limit, then GPU **180** frequency, in one embodiment, is increased to meet the overproduction of CPU **101-102**. However, once GPU **180** starts consuming at a higher rate, CPU cores **101-102** are able to produce at even a higher rate. And if a power or thermal limit for IC **100** is reached, then if GPU **180** is to increase frequency (e.g. from the same assumptions above), then CPU **101-102**, in one embodiment, are limited/capped to ensure the power or thermal limit is not exceeded. However, the power and performance within that limit are intelligently allocated to ensure maximum, 'balanced' performance.

Referring to FIGS. **2-4**, embodiments of a computer system configuration adapted to include processors to balance performance and power between processing element/cores on integrated circuits is illustrated. In reference to FIG. **2**, an illustrative example of a two processor system **200** with an integrated memory controller and Input/Output (I/O) controller in each processor **205**, **210** is illustrated. Note that processors **205**, **210** each may include integrated graphics processors/cores, as discussed above. Although not discussed in detail to avoid obscuring the discussion, platform **200** illustrates multiple interconnects to transfer information between components. For example, point-to-point (P2P) interconnect **215**, in one embodiment, includes a serial P2P, bi-directional, cache-coherent bus with a layered protocol architecture that enables high-speed data transfer. Moreover, a commonly known interface (Peripheral Component Interconnect Express, PCIE) or variant thereof is utilized for interface **240** between I/O devices **245**, **250**. However, any known intercon-

nect or interface may be utilized to communicate to or within domains of a computing system.

Turning to FIG. **3** a quad processor platform **300** is illustrated. As in FIG. **2**, processors **301**-**304** are coupled to each other through a high-speed P2P interconnect **305**. And processors **301**-**304** include integrated controllers **301***c*-**304***c*. FIG. **4** depicts another quad core processor platform **400** with a different configuration. Here, instead of utilizing an on-processor I/O controller to communicate with I/O devices over an I/O interface, such as a PCI-E interface, the P2P interconnect is utilized to couple the processors and I/O controller hubs **420**. Hubs **420** then in turn communicate with I/O devices over a PCIE-like interface.

Referring next to FIG. **5**, an embodiment of a logical representation of modules to balance power between multiple processing elements to achieve maximum performance is depicted. Although only two cores are illustrated in FIG. **5**, any type of processing element and number thereof may be utilized. For example, in the most commonly discussed scenario herein (a CPU and GPU), both the CPU and GPU potentially includes multiple cores. And as a result, workload determination (which is described in more detail below) may be in reference to individual cores or groupings of cores, such as a workload in regard to all CPU cores in comparison to all GPU cores.

However, to further the discussion in regards to FIG. **5**, core **505** is referred to below as a CPU core (or collection of CPU cores), while core **510** is referred to as a GPU core (or collection of GPU cores). It is also worth noting that although the discussion herein primarily focuses on power balancing between asymmetric cores; such balancing, in one embodiment, is also utilized between cores of the same type. For example, assume cores **505** and **510** are both CPU cores and are executing related threads (e.g. producer and consumer related threads, such as a main thread of a single application executing on core **505** and a run-ahead helper thread for the single application execution on core **510**, where the run-ahead helper thread produces information to be consumed by the main thread). Consequently, power/frequency balancing may be performed to achieve maximum performance between the threads (e.g. if core **510** executing the helper thread is running too far ahead, such as acquiring too many future locks or prefetching too much information, then core **510**'s frequency is decreased, while core **505**'s frequency is increased to consume at a higher rate and catch up with the prefetching of core **510**).

Continuing the discussion of FIG. **5**, workload module **515** is to determine a workload of core **505**, core **510**, or both. Determining a workload includes any known method for determining activity of hardware, a workload of software, a number of instructions executed or to execute, or any other metric for determining use of a processing element. As one example, a workload for core **505** includes an amount time core **505** is active during a period of time. Activity may be determined as when core **505** is in an active performance state versus a sleep or low power state or a number of cycles executing or performing operations.

As a corollary to the multitude of potential workload measurements, the components to measure such workload may also vary. To further discussion of the potential components for workload measurement, it's assumed below that workload is measured as a number of active cycles over a period of time (i.e. a total number of cycles for measurement). As a first example, a hardware register, counter, and/or accumulator associated with each of cores **505**, **510** track active cycles. And upon expiration of a period of measurement, the number of active cycles is determined for the period. As another example, a microcontroller executes code that causes hardware to track active cycles over a period. Moreover, microcode, privileged-level code, application code, or other code may be executed to similarly cause hardware to track active cycles over the period of measurement.

In one embodiment, power module **520** is to dynamically balance performance between cores **505**, **510** based on workload determination from workload module **515**. Balancing 'performance' between cores includes modifying any metric or factor that affects core performance and/or power. For example, if separate power delivery is provided for CPU core **505** from GPU core **510**, then the power delivery or limits thereof may be altered to balance performance there between. However, often when CPU core **505** and GPU core **510** are included on the same package, power delivery is not separate. Therefore, as another example frequency between the individual cores is balanced. In this scenario, power module **520** is to dynamically tune frequency allocation between core **505** and core **510** based on a power limit for an integrated circuit or package including cores **505**,**510** and one or more workloads as determined by workload module **515**. Note that frequency may not be directly altered in some embodiments, but rather an underlying metric, such as current, is altered to affect the change in frequency.

As one example, power module **520** is to increase frequency for core **505** and/or decrease frequency for core **510** in response to the dynamically determined workload for core **505** being greater the workload for core **510**. Here, if one core is demonstrating a greater need of performance due to a higher workload, then its frequency is increased. And when an integrated circuit including cores **505** and **510** are up against a power limit, then the core demonstrating less need for performance requirements is decreased in frequency to counterbalance/compensate for the increase in frequency to the other core. In another example, power module **520** is to increase frequency for core **505** and/or decrease frequency for core **510** in response to determining core **505** is a performance bottleneck. In other words, core **505** is limiting overall performance, because core **510** is relying on output from core **505** to continue further execution. But core **505** is operating to slowly. Then, core **505**'s frequency is increased to ensure overall performance is accelerated. Yet again, if a power limit is encountered, then core **510**'s frequency may be similarly decreased to ensure the power limit is enforced. Note that in some embodiment, hysteresis may be utilized to avoid a 'see-saw' effect, where power/performance balance bounces between settings. For example, CPU frequency is raised quickly (e.g. upon first detection of requiring more performance/frequency), while reduction of frequency from lack of demand is determined over multiple consecutive (or non-consecutive but closely related) periods of measurement.

In one embodiment, a basic assumption of potential bottlenecks allows the aprocess to be simplified. For example, assume core **505** is a collection of CPU cores and core **510** is a collection of GPU cores. Here, as an exemplary base assumption, it's assumed that when GPU cores **510** are operating at a maximum (i.e. fully occupied), then GPU cores **510** are the performance bottleneck (i.e. GPU is working as fast as it can under the current limits, but it's not completing the work fast enough). As a result of the assumption, if GPU cores **510** are operating over a workload/activity threshold, it's considered to be a bottleneck. So, the frequency of the GPU is increased. And if a power limit is reached, the CPU frequency is capped (or decreased) to ensure the power limit is upheld. However, if workload module **520** determines the GPU **505**'s frequency is below a threshold (i.e. not working/consume at maximum capacity), then any CPU **505**'s frequency cap or

limit is increased to cause more production, such that GPU cores **510** workload increases accordingly.

Any hardware, firmware, microcode, software, or combination thereof may perform the balancing, tuning, and/or allocating described above. As one example, the balancing policies are implemented in a Power Control Unit (PCU), which often includes a microcontroller configured to execute collocated power code. Here, the power code, when executed by the microcontroller, loads workload information from workload module **515**, determines an appropriate balancing action (e.g. increasing frequency of cores **510**), and initiates the balancing action (e.g. indicates the frequency increase, enabling hardware/logic to actually increase the frequency). As another example, code and hardware are both utilized for balancing. In one scenario, a graphics driver for GPU cores **510** loads the graphics workload information from workload module **520** (e.g. hardware activity tracking logic). And either the device driver, a privileged level power service routine (e.g. OS service routine), or other code/hardware determines if a balancing action is to be taken at least based on the graphics workload information. Additionally, CPU core **505** workload information may also be taken into account to determine the appropriate balancing action.

In one embodiment, the balancing decision maker also takes into account a software hint to determine how performance/power is to be balanced among processing elements. For example, GPU cores **510** workload information is determined, as discussed above. And an executing application provides a software hint of whether a future workload (i.e. a portion of the application) is to include a larger or smaller graphics workload in comparison to a previous portion of the application that resulted in the measured workload. Here, if the GPU is close to a threshold (or close to fully occupied) and the applicant hints that a next period is associated with a greater graphics workload, then the power module **520** may determine that GPU frequency is to be increased and CPU frequency is to be capped; even if the previous activity has not reached an activity threshold. As a result, the hint aids in predicting future activity; instead of relying purely on previous, measured workload information. Note that a hint may be provided through an Instruction Set Architecture defining such a hint, an Application Program Interface (API), or other known structure/method for communicating information from software to hardware.

Turning to FIG. **6**, another embodiment of a logical representation of modules to balance power among processing devices to achieve maximum overall performance is illustrated. In one embodiment, Graphics Processing Unit (GPU) cores **605** and Central Processing Unit (CPU) cores **610** are on the same die, integrated circuit, package, or other grouping, which may be subject to an overall power or performance limit. For example, a thermal design power (TDP) power limit is often provided for an integrated circuit or package. In other words, a power limit is provided for a maximum thermal dissipation capacity of the integrated circuit. However, in another embodiment, GPU cores **605** and CPU cores **610** are separate integrated circuits to be inserted in a single platform, which may similarly be subject to an overall platform power and/or thermal limit.

Workload monitor **606** is illustrated as associated with GPU cores **605**, and workload monitor **611** is illustrated as associated with CPU cores **610**. As stated above, workload monitor **606** and **611** may be implemented in hardware associated with GPU cores **605** and CPU cores **610**, workload code to be executed by a micro-controller, and/or code (e.g. micro-code, driver code, other code) executed on GPU Cores **605** and/or CPU cores **610**.

Device driver **620**, which may be executing on CPU cores **610**, is to read/load workload information from workload monitor **606**. For example, a number of cycles GPU cores **605** are active is held in a register, counter, and/or accumulator in GPU **605**. Device driver **620** loads the count every period and determines GPU **605** activity. Here, in one embodiment, device driver **620** makes the balancing decision based on the graphics activity from workload monitor **606**. In one scenario, if the workload activity is greater than a threshold, then driver **620** indicates that GPU cores **605** are occupied (i.e. a fully active and may be a bottleneck). In this embodiment, power management/balancing module **630** (hardware, firmware, code, or a combination thereof) receives the occupied indication and performs the appropriate balancing action (e.g. capping CPU cores **610** frequency and/or increasing GPU core frequency **605**). As specific illustrative examples, power module **630** includes a PCU, power code, microcode, application code, privileged level code, an Operating System (OS) power management service, etc.

In another embodiment, power management module **630** (e.g. such as a privileged power management service) loads CPU activity information from monitor(s) **611**. And with GPU cores **605** activity information either directly from workload monitor **606** or device driver **620**, power management module **630** makes the balancing decision. And module **630** also either directly implements the balancing decision or indicates that the balancing is to be performed by some other module, unit, or entity.

As one example, power management module **630**, which in some embodiments encompasses device driver **620**, sets a performance limit for one or more of the CPU cores **610** and/or GPU cores **605**. Here, assume that an overall power or thermal limit for GPU cores **605** and CPU cores **610** has been reached. And during workload measurement, it's determined that GPU cores **605** activity exceeds an occupied threshold. As an illustrative example of a threshold, a number of cycles to consider a GPU occupied may range from over 50% of cycles in a period active to 100% of cycles in a period active. For example, assume the activity threshold is 95% activity, then if workload monitor **606** detects 96%-100% active cycles, then it's determined the activity threshold is exceeded.

As a result, a performance limit (e.g. a maximum operating frequency for CPU cores **610**, a maximum turbo frequency for CPU cores **610**, a maximum current for CPU cores **610**, and a maximum energy consumption for CPU cores **610**) is set. This action alone may be enough to balance the production of CPU cores **610** to match the consumption rate of GPU **605**. However, in another embodiment, a performance metric for GPU cores **605**, which may be the same performance metric limited for CPU cores **610** or a different performance metric, is increased. Here, the increase for GPU **605** is intelligently selected to balance with CPU cores **610**'s increase, such that the power or thermal limit that has already been encountered is not exceeded. Inversely, if the GPU workload is below a threshold and a cap/limit has been placed on CPU cores **610** from a previous period, then that cap is either increased or removed. Essentially, if GPU cores **605** is being under-utilized, it's assumed that CPU **610** is not producing at a fast enough rate to fully utilize GPU **605**. Therefore, CPU **610** is increased or allowed to run-to-completion to generate more work for GPU cores **605**. Also much like the discussion above, if a power limit is reached, then GPU **605**'s performance metric, such as frequency, may be reduced, since it doesn't need full performance to complete its workload that was below an activity threshold.

As can be seen from above, the power consumption that has reached a limit is intelligently redistributed among process-

ing elements to achieve an optimal balance that provides the best overall performance. In contrast, if power wasn't balanced as discussed herein, then the power limit is enforced but one of the processing elements may act as a performance bottleneck that limits overall performance. In contrast, such intelligent redistribution enables bottlenecks to be alleviated, even under power constraints, which enables maximum performance under the most efficient energy consumption constraints.

Moving to FIG. **7**, an embodiment of modules and/or a representation of a flow diagram for balancing power between a processor and graphics processor to achieve maximum performance within a power limit is depicted. Note that the flows (or modules) are illustrated in a substantially serial fashion. However, both the serial nature of these flows, as well as the depicted order, is not required. Also, flows are illustrated in a substantially linear. However, the flows may be performed in parallel over the same time period. In addition, any of the illustrated flows or logical blocks may be performed within hardware, software, firmware, or a combination thereof. As stated above and below, each flow, in one embodiment, represents a module, portion of a module, or overlap of modules. Moreover, any program code in the form of one or more instructions or operations, when executed, may cause a machine to perform the flows illustrated and described below. For example, in one embodiment, program code includes a device driver, such as a graphics driver; a privileged service routine, a portion of power code for a Power Control Unit, a portion of micro-code for a processor, or a combination thereof.

In flow **705**, a graphics processor and or central processor workload over a period of time is received (or loaded) from one or more workload monitors. As one example, an activity count is read/loaded from a hardware register in the devices. Yet, any known method of tracking workload or activity over a period of time may be utilized.

Then in flow **710**, it's determined if a limit, such as a thermal design power (TDP) limit, is reached. Although any power or energy limit may be encountered, often a power limit based on electrical and thermal limits for a package including the GPU and CPU (i.e. TDP limit for the package) is utilized. If the power limit has not been reached and either the CPU or GPU workload indicates an increase in performance is needed (flow **715**), then the power or performance metric, such as frequency, is increased up to a maximum allowable to accommodate the workload in flow **720**. Here, if there is no concern of hitting a power limit, then a potential bottleneck is eliminated through purely providing more performance. In contrast, if no performance increase is needed, as indicated by the workloads from flow **705**, then the flow resets to measure workload and read once again in flow **705** after a subsequent period. Note that in flow **715** it may instead be determined that performance of a device, such as a GPU, may be lowered and the GPU would still be able to accommodate the measured workload. As a result, GPU performance is reduced, which in turn decreases power consumption, while maintaining workload performance.

However, if a limit has been encountered, then the power and/or performance is balanced to alleviate as much of a bottleneck as possible. Therefore, in flow **725** it's determined if the loaded GPU workload is greater than a workload/activity threshold. If the GPU workload is above the threshold, then in flow **730** a performance limit is imposed on the CPU. In other words, the GPU is being overworked and the CPU's production is capped. As can be seen, one way to alleviate the GPUs workload is to cap CPU production. However, to further alleviate the bottleneck, GPU performance, such as frequency is increased. Because of the increase in GPU frequency, the GPU power consumption is increased. And without the decrease or capping of CPU frequency, which results in lower CPU power consumption, the encountered TDP limit would be exceeded. However, the balancing of capping CPU performance and the similar increase in GPU frequency ensures the TDP limits are not exceeded. But instead, the available power is intelligently redistributed among the GPU and CPU to obtain the best performance based on actual, measured GPU workload.

Yet, if the GPU workload is not greater than a threshold, then in flow **735** its determined if a previous CPU limit has been imposed. If no limit has been imposed, then the CPU continues to operate according to existing polices in flow **745**. However, if the GPU is below an activity threshold and the CPU has a current performance limit, then the limit is increased and/or removed in flow **740**. As discussed above, in this scenario the GPU is not working hard, so the production of the CPU is increased. Consequently, if no CPU cap is in place, the low graphics activity may be due to an application that is not graphics intensive. In contrast, if a CPU performance limit has been imposed, then it is increased to potentially also increase the CPU's production for the GPU.

Referring to FIG. **8**, another embodiment of modules and/or a representation of a flow diagram for balancing power between a processor and graphics processor to achieve maximum performance within a power limit is depicted. Similar to FIG. **7** and flow **705**, a processing workload activity for a central processor and a graphics workload activity for a graphics processor is determined. And in flow **810**, as in flow **710**, it's determined if a platform, package, integrated circuit, or other form holding the central processor and graphics processor has reached a power limit, a thermal limit, or combination thereof (e.g. a TDP limit).

In flow **825**, it's determined if the graphics processor is a performance bottleneck based at least on the graphics workload activity determined in flow **805**. As one example, such a determination is based on whether the graphics workload activity is greater than a graphics activity threshold. Here, if the activity is greater than a threshold it's assumed that the GPU is a bottleneck. However, if the activity is less than the threshold, then it's assumed for flow **825** that the CPU is the bottle neck. However, such comparisons of activity to a threshold are not required. For example, workloads may be directly compared. And if one is higher than the other, it is determined to be the bottleneck.

Therefore, in flow **830**, a processor performance limit for the central processor is set below a previous processor performance limit in response to determining the graphics processor is the performance bottleneck in flow **825**. Or in flow **840**, a graphics performance limit for the graphics processor is set below a previous graphics processor performance limit in response to determining the central processor is the performance bottleneck in flow **835**. And similar to the discussion above, the competing device may be increased to further alleviate any bottleneck.

Although the discussion has primarily focused on competing devices being central processors and graphics processors, any devices that have a producer-consumer relationship, contend for power or performance resources, or are regulated under an overall power or thermal limit may similarly have power/performance balanced between them. Therefore, available power is intelligently allocated between devices to provide the best possible performance from an overall perspective, instead of each individual component being charged

with its own power and performance regulation without being cognizant of their application level contribution or monopolization of resources.

Turning next to FIG. **9**, an embodiment of a logical representation of units, modules, and/or software entities to dynamically balance power between multiple units/devices, such as CPU cores, GPU cores, and communication interfaces, is illustrated. The apparatus and methodology of balancing power/performance above has been in regard to a producer consumer relationship (e.g. one device producing for another, such as a CPU and GPU). One specific example of such a relationship also includes a core, such as a CPU and/or GPU, and a communication bus/memory. Here, a core often produces for a communication bus (i.e. a core generates requests that are transmitted by a communication bus). Therefore, just as a CPU, GPU, or other core may be a bottleneck to performance (even under a power limit), so might a communication bus. Therefore, in one embodiment, power (e.g. current, voltage, frequency, or other metric affecting power consumption) is balanced between one or more cores and a communication bus.

This communication bus scenario is discussed in more detail below, but may be applied in a more broad sense. In fact, in a phone or tablet space, the power balancing methodologies described herein may utilized between other units. For example, a radio or network interface may be dynamically balanced under a limit with cores or other interconnects. As a specific illustrative example, power of a radio may be reduced to save power if the network is not a bottleneck and the power may be allocated to a core or other interconnect. And inversely, if the radio transceiver is a bottleneck, then a core or other interconnect frequency may be reduced to free up power to be allocated to the radio for obtaining more bandwidth. As can be seen from this example, such dynamic power allocation at a limit may be utilized between any functional units of a device, from a traditional processor to a SOC, phone, embedded, or other device/system.

Communication bus **950** includes any known bus or interconnect. In one scenario, bus interface **950** is to communicate with devices external to processor **100**, such as system memory, a chipset (often including a memory controller hub to connect to memory and an I/O controller hub to connect peripheral devices), a memory controller hub, a northbridge, or other integrated circuit. And in this scenario, bus **950** may include any known type of interconnect, such as mutli-drop bus, a point-to-point interconnect, a serial interconnect, a parallel bus, a coherent (e.g. cache coherent) bus, a layered protocol architecture, a differential bus, and a GTL bus. In another embodiment, communication bus **950** is to communicate with devices integrated on the same package or die as cores **905**, **910**, such as a memory controller hub, a graphics processor/device, and/or a cache memory. In this case, a portion of the processor (an on-core portion) includes one or more controller(s) for interfacing with other devices such as a memory and/or a graphics device. The configuration including an interconnect and controllers for interfacing with such devices is often referred to as an on-core (or un-core configuration).

As the illustrative example depicts, bus **950** includes a ring interconnect topology to connect GPU cores **910**, CPU cores **905**, and a cache memory **960** (e.g. a last level cache, a level-two cache, a level three cache, or other known cache memory). However, such a ring interconnect may include any other known devices, as well as excluding or replacing illustrated devices (e.g. a memory controller instead of a cache memory **960**). Here, graphics cores **910** may even have direct access to cache **960** through ring interconnect **950**. Yet, in the SOC environment, even more devices, such as the network interface, co-processors, memory, I/O devices, and any other known computer devices/interface may be integrated on a single die or integrated circuit to provide small form factor with high functionality and low power consumption. And as discussed in more detail below, when power policies are developed for the entire IC, the techniques for power balancing between prominent, integrated devices become even more important.

In one embodiment, power management service **920** is to dynamically balance power, which may be in the form of voltage, current, frequency, clock, or other known processor power changing knob, between cores (e.g. **910** and/or **905**) as well as communication bus **950**. With specific reference to FIG. **9**, GPU cores **910** are associated with a workload monitor **911** to determine GPU workload, while CPU cores **905** are associated with CPU workload monitor **935** to determine CPU workload. Additionally, communication bus **950** is associated with a workload monitor **951**. As mentioned above, determining a workload includes any known method for determining activity of hardware, a workload of software, a number of instructions executed or to execute, or any other metric for determining use of a processing element. As one example, a workload for cores **905** includes an amount time cores **905** are active during a period of time. Activity may be determined as when cores **905** is in an active performance state versus a sleep or low power state or a number of cycles executing or performing operations. Alternatively, activity may be measured in a number of active cycles (i.e. the number of cycles in a period that CPU cores **905** are fetching, decoding, issuing, executing, and/or retiring instructions). In a similar manner, workload monitor **951** determines activity of communication bus (i.e. number of cycles or number of work slots occupied by activity on bus **950**). For example, if the bus is able to handle a request or work slot per cycle, then activity in this case may be measured by how many work slots are occupied by activity of a period or time frame of total work slots. As a specific example, a counter counts a number of slots or entries that are issued over cycles (i.e. if the queue is empty during any of the cycles or no entry/request is issued during a cycle).

As a corollary to the multitude of potential workload measurements, the components to measure such workload may also vary. To further discussion of the potential components for workload measurement, it's assumed below that workload is measured as a number of active cycles over a period of time (i.e. a total number of cycles for measurement). As a first example, a hardware register, counter, and/or accumulator associated tracks active cycles or occupied work slots. And upon expiration of a period of measurement, the number of active cycles is determined for the period. As another example, a microcontroller executes code that causes hardware to track active cycles over a period. Moreover, microcode, privileged-level code, application code, or other code may be executed to similarly cause hardware to track active cycles over the period of measurement.

Once the workloads are determined, then power is balanced among the selected devices (e.g. cores **910**, cores **905**, and bus **960**) based on those measured workloads. As aforementioned, such a determination of how to balance power may be made by hardware (i.e. logic in the device, such as a power control unit), firmware (i.e. microcode or collocated code to be executed by cores or a control unit with a microcontroller), and/or software (e.g. power management service **920** that is part of operating system **915**, user-level code, device driver code **925**, or other code). The discussion below will primarily focus on power management service routine

**920**; however, it's important to note that the discussion similarly applies to application in hardware, firmware, or other software code.

Here, if communication bus **950** is too busy (i.e. the workload is too high, such as over a threshold), then any executing application slows down based on the communication bottleneck between cores **905**, cores **910**, and cache memory **960**. Therefore, in one embodiment, in response to encountering such a situation, the communication bus frequency/power is increased (i.e. a clock generator **940** for communication bus **950** is accelerated/stepped-up). However, as encountered above, if integrated circuit **900** is operating at a maximum (e.g. power or thermal limit), then the increase in communication bus frequency **960** is counterbalanced in the CPU and/or GPU.

In this case, any number of balancing effects may be utilized. For example, both CPU cores **905** and GPU cores **910** may be capped (i.e. decreased limit in power/frequency) to decrease the load on communication bus **950**. However, a more intelligent balancing methodology may be utilized instead. In this scenario, caps may be dynamically and separately altered for each component or unit. As an illustrative example, assume that communication bus **960** is operating at 100% workload (i.e. all work slots in a given time period were occupied as measured by workload monitor **951**), GPU cores **910** are operating at a 97% workload activity, and CPU cores **905** are operating at a 80% workload activity. As can be seen from this example, the biggest bottleneck in the system is the communication bus **950**, as it's fully occupied. But GPU cores **910** also have a high workload activity in comparison to CPU cores **910**. As a result, if IC **900** is up against a power, thermal, or other limit, CPU cores **905** may be capped or limited the most (i.e. frequency and/or power is capped), while power to GPU cores **910** are slightly capped, maintained, or actually increased. And communication bus **950** is allocated even more power. Therefore, a power increase for communication bus **950** (and potentially for GPU cores **910**) is dynamically balanced with a cap of CPU cores **905** (and potentially GPU cores **910**) to alleviate the bottlenecks in the system to increase performance, while not exceeding the current limit for IC **900**.

As can be seen, any methodology for dynamically allocating power between units/cores may be utilized to stay under a limit and maximize performance. In fact, in some implementations increasing a bus in frequency results in less extra power consumption than the same reduction in frequency for cores **905**. For example, assume a one-step increase in frequency for communication bus **950** results in a 1 watt power increase. But if IC **900** is at a power limit, then CPU cores **905** may be capped. Yet, a one-step decrease in frequency in CPU cores **905** may result in a 2 watt drop in power. As a result, if CPU cores **905** are simply increase one frequency stepping, while bus **950** is decreased by one frequency stepping, then additional power is left under the limit for extra performance. Consequently, in one embodiment, other actions (e.g. a simultaneous increase in frequency for GPU cores **910** or a2×stepping for bus **950**) may be performed to ensure a limit is not exceeded, but that performance/power is not left on the table.

Furthermore, in another embodiment, power planes (or clocking domains) of different cores/units may be tied together. As a result, a dynamic power balancing methodology, in some implementations, should take that into account. For example, in some embodiments, clock generators **940** and **904** are shared between CPU cores **904** and communication bus **950**. As a result, a stepping in frequency for communication bus **950** includes a similar stepping for CPU cores **905**. Therefore, a step in the consumer frequency may actually cause one of the producers (CPU cores **905**) to increase production. As a result, the balancing algorithm takes such a tying into account, so GPU cores **909** may be reduced to balance the effect from bus **950** and CPU cores **905** being increased.

In another embodiment, a lower limit may be provided for one or more of the devices, cores, and/or units. For example, assume a game is executing on IC **900**. Here, GPU cores **910** are have a 100% workload, even when processor **904** and communication bus **950** are operating at a very low workload. In fact, CPU cores **905** and communication bus **950** may be reduced dramatically to bare operation to give GPU cores **910** all the possible power/frequency for maximum performance. But if communication bus **950** is reduced too low (i.e. the frequency is very low), then a request made to cache **960** takes a long time to complete due to the low frequency. And GPU cores **910** may start to stall and wait on information to return. Essentially, the GPU is the primary produces, and the most power is allocated there. But when the GPU is to consume from communication bus **950**, the bus frequency can't be too low that it slows overall performance. Therefore, in one embodiment, a lower limit is provided for communication bus **950**. For example, a frequency level (e.g. between 400 Mhz to multiple GHz) is imposed. So in this scenario, communication bus **950** is capped and reduced to provide as much power to the bottleneck (GPU cores **910**) as possible until it reaches the low frequency limit. At that point, the balancing algorithm (e.g. power management service **920**) doesn't reduce communication bus frequency **950** any further to avoid adversely affecting overall performance. As a result, the advantage of obtaining maximum performance at a high limit for IC **900** is maintained by utilizing a low limit for units or cores in conjunction with the power balancing.

Referring next to FIG. **10**, an embodiment of a flow diagram for a method of balancing power between cores and a communication bus is illustrated. Note that the discussion below is often in reference to a power management routine (such as the routine **920** of FIG. **9**) making such decisions; however, similar flows and operating may be performed in hardware, software, firmware, or a combination thereof. Additionally, the flow assumes a primary graphics bottleneck that is evaluated first in flow **1035** before a communication bus workload or CPU workload. Yet, in other embodiment, any workload may be determined first. Moreover, power balancing is not limited to CPU cores, GPU cores, or communication interfaces, but rather it may be extended to other interfaces, units, or logic.

In flows **1005**, **1010**, and **1015** workloads of elements of interest are determined. For example, workload monitor **911** determines a GPU workload and provides it to device driver **925** that provides it to power management service **920** in OS **915**, workload monitor **935** provides a CPU workload to service **920**, and workload monitor **951** provides interconnect workload to service **920**. Note that such providing may done by reading from the workload monitors in flow **1020** (e.g. device driver **925** loads the GPU workload from monitor **911**, while service **920** loads from CPU monitor **935** and bus monitor **951**).

In flow **1025**, the power service routine **920** (or other hardware, firmware, software, or combination in other embodiments) determines if IC **900** is operating within limits. For example, IC **900** may have a TDP limit. And a PCU determines if IC **900** has reached a thermal, power, or other limit. If IC **900** is not operating at or above a limit, then existing methodologies, such as race to finish methodologies (i.e. increase power to one or more elements to improve perfor-

mance) are utilized. However, if IC **900** is at a limit, then the power/frequency is balanced at that limit between the elements.

As an illustrative example of a potential algorithm, the power service routine **920** determines if the GPU is fully occupied. For example, service **920** compares the workload from monitor **911** to a threshold. And if the workload exceeds the threshold, then service **920** determines GPU cores **910** are fully occupied. Note that in one embodiment, such threshold may be 99% or 100%. In this scenario, GPU cores **910** are considered fully occupied if they are 100% active. However, any threshold level may be utilized. If not above the threshold (i.e. not fully occupied, then routine **920** determines if there is a cap of frequency for CPU cores **905** (i.e. a cap previously imposed by service **920**) in flow **1055**. If not, then previous methodologies are utilized in flow **1030**. However, if there is a CPU cap, then the Cap is increased by one step in flow **1060**, since the GPU is not fully occupied (i.e. the consumer in this scenario is not full, so we are able to increase the producer).

Yet, if the GPU is fully occupied in flow **1035**, then in flow **1040** service **920** determines if there is sufficient room on the communication bus to accommodate the current workload **1040**. Similar to above, this flow may include a threshold comparison. As an example, if communication bus is above a workload threshold, then it is considered fully occupied (i.e. there is not sufficient room). Here, there is not enough available work slots, then the communication bus frequency cap is increased by a step in flow **1045** to accommodate more work by potentially increasing GPU frequency due to it being fully occupied, as determined in flow **1035**. Or if it's below the threshold, then it has room (i.e. available work slots) for more work, so the communication bus and/or CPU frequency may be capped in flow **1050** to balance the potential increase of GPU frequency from determining it's fully occupied in flow **1035**. Note that discussion of increasing a GPU frequency is included. However, in some embodiments, a GPU is already at a maximum frequency. So capping of bus frequency and CPU frequency is to free up (save) power, when the GPU is the bottleneck. In other words, the CPU and communication bus don't have to operate so fast when they are waiting on the GPU anyways. Here, that allocated power may be saved to increase energy efficiency or to be utilized during later timeframes when power is increased above a limit. Or in other embodiments, the GPU may not be at a maximum frequency and that freed power from the communication bus and/or CPU may be allocated to the GPU to increase performance.

Although FIG. **10** only illustrates a simplified embodiment of a power balancing algorithm, it may be utilized to understand how any number variations may be used to perform similar balancing, as mentioned above. Moreover, the flow of FIG. **10** was discussed in reference to the logical block diagram of FIG. **9**. Therefore, many of the flows were discussed as being performed by an Operating System service routine **920**. But these flows, as well as others not depicted, may be performed in hardware, firmware, software, or a combination thereof. For example, a power control unit including a microcontroller and power code may be utilized to perform one or more of the flows. Or specific hardware may be included, such as a small asymmetric core or device tasked with profiling and power balancing type duties. In addition, device microcode may include similar routines. Or light weight profiling software (at a privileged or user level) may be utilized to track these workload and make such balancing decisions.

A module as used herein refers to any combination of hardware, software, and/or firmware. As an example, a module includes hardware, such as a micro-controller, associated with a non-transitory medium to store code adapted to be executed by the micro-controller. Therefore, reference to a module, in one embodiment, refers to the hardware, which is specifically configured to recognize and/or execute the code to be held on a non-transitory medium. Furthermore, in another embodiment, use of a module refers to the non-transitory medium including the code, which is specifically adapted to be executed by the microcontroller to perform predetermined operations. And as can be inferred, in yet another embodiment, the term module (in this example) may refer to the combination of the microcontroller and the non-transitory medium. Often module boundaries that are illustrated as separate commonly vary and potentially overlap. For example, a first and a second module may share hardware, software, firmware, or a combination thereof, while potentially retaining some independent hardware, software, or firmware. In one embodiment, use of the term logic includes hardware, such as transistors, registers, or other hardware, such as programmable logic devices.



A value, as used herein, includes any known representation of a number, a state, a logical state, or a binary logical state. Often, the use of logic levels, logic values, or logical values is also referred to as 1's and 0's, which simply represents binary logic states. For example, a 1 refers to a high logic level and 0 refers to a low logic level. In one embodiment, a storage cell, such as a transistor or flash cell, may be capable of holding a single logical value or multiple logical values. However, other representations of values in computer systems have been used. For example the decimal number ten may also be represented as a binary value of 1010 and a hexadecimal letter A. Therefore, a value includes any representation of information capable of being held in a computer system.

Moreover, states may be represented by values or portions of values. As an example, a first value, such as a logical one, may represent a default or initial state, while a second value, such as a logical zero, may represent a non-default state. In addition, the terms reset and set, in one embodiment, refer to a default and an updated value or state, respectively. For example, a default value potentially includes a high logical value, i.e. reset, while an updated value potentially includes a low logical value, i.e. set. Note that any combination of values may be utilized to represent any number of states.

The embodiments of methods, hardware, software, firmware or code set forth above may be implemented via instructions or code stored on a machine-accessible, machine readable, computer accessible, or computer readable medium which are executable by a processing element. A non-transitory machine-accessible/readable medium includes any mechanism that provides (i.e., stores and/or transmits) information in a form readable by a machine, such as a computer or electronic system. For example, a non-transitory machine-accessible medium includes random-access memory (RAM), such as static RAM (SRAM) or dynamic RAM (DRAM); ROM; magnetic or optical storage medium; flash memory devices; electrical storage devices; optical storage devices; acoustical storage devices; other form of storage devices for holding information received from transitory (propagated) signals (e.g., carrier waves, infrared signals, digital signals); etc, which are to be distinguished from the non-transitory mediums that may receive information there from.

Reference throughout this specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, the appearances of the phrases "in one embodiment" or "in an embodiment" in various places throughout this specification are not necessarily all referring to the same embodiment. Furthermore, the particular fea-

tures, structures, or characteristics may be combined in any suitable manner in one or more embodiments.

In the foregoing specification, a detailed description has been given with reference to specific exemplary embodiments. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention as set forth in the appended claims. The specification and drawings are, accordingly, to be regarded in an illustrative sense rather than a restrictive sense. Furthermore, the foregoing use of embodiment and other exemplarily language does not necessarily refer to the same embodiment or the same example, but may refer to different and distinct embodiments, as well as potentially the same embodiment.

What is claimed is:

**1**. A processor comprising:

an integrated circuit including:

a first core;

a cache memory;

a communication bus coupled to the first core, the communication bus to connect the first core and the cache memory;

a core workload monitor configured to determine a core workload for the first core;

a bus workload monitor configured to determine a bus workload for the communication bus; and

balancing control adapted to receive the bus workload from the bus workload monitor and to dynamically tune power allocation between the first core and the communication bus based on a power limit for the integrated circuit and a comparison between the bus workload and a bus workload threshold, the power limit corresponding to a maximum thermal dissipation capacity for the integrated circuit, wherein a power consumption of one of the first core and the communication bus is to be reduced, the power consumption reduction to be limited to maintain operation of the one of the first core and the communication bus above a low limit.

**2**. The processor of claim **1**, further comprising a second core and a second core workload monitor configured to determine a second core workload for the second core, wherein the first core includes a host processing core, the second core includes a graphics processing core, and the communication bus includes a ring interconnect, and wherein the balancing control is further adapted to dynamically tune power allocation between the first core, the second core, and the communication bus based on the power limit and at least the bus workload, the core workload, and the second core workload.

**3**. The processor of claim **1**, wherein the balancing control, in response to the integrated circuit operating at the power limit, being adapted to:

increase frequency for the communication bus and cap frequency for the first core in response to the bus workload being greater than the bus workload threshold; and

decrease frequency for the communication bus and increase the frequency for the first core in response to the bus workload being less than the bus workload threshold.

**4**. A non-transitory storage medium including code, when executed, to cause a machine to perform the energy efficiency operations of:

receiving a bus workload for a communication bus and a first processing element workload for a first processing element based on an integrated circuit reaching a limit, the integrated circuit including the communication bus and the first processing element, wherein the communication bus is to connect the first processing element with at least one other device of the integrated circuit;

determining if the first processing element workload indicates the first processing element is a performance bottleneck;

determining if the communication bus is able to accommodate the bus workload;

capping a bus frequency of at least the communication bus and a frequency of a second processing element in response to determining the first processing element workload indicates the first processing element is the performance bottleneck and determining the communication bus is able to accommodate the bus workload; and

increasing a previous cap on the bus frequency of at least the communication bus in response to determining the first processing element workload indicates the first processing element is the performance bottleneck and determining the communication bus is not able to accommodate the bus workload.

**5**. The non-transitory storage medium of claim **4**, wherein the first processing element includes one or more graphics cores, the second processing element includes one or more processor cores, the communication bus includes a ring interconnect, and wherein the code includes privileged level power service code.

**6**. The non-transitory storage medium of claim **5**, wherein the code, when executed, further causes the machine to perform the operations of:

increasing a previous cap on a frequency for the one or more processor cores in response to determining the one or more graphics cores is not a performance bottleneck;

capping the frequency for the one or more processor cores in response to determining the first processing element workload indicates the first processing element is the performance bottleneck and determining the communication bus is able to accommodate the bus workload.

**7**. The non-transitory storage medium of claim **4**, wherein the limit includes a thermal design power limit.

**8**. A method comprising:

determining a processing workload activity for a central processor on a package;

determining a graphics workload activity for a graphics processor on the package;

determining a bus workload activity for a communication bus on the package;

determining if the package has reached a thermal or power limit;

communicating the processing workload activity, the graphics workload activity and the bus workload activity to a power controller of the package; and

in response to determining the package has reached the thermal or power limit, dynamically balancing power between the central processor, the graphics processor, and the communication bus based on at least the graphics workload activity and the bus workload activity, including adjusting a maximum allowed frequency for the communication bus by a plurality of steps and adjusting a maximum allowed frequency for the central processor by a step.

**9**. The method of claim **8**, wherein dynamically balancing power between the central processor, the graphics processor, and the communication bus based on at least the graphics workload activity and the bus workload activity comprises:

determining if the graphics workload activity is greater than a graphics activity threshold;

determining if there is sufficient room on the communication bus based on the bus workload activity in response to determining the graphics workload activity is greater than a threshold;

increasing the maximum allowed frequency for the communication bus in response to determining there is not sufficient room on the communication bus; and

decreasing the maximum allowed frequency for the communication bus in response to determining there is sufficient room on the communication bus.

**10**. The method of claim **8**, wherein the method is performed in response to execution of privileged level power service code.

**11**. The method of claim **9**, wherein the method is performed in response to execution of privileged level power service code.

**12**. The processor of claim **1**, wherein the balancing control is to receive a hint regarding a future workload and to dynamically tune the power allocation further based on the hint.

**13**. The processor of claim **2**, wherein the balancing control is to increase a frequency of the second core and to reduce a frequency of the first core when the second core is to execute a producer thread and the first core is to execute a consumer thread to consume information produced by the producer thread.



**14**. The processor of claim **3**, wherein the balancing control is to increase the communication bus frequency by a different amount than the first core frequency decrease.

**15**. The processor of claim **3**, wherein the balancing control is to further increase frequency for a second core, the second core and the communication bus having power planes tied together.

**16**. The non-transitory storage medium of claim **4**, wherein the code, when executed further causes the machine to perform the operations of receiving a hint regarding a future workload and dynamically tuning power allocation between the first processing element and the second processing element based on the hint.

**17**. The non-transitory storage medium of claim **5**, wherein the code, when executed, further causes the machine to perform the operations of increasing the frequency of the second processing element and reducing the frequency of the first processing element when the second processing element is to execute a producer thread and the first processing element is to execute a consumer thread to consume information produced by the producer thread.

**18**. The non-transitory storage medium of claim **17**, wherein the code, when executed, further causes the machine to perform the operations of increasing the communication bus frequency by a different amount than an amount by which the frequency of the first processing element is decreased.

* * * * *