# APPENDIX D

US008984228B2

(12) **United States Patent**
**Liu et al.**

(10) **Patent No.: US 8,984,228 B2**
(45) **Date of Patent: Mar. 17, 2015**

(54) **PROVIDING COMMON CACHING AGENT FOR CORE AND INTEGRATED INPUT/OUTPUT (IO) MODULE**

(75) Inventors: **Yen-Cheng Liu**, Portland, OR (US); **Robert G. Blankenship**, Tacoma, WA (US); **Geeyarpuram N. Santhanakrishnan**, Mercer Island, WA (US); **Ganapati N. Srinivasa**, Portland, OR (US); **Kenneth C. Creta**, Gig Harbor, WA (US); **Sridhar Muthrasanallur**, Bangalore (IN); **Bahaa Fahim**, San Jose, CA (US)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 595 days.

(21) Appl. No.: **13/324,053**

(22) Filed: **Dec. 13, 2011**

(65) **Prior Publication Data**

US 2013/0151782 A1 Jun. 13, 2013

(51) **Int. Cl.**
***G06F 13/00*** (2006.01)
***G06F 13/28*** (2006.01)
***G06F 12/08*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***G06F 12/0815*** (2013.01); ***G06F 12/084*** (2013.01); *Y02B 60/1225* (2013.01)
USPC .................................. **711/130**; 711/E12.038

(58) **Field of Classification Search**
USPC .......................................... 711/130, E12.038
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,009,488 | A | 12/1999 | Kavipurapu | |
| 7,165,131 | B2 | 1/2007 | Creta | |
| 7,210,000 | B2 | 4/2007 | Creta | |
| 7,689,778 | B2 | 3/2010 | Liu et al. | |
| 7,937,534 | B2 | 5/2011 | Madukkarumukumana | |
| 2004/0139283 | A1 * | 7/2004 | Arimilli et al. | 711/146 |
| 2006/0053258 | A1 | 3/2006 | Liu | |
| 2006/0085602 | A1 * | 4/2006 | Huggahalli et al. | 711/137 |
| 2007/0150664 | A1 | 6/2007 | Dombrowski et al. | |
| 2008/0320236 | A1 * | 12/2008 | Ueda et al. | 711/146 |
| 2010/0274975 | A1 | 10/2010 | Sistla et al. | |
| 2011/0153924 | A1 | 6/2011 | Vash et al. | |
| 2011/0191542 | A1 | 8/2011 | Vash et al. | |

OTHER PUBLICATIONS

Intel Corporation, "An Introduction to the Intel QuickPath Interconnect," Jan. 2009, pp. 1-22.
International Searching Authority, "Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority," mailed May 1, 2013, in International application No. PCT/US2012/069018.

* cited by examiner

*Primary Examiner* — Edward Dudek, Jr.
(74) *Attorney, Agent, or Firm* — Trop, Pruner & Hu, P.C.

(57) **ABSTRACT**

In one embodiment, the present invention includes a multicore processor having a plurality of cores, a shared cache memory, an integrated input/output (IIO) module to interface between the multicore processor and at least one IO device coupled to the multicore processor, and a caching agent to perform cache coherency operations for the plurality of cores and the IIO module. Other embodiments are described and claimed.

**19 Claims, 7 Drawing Sheets**

700




PCIe Lanes
IIO $140_1$
CPU Core $120_{1n}$
CPU Core $120_{10}$
Last Level Cache $130_1$
CPU And IO Caching Agent $135_1$
CPU Socket $110_1$
IMC $145_1$
DDR
Interconnect
150
PCIe Lanes
IIO $140_0$
CPU Core $120_{0n}$
CPU Core $120_{00}$
Last Level Cache $130_0$
CPU And IO Caching Agent $135_0$
CPU Socket $110_0$
IMC $145_0$
DDR
100

FIG. 1


260
Ingress
240
Egress
250
LLC
230
TOR
220
225
Arbiter
215
210
Ingress
211
Ingress
212
Ingress
213
200

FIG. 2


300
Receive Allocation Transaction In Integrated IO Module From IO Device
310
Forward Allocation Transaction To CPU Caching Agent
320
Directly Store Coherent Data Of Allocation Transaction Into Last Level Cache
330
Read/Write Coherent Data With Core And/Or IO Device
340
Evict Data?
N
Y
350
Send Data To Memory
360

FIG. 3


375
Start
Receive Snoop Request In CPU Caching Agent For Cache Line Owned By Integrated IO Module?
N
Y
380
Send Drop Ownership Indicator To Integrated IO Module To Drop Ownership Of Cache Line
385
Grant Ownership To Snoop Initiator
390

FIG. 4



400
$410_0$
$410_1$
CBO $440_0$
Core MMIO Reads $444_0$
TOR
P2P NP Reads
Core $420_0$
Core MMIO Read $422_0$
IO Module $430_0$
Outbound Non-Posted PCIe Queue $434_0$
Inbound Memory Write Queue $432_0$
CBO $440_1$
Core MMIO Reads $444_1$
TOR
P2P NP Reads
Core $420_1$
Core MMIO Read $422_1$
IO Module $430_1$
Inbound Memory Write Queue $432_1$
Outbound Non-Posted PCIe Queue $434_1$


FIG. 5


700
IIO
750
APIC
755
DMI
754
PCIe
752₀
PCIe
752ₙ
PCU
760
Core
710₀
Caching
Agent
715₀
LLC
720₀
Core
710
Caching
Agent
715
LLC
720
Core
710ₙ
Caching
Agent
715ₙ
LLC
720ₙ
IMC
775
Home
Agent
770
QPI
780

FIG. 6


800
Memory
820a
815a
MC
Processor0
810a
818a
818a
825
Memory
820b
815b
MC
Processor1
810b
818b
818b
825
830
PCH
Ethernet
850
BIOS
835
SATA
840

FIG. 7

# PROVIDING COMMON CACHING AGENT FOR CORE AND INTEGRATED INPUT/OUTPUT (IO) MODULE

## BACKGROUND

In modern multiprocessor (MP)-socket computer systems, various topologies are possible. Such systems often include many different semiconductor components realized as integrated circuits (ICs). The ICs include processors, memories, chipsets, input/output hubs (IOHs) and so forth.

As process nodes advance, greater amounts of functionality can be incorporated into a single semiconductor die. One integration trend is to integrate an IO component such as functionality of an IOH into a central processing unit (CPU) die. The main motivation for doing so is to reduce the bill of material (BOM) cost of a computer system, and enable small form factors while reducing overall power consumption.

But problems arise once an IO component is integrated on the same chip with a multiprocessor. Traditional IO integration treats the IO component as a separate caching agent, meaning that dedicated logic is associated with the IO component to handle cache coherency operations. When an IO agent is performing read/write operations to main memory, it has to snoop the CPU side cache to maintain cache coherency. In MP systems, this becomes a major scaling problem. For example, in an 8 socket system, there are effectively 16 caching agents in the system, which can degrade performance. And the efforts to scale up a system to support these many caching agents are not trivial.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a portion of a multiprocessor system in accordance with an embodiment of the present invention.

FIG. **2** is a block diagram of a caching agent in accordance with an embodiment of the present invention.

FIG. **3** is a flow diagram of a method in accordance with an embodiment of the present invention.

FIG. **4** is a flow diagram of a method in accordance with another embodiment of the present invention.

FIG. **5** is a block diagram of an example of a possible deadlock scenario that can be avoided according to various embodiments.

FIG. **6** is a block diagram of a multicore processor in accordance with an embodiment of the present invention.

FIG. **7** is a block diagram of a multiprocessor system in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION

In various embodiments, an IO agent can be integrated into a multiprocessor socket such as a multicore processor for use in a MP server system, while avoiding scaling issues. More specifically, a CPU caching agent can be configured to support both CPU traffic and IO traffic as well, thereby resolving the scaling issue. Performance can be enhanced by bringing the IO agent and CPU core(s) closer. This IO agent includes functionality to provide an interface between one or more peripheral devices coupled to the processor by off-chip links such as Peripheral Component Interconnect Express (PCIe™) links, and may take the place of a separate chipset component such as an IOH.

Referring to FIG. **1**, shown is a block diagram of a portion of a multiprocessor system in accordance with an embodiment of the present invention. As shown in FIG. **1**, system **100**



includes a pair of processor sockets **110**$_0$ and **110**$_1$. In the embodiment shown, each socket **110** (generally) corresponds to a multicore processor. For ease of discussion, reference will be made to the components within socket **110**$_0$. In the embodiment of FIG. **1**, socket **110**$_1$ may be identically configured. However, understand that in other embodiments, heterogeneous processor sockets may be present.

As seen, socket **110**$_0$ includes a plurality of cores **120**$_{00}$-**120**$_{0n}$. As examples, socket **110**$_0$ can include 4, 8, or another such number of cores. Each of the cores can include various components including a processor pipeline having multiple stages such as a front end unit, one or more execution units, and a back end unit. In addition, one or more levels of cache memories can be present within the cores. Each of cores **120** may be coupled to a shared cache memory **130**$_0$, which may be a last level cache (LLC). As seen, LLC **130** can include a caching agent **135**$_0$. In various embodiments, this caching agent may be a combined caching agent both for the CPU as well as for an integrated IO agent. More specifically, socket **110**$_0$ may include an IO module (hereafter an integrated IO module or IIO module). This IIO module may act as an interface to one or more off-chip peripheral or IO devices (not shown in FIG. **1**) coupled to the processor, e.g., via PCIe™ links. Examples of such IO devices include storage devices, network interfaces, graphics cards, and so forth.

As further seen, socket **110**$_0$ may include an integrated memory controller (IMC) **145**$_0$ to provide an interface to a system memory (not shown for ease of illustration) via a memory interconnect. Socket **110**$_1$ includes similar components and can be coupled to socket **110**$_0$ via an interconnect **150**, which in one embodiment can be a point-to-point (PtP) link in accordance with a Intel® Quick Path Interconnect (QPI) protocol.

Referring now to FIG. **2**, shown is a block diagram of a caching agent in accordance with an embodiment of the present invention. As shown in FIG. **2**, caching agent **200** may be logic interposed between one or more cores of a processor and a LLC **230**. In addition, caching agent **200** may also provide an interface between an IIO module within a multicore processor and the LLC. As seen, caching agent **200** can include an ingress port **210** that includes multiple ingress queues **211**-**213**. As seen, ingress port **210** may be coupled to an arbiter **215** which can arbitrate amongst incoming requests and provide them to a table of requests (TOR) **220**. As seen, TOR **220** may be a buffer or other temporary storage for holding incoming requests. In the embodiment shown, TOR **220** may include at least one dedicated resource **225** for posted transactions. In one embodiment, dedicated resource **225** may be a single entry of the queue, although the scope of the present invention is not limited in this regard.

Still referring to FIG. **2**, TOR **220** interfaces with LLC **230**. More specifically, this LLC may be a bank or other portion of the LLC associated with the caching agent. To provide access to other locations within the processor via a ring interconnect **260**, an ingress queue **240** and an egress queue **250** may be provided. Thus via caching agent **200**, cores of the processor and an IIO module can maintain coherency without the need for additional caching agents. Although not shown for ease of illustration, understand that caching agent **200** may further include various coherency logic to perform cache coherency operations on behalf of the cores and IIO module, and to enable coherent access with regard to both the core transactions and IO device transactions as described herein.

Note that although a single structure is shown in FIG. **2** for ease of illustration, understand that a caching agent can be

distributed such that each of different portions of the caching agent can be associated with a corresponding core and LLC bank or slice.

With this approach, the IIO module proxies through the CPU caching agent to access memory or other IO devices, therefore reducing the overhead of allocating dedicated resources for an integrated IO caching agent. This also reduces the amount of snoop traffic needed since a reduced number of caching agents per system can be realized. Thus in various embodiments, a system can include a single caching agent per multicore processor socket, where each socket includes multiple cores and an IIO module.

Embodiments also provide an IO performance enhancement. More specifically, since this IIO module is much closer to an internal CPU cache such as a LLC, an IO device supported by the IIO module can directly "push" coherent data into this cache where any processor core within the same socket can have a very fast path to access the data. This is opposed to the conventional approach where an off-chip IO device must issue a direct cache access (DCA) hint to a processor core to cause a cache line to be brought into the LLC. To this end, an IO device coupled to an IIO module in accordance with an embodiment of the present invention can generate an allocating transaction that can lodge data directly into the LLC.

In this way IO data can be brought closer to the CPU cache, providing a more efficient mechanism to lodge data from an IO device directly into a LLC of a processor and without the need for first storing the data in a system memory, reducing bandwidth consumption. Still further, the need for a direct cache hint from the IO device to a core to cause a read request to obtain the data can be avoided.

Referring now to FIG. **3**, shown is a flow diagram of a method in accordance with an embodiment of the present invention. As shown in FIG. **3**, method **300** may be used to perform allocation of data from an IO device coupled to a multicore processor directly into a cache memory of the processor. More specifically, method **300** of FIG. **3** can be used to insert data into the cache in a manner that avoids both: first providing the data to a system memory coupled to the processor (such as a dynamic random access memory (DRAM)) via an integrated memory controller of the processor; and the need for sending a hint to a core of the processor to cause the data to be requested and stored into the cache.

As seen in FIG. **3**, method **300** may begin by receiving an allocation transaction in an IIO module from an IO device (block **310**). For example, this allocation transaction can be a request to write data directly into a cache memory, e.g., a LLC of the processor, and it can be received from an IO device such as a peripheral device coupled to the processor via a PCIe™ link, for example. As seen, this allocation transaction can be forwarded from the IIO to a CPU caching agent (block **320**). Because in various embodiments there is no separate caching agent for the IIO, this transaction can be directed to a common caching agent that performs caching agent functionality both for processor cores and the IIO.

Responsive to this request, control passes to block **330** where the data can be directly stored into the LLC. In one embodiment, a least recently used (LRU) algorithm can be used to place the data, along with a way mask to restrict the LLC ways that can be allocated to IIO data. More specifically the data can be stored coherently in accordance with a given cache coherency protocol (e.g., a modified exclusive shared invalid (MESI) protocol).

With the data now present in the LLC, it can be accessed a number of times for read and write operations by any of the cores of the processor as well as the initiating IO device or other IO devices coupled to the processor (block **340**). Conventional cache coherency protocol operations and compliance with ordering rules can be performed when accessing this data to maintain coherency. During normal cache operation, it can be determined whether the data of this cache line is to be evicted (diamond **350**). If so, the data can be written back to memory (block **360**). Using method **300** in this way, embodiments provide the ability to efficiently load data from an IO device directly into a processor cache, without the need for consuming any memory bandwidth. Instead it is only upon an eviction from the cache that the data is written to system memory. Although shown with this particular implementation in the embodiment of FIG. **3**, understand the scope of the present invention is not limited in this regard.



Various elements both within an IIO module and CPU caching agent can be configured to avoid deadlocks and ensure reasonable performance. First, for PCIe™ ordering rule compliance and in order to sustain performance, a drop ownership indication can be provided by a CPU caching agent to send an indication back to the IIO to drop ownership of a cache line in the case that an external snoop request to an existing ownership request is detected. In contrast, conventional IIO implementation prefetches ownership of a cache line long prior to when the IIO device is read to retire and meet write ordering. Thus the way a conventional IIO works, ownership of a line is acquired before the write of the cache line is ready to commit to the system. Only when write ordering is met will a write to the system occur. During this time, any incoming snoops to the same line will cause the IIO to lose ownership of the line and a request for ownership must be re-issued to obtain the ownership again.

Referring now to FIG. **4**, shown is a flow diagram of a method in accordance with another embodiment of the present invention. As shown in FIG. **4**, method **375** can be used to prevent deadlocks by causing an IIO to drop ownership of a given cache line when a conflicting request is received. Specifically as shown in FIG. **4**, method **375** may begin by determining that a snoop request is received in a caching agent for a cache line that is owned by an IIO module (diamond **380**). This ownership can be based on state information associated with the cache line, e.g., an ownership indicator as well as cache coherency state information, in some embodiments. When such request is received, the caching agent can send a drop ownership indication to the IO module to cause the module to drop ownership of the cache line (block **385**). Note that this indication may be because it is likely that the ownership of the cache line by the IIO module is responsive to a prefetch by a coupled IO device and thus the data with regard to the IO device is of a speculative nature and is not yet needed.

As further shown in FIG. **4**, control next passes to block **390** where the ownership of the cache line can be granted to the initiator of the snoop. In this way, this requestor can perform desired operations on the data. Then the data may later be accessed by the IO device. Although shown with this particular implementation in the embodiment of FIG. **4**, understand the scope of the present invention is not limited in this regard.

Thus by using the above-described mechanism to relinquish the ownership, deadlocks can be avoided. Instead in a conventional system, one can easily imagine that two IIOs in the system may both acquire ownership for the non-oldest transaction and both are bidding for the oldest transaction in order to retire. Unless either side relinquishes the ownership, the system will result in a deadlock.

There are two types of IIO traffic that will be seen by CPU agents, namely posted and non-posted requests, according to

a PCIe™ specification, e.g., the PCI Express™ Specification Base Specification version 2.0 (published Jan. 17, 2007) (hereafter the PCIe™ specification). Generally, a posted transaction is a transaction which when sent by a source is considered complete by the source and the source does not receive a completion or other confirmation message regarding the transaction. One such example of a posted transaction may be a write transaction. In contrast, a non-posted transaction is not considered completed by the source until a return message is received, namely a completion. One example of a non-posted transaction is a read transaction in which the source agent requests a read of data. Accordingly, the completion message provides the requested data. Posted requests must not be blocked by non-posted requests in the fabrics otherwise a deadlock concern exists. For example, if IIO posted requests that are proxying through the CPU caching agent cannot obtain access to a requested resource to send requests to memory or to a remote IIO, it will prevent any non-posted requests either from the core or IIO from completing, thus creating a deadlock.

Referring now to FIG. **5**, shown is a block diagram of an example of a possible deadlock scenario that can be avoided according to various embodiments. As seen in FIG. **5**, system **400** includes a first multicore processor $\mathbf{410}_0$ coupled to a second multicore processor $\mathbf{410}_1$. As seen, each processor includes a corresponding core **420** and an IIO module **430**. Of course, multiple cores can be present in different embodiments. In addition, each processor includes a caching agent **440**, which acts as the caching agent for both the core and the IIO module. As seen, core $\mathbf{420}_0$ may be issuing non-posted requests, such as core memory mapped IO (MMIO) read requests from a non-posted queue $\mathbf{422}_0$ to a TOR $\mathbf{444}_0$ of caching agent $\mathbf{440}_0$. If these non-posted reads are in front of posted requests, deadlocks may occur.

As further seen, IIO module $\mathbf{430}_0$ includes a posted queue $\mathbf{432}_0$ used to store pending posted requests such as inbound (inbound to the processor) memory write requests as well as a non-posted queue $\mathbf{434}_0$ which may store non-posted requests such as outbound non-posted read requests, e.g., from the processor or another IO agent to the IO device. Thus as seen transactions in write queue $\mathbf{434}_0$ may be ordered after transactions in write queue $\mathbf{432}_0$. By providing a dedicated posted resource within TOR **444**, a deadlock situation can be avoided. Note that the PCIe™ ordering rules dictate that posted requests are not blocked by non-posted requests and thus in general write transactions proceed ahead of read transactions.

To avoid such deadlocks, embodiments can configure CPU caching agents appropriately. This configuration includes enabling the CPU caching agent to perform resource reservation and ordering, conflict bypass, and arbitration policy in accordance with an embodiment of the present invention. To this end the CPU caching agent preserves dedicated resources for posted requests, e.g., reserving at least one resource such as an entry of a TOR for a posted request. Embodiments may also ensure the reserved resource is consumed by the "oldest" posted request from the IIO, otherwise a younger request may take up the resource but cannot retire while waiting for the oldest request, which may be stuck in a fabric.

A CPU caching agent in accordance with an embodiment of the present invention can also detect and bypass address conflicts if a posted request were to match an older non-posted request that has the same address, thus providing a conflict bypass. Embodiments may further provide an arbitration policy such that where there is an anti-starvation mechanism in the arbitration scheme within the CPU caching agent, it ensures that the oldest posted request still can make it through the arbitration to avoid a deadlock.

With the above-mentioned configuration of a CPU caching agent, an IIO can be coupled behind a CPU caching agent and benefit from reduced complexity and component count. That is by proxying IIO-related transactions through a CPU caching agent as opposed to having separate dedicated IO agents coupled to a socket via an off-chip link, a better scaling profiling and performance advantages can be realized. Embodiments also potentially increase the possibility of more platform configurations that can be supported. This integration along with low latency route-through (using ring resources) can accommodate various platform configurations.

By reducing the number of caching agents, much less resource division in the system such as home agent tracker entries etc. occurs, and by reducing the amount of snoop overhead due to the number of caching agents in a system, improved scaling/performance can be achieved.

Referring now to FIG. **6**, shown is a block diagram of a multicore processor in accordance with an embodiment of the present invention. As shown in the embodiment of FIG. **6**, processor **700** includes a distributed configuration having partitions or slices each including a core **710** and a partition of a caching agent **715** and a LLC **720**. Note that while distributed caching agents are shown, understand that these distributed portions form a single caching agent, and which is configured to handle cache coherency operations both for the cores as well as an IIO module **750**.

In general, each core $\mathbf{710}_0$-$\mathbf{710}_n$ may include low level caches in addition to various execution units and additional processing elements. In turn, the various cores may be coupled to each other and to a shared cache memory formed of a plurality of units of a LLC $\mathbf{740}_0$-$\mathbf{740}_n$ via caching agent $\mathbf{715}_0$-$\mathbf{715}_n$. In various embodiments, LLC **740** may be shared amongst the cores and IIO module **750**. As seen, a ring interconnect **730** thus couples the cores together, and provides interconnection between the cores, caching agent **715** and IIO module **750**.

As seen in FIG. **6**, IIO module **750** can provide an interface to various off-chip IO/peripheral devices (not shown for ease of illustration in FIG. **6**). To this end, IIO module **750** can include various interfaces including multiple PCIe™ interfaces $\mathbf{752}_0$-$\mathbf{752}_n$, a direct media interface (DMI) **754**, and an IO advance programmable interrupt controller (IO APIC) **755**. As seen, IIO module **750** also can be coupled to a power control unit (PCU) **760**.

To provide communications with other components of a system, ring interconnect **730** may couple to a home agent **770** that in turn guards an integrated memory controller (IMC) **775**. In turn, IMC **775** can communicate, e.g., via DDR links, to a system memory coupled to the processor. Furthermore, a Intel® Quick Path Interconnect (QPI) interface **780** can couple to ring interconnect **730** to act as an interface to another agent (such as another processor in a multiprocessor system) coupled to the processor via a QPI™ link. Although shown with this particular configuration in the embodiment of FIG. **6**, understand the scope of the present invention is not limited in this regard.

FIG. **7** is a block diagram of a multiprocessor system **800** coupled with point-to-point (PtP) system interconnects in accordance with an embodiment of the present invention. In the embodiment shown, each processor **810** includes one instance of an integrated memory controller **815** that in turn is coupled to a corresponding local portion of a system memory **820**, e.g., via various memory links such as double data rate (DDR) channels. As seen, one of the processors is connected

to a peripheral controller hub (PCH) **830** via, e.g., DMI and PCIe™ links. In the embodiment shown, a QPI™ link **825** is used to connect the two processors. Note that each of the processors can include an IIO module to provide an interface to one or more off-chip peripheral devices and a single caching agent shared by the IIO module and the cores of the processor. As further seen in FIG. **7**, PCH **830** may communicate with various devices including a basic input/output system (BIOS) storage **835** such as a flash memory, a serial advanced technology attach (SATA) device **840** such as a disk drive, and a network interface **850**, e.g., an Ethernet device.

Embodiments may be implemented in code and may be stored on a non-transitory storage medium having stored thereon instructions which can be used to program a system to perform the instructions. The storage medium may include, but is not limited to, any type of disk including floppy disks, optical disks, solid state drives (SSDs), compact disk read-only memories (CD-ROMs), compact disk rewritables (CD-RWs), and magneto-optical disks, semiconductor devices such as read-only memories (ROMs), random access memories (RAMs) such as dynamic random access memories (DRAMs), static random access memories (SRAMs), erasable programmable read-only memories (EPROMs), flash memories, electrically erasable programmable read-only memories (EEPROMs), magnetic or optical cards, or any other type of media suitable for storing electronic instructions.

While the present invention has been described with respect to a limited number of embodiments, those skilled in the art will appreciate numerous modifications and variations therefrom. It is intended that the appended claims cover all such modifications and variations as fall within the true spirit and scope of this present invention.

What is claimed is:

**1**. An apparatus comprising:

a multicore processor including a plurality of cores, a shared cache memory, an integrated input/output (IIO) module to interface between the multicore processor and at least one IO device coupled to the multicore processor, and a caching agent to perform cache coherency operations for the plurality of cores and the IIO module, the caching agent a single caching agent for the multicore processor and including a plurality of distributed portions each associated with a corresponding one of the plurality of cores.

**2**. The apparatus of claim **1**, wherein the caching agent includes a table of requests to store pending requests for the plurality of cores and the IIO module.

**3**. The apparatus of claim **2**, wherein the table of requests includes at least one dedicated entry to store a posted transaction.

**4**. The apparatus of claim **1**, wherein the shared cache memory comprises a last level cache (LLC) including a plurality of distributed portions each associated with a corresponding one of the plurality of cores.

**5**. The apparatus of claim **4**, wherein the plurality of distributed portions of the caching agent are coupled via a ring interconnect.

**6**. The apparatus of claim **1**, wherein the caching agent is to receive an allocation transaction from the IIO module, the allocation transaction received in the IIO module from an IO device coupled to the multicore processor.

**7**. The apparatus of claim **6**, wherein the caching agent is to directly store data of the allocation transaction into the shared cache memory and to not initiate a memory transaction to a system memory coupled to the multicore processor.



**8**. The apparatus of claim **1**, wherein the caching agent is to send a drop ownership indication to the IIO module for a cache line owned by the IIO module for an IO device coupled to the multicore processor responsive to receipt of a snoop request in the caching agent for the cache line from another agent.

**9**. The apparatus of claim **8**, wherein the IO device prefetched the cache line.

**10**. The apparatus of claim **8**, wherein the another agent is one of the plurality of cores.

**11**. A method comprising:

receiving an allocation transaction in an integrated input/output (IIO) module of a multicore processor from an IO device coupled to the multicore processor, the allocation transaction comprising a request to directly store data of the allocation transaction into a shared cache memory of the multicore processor;

forwarding the allocation transaction to a caching agent of the multicore processor, the caching agent shared by a plurality of cores of the multicore processor and the IIO module; and

directly storing the data of the allocation transaction into the shared cache memory of the multicore processor.

**12**. The method of claim **11**, further comprising accessing the data in the shared cache memory via at least one of the plurality of cores of the multicore processor a number of times, without sending a transaction to a system memory coupled to the multicore processor.

**13**. The method of claim **12**, further comprising sending data of the cache line to the system memory from the shared cache memory if the cache line is evicted from the shared cache memory, when the cache line includes modified data.

**14**. The method of claim **12**, further comprising directly storing the data of the allocation transaction into the shared cache memory without communicating with the system memory.

**15**. The method of claim **11**, further comprising sending a drop ownership indication to the IIO module for a cache line owned by the IIO module responsive to receipt of a snoop request in the caching agent for the cache line from another agent.

**16**. A system comprising:

a first multicore processor including a first plurality of cores, a first shared cache memory, a first integrated input/output (IIO) module to interface between the first multicore processor and a first plurality of IO devices coupled to the first multicore processor, and a first caching agent to perform cache coherency operations for the first plurality of cores and the first IIO module, wherein the first caching agent includes a table of requests having a plurality of entries each to store a pending request for one of the first plurality of cores or the first IIO module, including at least one dedicated entry to store a pending request corresponding to a posted transaction;

a second multicore processor including a second plurality of cores, a second shared cache memory, a second IIO module to interface between the second multicore processor and a second plurality of IO devices coupled to the second multicore processor, and a second caching agent to perform cache coherency operations for the second plurality of cores and the second IIO module; and

a peripheral controller coupled to at least one of the first and second multicore processors.

**17**. The system of claim **16**, wherein the first caching agent is to receive an allocation transaction from the first IIO module, the allocation transaction comprising a request to directly

 

store data of the allocation transaction into the first shared cache memory, and directly store the data of the allocation transaction into the first shared cache memory.

**18**. The system of claim **17**, wherein the data in the shared cache memory is to be accessed via at least one of the first plurality of cores a number of times, without sending a transaction to a system memory coupled to the first multicore processor.

**19**. The system of claim **16**, wherein the first caching agent is a single caching agent for the first multicore processor and includes a plurality of distributed portions each associated with a corresponding one of the first plurality of cores, the first shared cache memory comprises a last level cache (LLC) including a plurality of distributed portions each associated with a corresponding one of the first plurality of cores, and wherein the plurality of distributed portions of the first caching agent are coupled via a ring interconnect.

* * * * *