# EXHIBIT A

**EXHIBIT A**
**(INFRINGEMENT OF U.S PATENT NO. 8,775,833)**

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| 13.0 | 13. A system comprising: | The Accused Products comprise a system.<br><br>For example, on information and belief, Google's Tensor SOCs comprise a system.<br><br>For example, on information and belief, Tensor G1 includes an eight-core CPU comprising two Arm X1 cores, two Cortex A76 cores, and four Cortex A55 cores. Tensor G1 also includes a 20-core Arm Mali-G78 MP20 GPU. Tensor G1 uses ARMv8.2-A architecture.<br><br>In 2021, Google published its first smartphone processor, Tensor SoC, to power the Pixel 6 and Pixel 6 Pro. The software giant has now joined the global game of chip manufacturing, competing with big players like Apple, Samsung, and Qualcomm.<br><br>Google developed the Tensor SoC based on ARM architecture. This SoC is equipped with two big ARM X1 cores, two Cortex-A76, four Cortex-A55, a 20-core ARM Mali-G78 GPU, and Google's custom-made TPU (Tensor Processing Unit) to boost its machine learning models. To further increase the power efficiency, Tensor also includes its own advanced image signal processor (ISP) and an ultra-low-power engine. The chip is fabricated by Samsung on 5nm process technology, which is also used to manufacture several competitive SoCs such as the Qualcomm Snapdragon 888 and Samsung Exynos 2100.<br><br>https://medias.yolegroup.com/uploads/2022/03/SPR22644_Google-Tensor-Pixel-6-SoC_Product-Brochure.pdf.<br><br>For example, on information and belief, Tensor G2 includes an eight-core CPU comprising an Arm Cortex X1, two Cortex A78 cores, and four Cortex A55 cores. Tensor G2 also includes a Mali-G710 MP7 GPU. Tensor G2 uses ARMv8.2-A architecture. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | |

## Google Tensor G2 specifications

For those that want a table, here you go:

| | |
|---|---|
| **Dev board code name** | Cloudripper |
| **Model number** | GS201, Tensor G2 |
| **Cores** | 2x super-big ARM Cortex-X1, 2x big A78, 4x small Cortex-A55 |
| **GPU** | Mali-G710 MP7 |
| **Manufacturing node** | 5nm Samsung PLP |
| **Modem** | Samsung Exynos 5300 5G |
| **RAM** | LPDDR5 |
| **Caches** | 4MB CPU L3, 8MP system level |

https://www.androidpolice.com/google-tensor-g2/#:~:text=The%20Tensor%20G2%20keeps%20the,tweak%20to%20the%20big%20clusters.

For example, on information and belief, Tensor G3 includes a nine-core CPU comprising four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3. Tensor G3 also includes an Arm Mali G715 (Inmmortalis) GPU. Tensor G3 uses ARMv9 architecture.

With Tensor G3, Google's finally putting more up-to-date cores in the chip. The entire CPU block has been rearchitected to use 2022 ARMv9 cores. The core layout has also been modified — gone is the unusual 4+2+2 setup, and in its place, Google put in... an even weirder one?

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | |

The Tensor G3 will feature nine CPU cores — four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3, all while raising the frequencies compared to previous generations. This should lead to a considerable performance uplift and should make the Tensor G3 match the performance of the other 2022 flagship SoCs (although it will fall behind chips that use the newly announced ARMv9.2 cores). We'll have to see if the Pixel 8's cooling solutions can handle all these large cores while running at full power.

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| Big cores | 1x Cortex-X3 @ 3.0GHz | 2x Cortex-X1 @ 2.85GHz | 2x Cortex-X1 @ 2.8GHz |
| Mid cores | 4x Cortex-A715 @ 2.45GHz | 2x Cortex-A78 @ 2.3GHz | 2x Cortex-A76 @ 2.25GHz |
| Little cores | 4x Cortex-A510 @ 2.15GHz | 4x Cortex-A55 @ 1.8GHz | 4x Cortex-A55 @ 1.8GHz |

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| GPU Core Model | Mali-G715 (Immortalis) | Mali-G710 | Mali-G78 |
| Core Count | 10 | 7 | 20 |
| Frequency (shaders) | 890MHz | 848MHz | 848MHz |

https://www.androidauthority.com/pixel-8-tensor-g3-specs-3331398/

For example, on information and belief, Tensor G4 has an eight-core CPU including a Cortex X4, three Cortex A720, and four Cortex A520. Tensor G4 also includes an Arm Mali G715 GPU. Tensor G4 uses ARMv9.2-A architecture.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Tensor G4** - One Cortex-X4 running at 3.10GHz, three Cortex-A720 running at 2.60GHz, and four Cortex-A520 running at 1.95GHz. ARM Mali-G715 GPU running at 940MHz.<br><br>**Tensor G3** - One Cortex-X3 running at 3.00GHz, three Cortex-A715 running at 2.45GHz, and four Cortex-A510 running at 2.15GHz. ARM Mali-G715 GPU running at 890MHz.<br><br>To be honest, with the Tensor G3 previously rumored to be based on Samsung's unreleased Exynos 2300, Google missed an opportunity to adopt the Exynos 2400's 10-core configuration for the Tensor G4, which would deliver some meaningful performance in the multi-core department. Unfortunately, it appears that the advertising giant has other plans, but customers who view the Pixel 9 lineup just by looking at these specification differences will probably get the impression that the latest flagship models are just a stop-gap launch.<br><br>https://wccftech.com/tensor-g4-vs-tensor-g3-all-differences-you-need-to-know/#:~:text=Tensor%20G4%20%2D%20One%20Cortex%2DX4,just%20a%20stop%2Dgap%20launch |
| 13.1 | a multicore processor having a first domain including a plurality of cores, a second domain including a graphics engine, and a third domain including system agent circuitry, the third | The Accused Products meet this claim.<br><br>For example, on information and belief, Google's Tensor G4 SoCs includes a first domain including a plurality of Arm Cortex cores, a second domain including a graphics engine (e.g., ARM Mali G715 GPU), and a third domain including a System Control Processor to operate at a fixed power budget. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | domain to operate at a fixed power budget and including | **Tensor G4** - One Cortex-X4 running at 3.10GHz, three Cortex-A720 running at 2.60GHz, and four Cortex-A520 running at 1.95GHz. ARM Mali-G715 GPU running at 940MHz.<br><br>**Tensor G3** - One Cortex-X3 running at 3.00GHz, three Cortex-A715 running at 2.45GHz, and four Cortex-A510 running at 2.15GHz. ARM Mali-G715 GPU running at 890MHz.<br><br>To be honest, with the Tensor G3 previously rumored to be based on Samsung's unreleased Exynos 2300, Google missed an opportunity to adopt the Exynos 2400's 10-core configuration for the Tensor G4, which would deliver some meaningful performance in the multi-core department. Unfortunately, it appears that the advertising giant has other plans, but customers who view the Pixel 9 lineup just by looking at these specification differences will probably get the impression that the latest flagship models are just a stop-gap launch.<br><br>https://wccftech.com/tensor-g4-vs-tensor-g3-all-differences-you-need-to-know/#:~:text=Tensor%20G4%20%2D%20One%20Cortex%2DX4,just%20a%20stop%2Dgap%20launch |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>

## The System Control Processor

A *System Control Processor* (SCP) is a processor-based capability that provides a flexible and extensible platform for provision of power management functions and services. ARM CSS solutions implement an SCP with the primary purposes of initialization and power control of components both within the SoC and outside the SoC, offloading these tasks from the application processors.

The key features of the SCP are as follows:

- Boot and system start-up and security integrity.
- Initial configuration and subsequent reset.
- Managing clocks, voltage regulators and associated *Operating Performance Points* (OPPs), or *Operating Points*, to support *Dynamic Voltage and Frequency Scaling* (DVFS).
- Power state management for the power regions within the SoC.
- Handling hardware wakeup requests from components such as timers and interrupts.
- Responsible for maintaining and enforcing consistency between device states within the system.
- Sensor control and management.

The services that are provided by the SCP are exposed to the AP software using message interfaces.

These message interfaces use areas of shared memory and the CSS MHU peripheral, which is used as a messaging signaling mechanism.

The MHU provides a mechanism to assert interrupt signals between the SCP and the application processor.

Figure 1.1 shows a diagram of the communication between the SCP and AP.

**Figure 1.1. SCP to AP communication**




https://developer.arm.com/documentation/dui0922/g/introduction/the-system-control-processor

</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/. |
| 13.2 | a power sharing logic to dynamically allocate a variable power budget between the first and second domains based at least in part on a first power sharing value for | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor SOCs use System Control Processor (SCP) to manage power of different domains, and SCP comprises a power sharing logic to dynamically allocate a variable power budget between the first and second domains based at least in part on a first power sharing value for the first domain stored in a first storage and a second power sharing value for the second domain stored in a second storage. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | the first domain stored in a first storage and a second power sharing value for the second domain stored in a second storage; and | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**The Power Policy Unit**<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1. DSU-110 PPU interfaces   https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>o The device interface, that consists of one or more LPI.<br>o The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>Figure 2-3 Example PPU connections to a power gated domain<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/. |
| 13.3 | a dynamic random access memory (DRAM) coupled to the multicore processor. | The Accused Products meet this element.<br><br>For example, on information and belief, the Tensor SOCs comprise LPDDR5 memory that is coupled to the multicore processor. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | (see table below) |

**Google Tensor and Samsung Exynos 2100: Similar But Different**

| SoC | Google Tensor | Exynos 2100 |
|---|---|---|
| CPU | **2x** Cortex-X1<br>@ 2.80GHz 2x1024KB pL2<br><br>**2x** Cortex-A76<br>@ 2.25GHz 2x256KB pL2<br><br>4x Cortex-A55<br>@ 1.80GHz 4x128KB pL2<br><br>4MB sL3 | 1x Cortex-X1<br>@ 2.91GHz 1x512KB pL2<br><br>3x Cortex-A78<br>@ 2.81GHz 3x512KB pL2<br><br>4x Cortex-A55<br>@ 2.20GHz 4x64KB pL2<br><br>4MB sL3 |
| GPU | Mali G78 **MP20** @<br>848 MHz (shaders)<br>996 MHz (tiler / L2) | Mali G78 MP14 @<br>854 MHz |
| Memory Controller | 4x 16-bit CH<br><br>@ 3200MHz LPDDR5 / 51.2GB/s<br><br>8MB System Cache | |

https://www.anandtech.com/show/17032/tensor-soc-performance-efficiency

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>
<table>
<tr><th></th><th>Google Tensor G4</th><th>Google Tensor G3</th><th>Google Tensor G2</th></tr>
<tr><td>CPU</td><td>1x Arm Cortex-X4 (3.1GHz)<br>3x Arm Cortex-A720 (2.6GHz)<br>4x Arm Cortex-A520 (1.92GHz)</td><td>1x Arm Cortex-X3 (2.91GHz)<br>4x Arm Cortex-A715 (2.37GHz)<br>4x Arm Cortex-A510 (1.70GHz)</td><td>2x Arm Cortex-X1 (2.85GHz)<br>2x Arm Cortex-A78 (2.35GHz)<br>4x Arm Cortex-A55 (1.80GHz)</td></tr>
<tr><td>GPU</td><td>Arm Mali-G715 (MC7?)<br>(940MHz)</td><td>Arm Mali-G715 MC7<br>(890MHz)</td><td>Arm Mali-G710 MP7</td></tr>
<tr><td>RAM</td><td>LPDDR5X</td><td>LPDDR5X</td><td>LPDDR5</td></tr>
</table>
https://www.androidauthority.com/google-tensor-g4-explained-3466184/
</td></tr>
<tr><td>14.0</td><td>14. The system of claim 13, wherein the power sharing logic to determine the variable power budget for a current time interval and to allocate a first portion of the variable power budget to the first domain according to the first power sharing value, and to allocate a second portion of the variable power budget to</td><td>
The Accused Products meet this claim.
For example, on information and belief, Tensor SOCs use the ARM v8.2-A architecture and later architecture.
For example, on information and belief, Tensor SOCs use intelligent power allocation (IPA) and DVFS to allocate power based on real-time workload demands..
1.2 Introduction to IPA
IPA is an algorithm that maximizes performance in a thermal envelope. It achieves this goal by combining thermal closed loop control and dividing power intelligently among components in the system.
The main principle behind IPA is based on a highly accurate closed loop Proportional Integral Derivative (PID) temperature controller and the power-division algorithm.
Based on the delta from the desired temperature, the thermal governor estimates available power budget. After that, this budget is intelligently allocated among cooling devices in the system to maximize performance while maintaining temperature control.
Xin Wang, Intelligent Power Allocation, p. 8.
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | the second domain according to the second power sharing value. |   **Figure 8 IPA thermal management approach**<br>To keep the system within the thermal envelope, IPA uses the PID controller to dynamically allocate power budget, and allows a short term boosting by exploiting thermal headroom.<br>IPA manages performance requests from different cooling devices. Each cooling device can request different performance levels, and has a power model to estimate its power consumption and the impact of the performance request for the cooling device.<br>The Power Arbiter provides guaranteed minimum performance. You can configure the Power Arbiter with policies to allocate power among different cooling devices.<br>Xin Wang, *Intelligent Power Allocation*, p. 12 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **2.2.4 Power allocation policy**<br>Each cooling device is allocated with a share of the power budget, depending on the proportion of the device's requested power in the total requested power.<br><br>When each cooling device receives less than its maximum power, for example, if the power requested by a device accounts for 20% of the total requested power, this device is allocated with 20% of the total power budget.<br><br>When a cooling device receives more than its maximum power, its surplus power budget is re-divided up among other devices. Other cooling devices receive a share of the extra power that the cooling device requested. For a given cooling device, the share of extra power it receives depends on the proportion of this cooling device's extra power in total extra power.<br><br>In short, every device that can consume more power is granted by the same proportion of its available extra power. For example, there is a free extra amount of power 40W, ready to be consumed by some capable cooling devices. There are 3 devices with capable extra power:<br>• Device 0 can consume 20W.<br>• Device 1 can consume 80W.<br>• Device 3 can consume 60W.<br><br>The total extra power that the three devices can consume is 160W. Each of them gets extra power, which can be calculated using the following equation:<br><br>*capable device power ∗ (free extra power / sum of capable extra power of devices) = new extra power for this device.*<br><br>Each of the three devices gets extra power calculated as follows:<br>• Device 0: 20 * (40/160) = 5W<br>• Device 1: 80 * (40/160) = 20W<br>• Device 2: 60 * (40/160) = 15W |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>
The total extra power that the three devices receive is, 40W=5W+20W+15W. This number is correct because there is 40W of free extra power.<br><br>
In summary, every device gets the same percentage of its own capable extra power, which has an impact on the whole system performance. Allocating extra power improves the whole system performance.<br><br>
Xin Wang, Intelligent Power Allocation, pp. 14–15.<br><br>

<br>
I. Rickards, Intelligent Power Allocation for Consumer & Embedded Thermal Control, p. 7.<br><br>
For example, on information and belief, Tensor SOCs use System Control Processor (SCP), DynamIQ Shared Unit-110 (DSU-110), and power policy units (PPUs) to control and manage power among multiple domains.<br><br>
On information and belief, SCP manages the power of the entire system.
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **1.1 The System Control Processor**<br><br>A *System Control Processor* (SCP) is a processor-based capability that provides a flexible and extensible platform for provision of power management functions and services. ARM CSS solutions implement an SCP with the primary purposes of initialization and power control of components both within the SoC and outside the SoC, offloading these tasks from the application processors.<br><br>The key features of the SCP are as follows:<br>• Boot and system start-up and security integrity.<br>• Initial configuration and subsequent reset.<br>• Managing clocks, voltage regulators and associated *Operating Performance Points* (OPPs), or *Operating Points*, to support *Dynamic Voltage and Frequency Scaling* (DVFS).<br>• Power state management for the power regions within the SoC.<br>• Handling hardware wakeup requests from components such as timers and interrupts.<br>• Responsible for maintaining and enforcing consistency between device states within the system.<br>• Sensor control and management.<br><br>ARM Compute Subsystem SCP, Message Interface Protocols, available at https://developer.arm.com/documentation/dui0922/g/introduction/the-system-control-processor<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware<br><br>On information and belief, DSU-110 applies SCP's power management policies of multiple domains. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Architectures Interconnects Mobile Processors<br>Arm Launches The DSU-110 For New Armv9 CPU Clusters<br>May 25, 2021 David Schor ARM, ARMv9, DSU-110, Memory Tagging Extension (MTE)<br><br><br>Today Arm is introducing a broad range of client IPs including a new little Armv9 CPU, a new big Armv9 CPU, a new flagship performance Armv9 CPU, and new Mali GPUs. But to fully take advantage of the new cores, a new cluster must be designed to better interface between the new IPs. Arm's new DSU-110 was designed for this very purpose.<br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Voltage-and-power-domains?lang=en |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **DSU-110 supported power domains**<br>The DynamIQ Shared Unit-110 (DSU-110) supports different power domains. You do not need to implement all power domains. The number and type of domains that are implemented depends on the choices made by the System on Chip (SoC) implementer. Each of the L3 cache slices, cores, and complexes can be placed in their own separate power domain. As the number of these components can vary depending on implementation, therefore the total number of power domains can also vary.<br>The following figure shows all the different types of power domains that are supported in a DSU-110-based cluster.<br>**Figure 1. DSU-110 power domains**<br><br>https://developer.arm.com/documentation/101381/0400/Power-management/DSU-110-supported-power-domains |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>## The Power Policy Unit<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br><br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br><br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1. DSU-110 PPU interfaces   https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit<br><br>For example, on information and belief, PPU receives high-level control and configuration input, which comprises of a workload configuration input regarding a workload and plurality of energy performance bias (EPB) values. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>o The device interface, that consists of one or more LPI.<br>o The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>

Figure 2-3 Example PPU connections to a power gated domain<br><br>Arm Power Policy Unit Architecture Specification, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/.</td></tr>
<tr><td>14.0</td><td>14. The system of claim 13, wherein the power sharing logic to determine the variable power budget for a current time interval and to allocate a first portion of the variable power budget to the first domain according</td><td>The Accused Products meet this claim.<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures.<br><br>For example, on information and belief, Tensor SOCs use intelligent power allocation (IPA) and DVFS to allocate power based on real-time workload demands..</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | to the first power sharing value, and to allocate a second portion of the variable power budget to the second domain according to the second power sharing value. | **1.2 Introduction to IPA**<br>IPA is an algorithm that maximizes performance in a thermal envelope. It achieves this goal by combining thermal closed loop control and dividing power intelligently among components in the system.<br><br>The main principle behind IPA is based on a highly accurate closed loop *Proportional Integral Derivative* (PID) temperature controller and the power-division algorithm.<br><br>Based on the delta from the desired temperature, the thermal governor estimates available power budget. After that, this budget is intelligently allocated among cooling devices in the system to maximize performance while maintaining temperature control.<br><br>Xin Wang, *Intelligent Power Allocation*, p. 8. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br><br>**Figure 8 IPA thermal management approach**<br>To keep the system within the thermal envelope, IPA uses the PID controller to dynamically allocate power budget, and allows a short term boosting by exploiting thermal headroom.<br>IPA manages performance requests from different cooling devices. Each cooling device can request different performance levels, and has a power model to estimate its power consumption and the impact of the performance request for the cooling device.<br>The Power Arbiter provides guaranteed minimum performance. You can configure the Power Arbiter with policies to allocate power among different cooling devices.<br>Xin Wang, *Intelligent Power Allocation*, p. 12 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **2.2.4 Power allocation policy**<br>Each cooling device is allocated with a share of the power budget, depending on the proportion of the device's requested power in the total requested power.<br><br>When each cooling device receives less than its maximum power, for example, if the power requested by a device accounts for 20% of the total requested power, this device is allocated with 20% of the total power budget.<br><br>When a cooling device receives more than its maximum power, its surplus power budget is re-divided up among other devices. Other cooling devices receive a share of the extra power that the cooling device requested. For a given cooling device, the share of extra power it receives depends on the proportion of this cooling device's extra power in total extra power.<br><br>In short, every device that can consume more power is granted by the same proportion of its available extra power. For example, there is a free extra amount of power 40W, ready to be consumed by some capable cooling devices. There are 3 devices with capable extra power:<br><br>• Device 0 can consume 20W.<br>• Device 1 can consume 80W.<br>• Device 3 can consume 60W.<br><br>The total extra power that the three devices can consume is 160W. Each of them gets extra power, which can be calculated using the following equation:<br><br>$\textit{capable device power} * (\textit{free extra power} / \textit{sum of capable extra power of devices}) = \textit{new extra power for this device}.$<br><br>Each of the three devices gets extra power calculated as follows:<br><br>• Device 0: 20 * (40/160) = 5W<br>• Device 1: 80 * (40/160) = 20W<br>• Device 2: 60 * (40/160) = 15W |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The total extra power that the three devices receive is, 40W=5W+20W+15W. This number is correct because there is 40W of free extra power.<br><br>In summary, every device gets the same percentage of its own capable extra power, which has an impact on the whole system performance. Allocating extra power improves the whole system performance.<br><br>Xin Wang, *Intelligent Power Allocation*, pp. 14–15.<br><br><br><br>I. Rickards, *Intelligent Power Allocation for Consumer & Embedded Thermal Control*, p. 7.<br><br>For example, on information and belief, Tensor SOCs use System Control Processor (SCP), DynamIQ Shared Unit-110 (DSU-110), and power policy units (PPUs) to control and manage power among multiple domains.<br><br>On information and belief, SCP manages the power of the entire system. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **1.1 The System Control Processor**<br><br>A *System Control Processor* (SCP) is a processor-based capability that provides a flexible and extensible platform for provision of power management functions and services. ARM CSS solutions implement an SCP with the primary purposes of initialization and power control of components both within the SoC and outside the SoC, offloading these tasks from the application processors.<br><br>The key features of the SCP are as follows:<br>• Boot and system start-up and security integrity.<br>• Initial configuration and subsequent reset.<br>• Managing clocks, voltage regulators and associated *Operating Performance Points* (OPPs), or *Operating Points*, to support *Dynamic Voltage and Frequency Scaling* (DVFS).<br>• Power state management for the power regions within the SoC.<br>• Handling hardware wakeup requests from components such as timers and interrupts.<br>• Responsible for maintaining and enforcing consistency between device states within the system.<br>• Sensor control and management.<br><br>ARM Compute Subsystem SCP, Message Interface Protocols, available at https://developer.arm.com/documentation/dui0922/g/introduction/the-system-control-processor<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware<br><br>On information and belief, DSU-110 applies SCP's power management policies of multiple domains. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Architectures Interconnects Mobile Processors<br>**Arm Launches The DSU-110 For New Armv9 CPU Clusters**<br>May 25, 2021 David Schor ARM, ARMv9, DSU-110, Memory Tagging Extension (MTE)<br><br><br>Today Arm is introducing a broad range of client IPs including a new little Armv9 CPU, a new big Armv9 CPU, a new flagship performance Armv9 CPU, and new Mali GPUs. But to fully take advantage of the new cores, a new cluster must be designed to better interface between the new IPs. Arm's new DSU-110 was designed for this very purpose.<br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Voltage-and-power-domains?lang=en |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>

## DSU-110 supported power domains

The DynamIQ Shared Unit-110 (DSU-110) supports different power domains. You do not need to implement all power domains. The number and type of domains that are implemented depends on the choices made by the System on Chip (SoC) implementer. Each of the L3 cache slices, cores, and complexes can be placed in their own separate power domain. As the number of these components can vary depending on implementation, therefore the total number of power domains can also vary.

The following figure shows all the different types of power domains that are supported in a DSU-110-based cluster.

**Figure 1. DSU-110 power domains**




https://developer.arm.com/documentation/101381/0400/Power-management/DSU-110-supported-power-domains
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**The Power Policy Unit**<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Figure 1. DSU-110 PPU interfaces**   https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit<br><br>For example, on information and belief, PPU receives high-level control and configuration input, which comprises of a workload configuration input regarding a workload and plurality of energy performance bias (EPB) values. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>  ○ The device interface, that consists of one or more LPI.<br>  ○ The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | |   Figure 2-3 Example PPU connections to a power gated domain<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/. |