# EXHIBIT B

**EXHIBIT B**
**INFRINGEMENT OF U.S PATENT NO. 8,898,494**

**Google Axion**

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| [1.0] | 1. A processor comprising: | The Accused Products include a processor.<br><br>For example, on information and belief, Google's Axion SOC comprises a processor.<br> |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Axion processors combine Google's silicon expertise with Arm's highest performing CPU cores to deliver instances with up to 30% better performance than the fastest general-purpose Arm-based instances available in the cloud today, up to 50% better performance and up to 60% better energy-efficiency than comparable current-generation x86-based instances[1]. That's why we've already started deploying Google services like BigTable, Spanner, BigQuery, Blobstore, Pub/Sub, Google Earth Engine, and the YouTube Ads platform on current generation Arm-based servers and plan to deploy and scale these services and more on Axion soon.<br><br>https://cloud.google.com/blog/products/compute/introducing-googles-new-arm-based-cpu |
| [1.1] | an integrated circuit including: | The Accused Products meet this element.<br><br>For example, the Google Axion SOC comprises an integrated circuit comprising multiple CPU cores. See element [1.0]. |
| [1.2] | a first core; | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Axion SOC uses the Neoverse V2 architecture and includes multiple Neoverse V2 cores. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Introducing Google Axion Processors, our new Arm-based CPUs**<br>April 9, 2024<br><br><br>Axion processors combine Google's silicon expertise with Arm's highest performing CPU cores to deliver instances with up to 30% better performance than the fastest general-purpose Arm-based instances available in the cloud today, up to 50% better performance and up to 60% better energy-efficiency than comparable current-generation x86-based instances[1]. That's why we've already started deploying Google services like BigTable, Spanner, BigQuery, Blobstore, Pub/Sub, Google Earth Engine, and the YouTube Ads platform on current generation Arm-based servers and plan to deploy and scale these services and more on Axion soon.<br>https://cloud.google.com/blog/products/compute/introducing-googles-new-arm-based-cpu |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>https://www.arm.com/products/silicon-ip-cpu/neoverse/neoverse-v2 |
| [1.3] | a cache memory; | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Axion uses the Neoverse V2 architecture, which includes a cache memory (e.g., system level cache). |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | |  <br>https://www.arm.com/products/silicon-ip-cpu/neoverse/neoverse-v2 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>https://chipsandcheese.com/p/hot-chips-2023-arms-neoverse-v2 |
| [1.4] | a communication bus coupled to the first core, the communication bus to connect the first core and the cache memory; | The Accused Products meet this element.<br><br>For example, on information and belief, Google Axion uses the CMN-700 core mesh network to couple the first core and the cache memory. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Almost Limitless Platform Scalability<br><br>When paired with the new CMN-700 core mesh network, Neoverse V2 CPUs can be configured with up to 256 cores and 512MB of system-level cache (SLC). AMBA CHI C2C enables die-to-die and off-chip connectivity using UCIe, CXL, PCIe, or custom PHYs for connecting compute, memory, and accelerators.<br><br>https://www.arm.com/products/silicon-ip-cpu/neoverse/neoverse-v2 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|




https://developer.arm.com/Processors/Neoverse%20CMN-700

For example, on information and belief, Google Axion uses the AMBA 5 CHI Direct-Connect to couple the plurality of cores and the cache memory.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>https://www.arm.com/products/silicon-ip-cpu/neoverse/neoverse-v2 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Figure 3-1: Neoverse™ V2 core components**   |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Arm Neoverse V2 Core Technical Reference Manual, at 39, available at https://developer.arm.com/documentation/102375/0002/?lang=en |
| [1.5] | a core workload monitor configured to determine a core workload for the first core; a bus workload monitor configured to determine a bus workload for the communication bus; and | The Accused Products meet this element.<br><br>For example, on information and belief, Axion uses Neoverse V2 architecture, which uses System Control Processor (SCP) and DynamIQ Shared Unit-110 (DSU-110) to control and manage power among multiple domains, including a core and a bus.<br><br>**2. The Neoverse™ V2 core**<br><br>The Neoverse™ V2 core is a high-performance and low-power product that implements the Arm®v9.0-A architecture. The Arm®v9.0-A architecture extends the architecture defined in the Armv8-A architectures up to Arm®v8.5-A.<br><br>The Neoverse™ V2 core is implemented inside a DSU cluster and is always connected to the DSU-110. The Neoverse™ V2 core supports Direct connect only. For more information on the DSU Direct connect, see the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual*.<br><br>Arm Neoverse V2 Core Technical Reference Manual, at 29, available at https://developer.arm.com/documentation/102375/0002/?lang=en<br><br>On information and belief, SCP is based on a Cortex-M7 core and manages the power of the entire system; SCP uses a core workload monitor to determine a core workload and a bus workload monitor to determine a bus workload. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **System power management and domains**<br><br>RD-V2 supports various features for power management.<br><br>The following features are supported:<br><br>• The SCP controls power, clock, reset, and the static configuration of the subsystem or block<br>• Multiple voltage domains to allow for DVFS on application cores<br>• Multiple power-gated regions providing comprehensive leakage management<br>• Low-power, autonomous wake and sleep mode<br>• Globally Asynchronous Locally Synchronous (GALS) clocking architecture:<br>  ○ All primary clock domains are independent from each other<br>  ○ Simplifies frequency scaling and interfacing<br>  ○ Enables an accelerated route to a higher quality result for the physical design<br>• Hierarchical clock gating across the system |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | |   [https://developer.arm.com/documentation/102759/relc/Functional-description/System-power-management-and-domains](https://developer.arm.com/documentation/102759/relc/Functional-description/System-power-management-and-domains) |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **SCP firmware**<br><br>The SCP is a compute unit running in the Always-on power domain of RD-V2 that is responsible for low-level system management. The SCP is a Cortex-M7 processor with a set of dedicated peripherals and interfaces that you can extend.<br><br>The SCP firmware supports:<br><br>• Powerup sequence and system startup<br>• Initial hardware configuration<br>• Clock and regulator management<br>• Servicing power state requests from the OS Power Management (OSPM) software<br>• Multichiplet operation<br><br>The SCP firmware manages the overall power, clock, reset, and system control of RD-V2. This firmware is an inherently Trusted part of the software. All the memory that the firmware uses for execution and private storage is internal RAM to prevent tampering.<br><br>• Power control<br>This block is the generic interface to the SCP from the application processor.<br>• SCP boot ROM<br>The SCP boot ROM code executes after RD-V2 exits from a Cold reset. This boot ROM configures the initial state of the hardware.<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware |
| [1.6] | balancing control adapted to receive the bus workload from the bus workload monitor and | The Accused Products meet this element.<br><br>For example, on information and belief, SCP implements balancing control adapted to receive the workload of each device (including a core and a bus) under its control. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Power control**<br><br>This block is the generic interface to the SCP from the application processor.<br><br>The power control performs the following functions:<br><br>• Inquires about the capabilities of the system and individual devices<br>• Obtains or sets the state of the whole RD-V2 subsystem and individual devices under SCP control<br>• Obtains or sets the performance level of the processors<br><br>The SCP provides a well-defined API for extending the standard commands in the power control interface.<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware/Power-control<br><br>On information and belief, DSU-110 applies SCP's power management policies of multiple domains, where each of the L3 slices, cores, and clusters can be its separate domain. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Voltage and power domains**<br><br>The DSU-110 Power Policy Units (PPUs) control power management for the Neoverse™ N2 core. The core supports one power domain, PDCORE, and one system power domain, PDCLUSTER. Similarly, it supports one core voltage domain, VCORE, and one cluster system voltage domain, VCLUSTER. The power and voltage domains have the same boundaries.<br><br>The PDCORE power domain contains all Neoverse™ N2 core logic and part of the core asynchronous bridge that belongs to the VCORE domain. The PDCLUSTER power domain contains the part of the CPU bridge that belongs to the VCLUSTER domain.<br><br>The following figure shows the Neoverse™ N2 core power domain and voltage domain. It also shows the cluster power domain and voltage domain that cover the system side of the CPU bridge.<br><br>**Figure 1. Neoverse™ N2 voltage and power domains**<br><br><br><br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Voltage-and-power-domains?lang=en<br><br>**Power control**<br><br>The DSU-110 Power Policy Units (PPUs) control all core and cluster power mode transitions.<br><br>The core has its own individual PPU for controlling core power domain.<br><br>In addition, there is a PPU for the cluster.<br><br>The PPUs decide and request any change in power mode. The Neoverse™ N2 core then performs any actions necessary to reach the requested power mode. For example, the core might gate clocks, clean caches, or disable coherency before accepting the request.<br><br>See *Power management* and *Power and reset control with Power Policy Units* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information about the PPUs for the cluster and the core.<br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Power-control?lang=en |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>

## DSU-110 supported power domains

The DynamIQ Shared Unit-110 (DSU-110) supports different power domains. You do not need to implement all power domains. The number and type of domains that are implemented depends on the choices made by the System on Chip (SoC) implementer. Each of the L3 cache slices, cores, and complexes can be placed in their own separate power domain. As the number of these components can vary depending on implementation, therefore the total number of power domains can also vary.

The following figure shows all the different types of power domains that are supported in a DSU-110-based cluster.

**Figure 1. DSU-110 power domains**




https://developer.arm.com/documentation/101381/0400/Power-management/DSU-110-supported-power-domains
</td></tr>
<tr><td>[1.7]</td><td>to dynamically tune power allocation between the first core and the communication bus based on a power limit for the integrated circuit and a comparison</td><td>The Accused Products meet this element.<br><br>On information and belief, the SCP and DSU-110 use Power Policy Units (PPUs) to dynamically tune power allocation between the first core and the communication bus based on a power limit for the integrated circuit and a comparison between the bus workload and a bus workload threshold.</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | between the bus workload and a bus workload threshold, | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**The Power Policy Unit**<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1. DSU-110 PPU interfaces<br><br>https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>  o The device interface, that consists of one or more LPI.<br>  o The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br><br>**Figure 2-3 Example PPU connections to a power gated domain**<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**2.2.1 PPU Operation**<br><br>The PPU uses power modes, such as on (ON), off (OFF), and full retention (FULL_RET), to represent the various power conditions of a domain. It has extensive support to reflect the various combinations of logic and memory power states into which a domain can be set.<br><br>Software can use these modes as a static policy, a request to enter a mode directly, or a dynamic policy that becomes a minimum mode, so the PPU can autonomously change mode above this minimum based on hardware inputs.<br><br>The PPU has the following features, many of which are optional, to make the PPU applicable to multiple power domain scenarios whilst maintaining standard hardware and software interfaces.<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-4, available at https://developer.arm.com/documentation/den0051/latest/. |

| # | Claim Language | Exemplary Evidence |
| --- | --- | --- |
| | | **3.1 PPU Mode Overview**<br>The PPU supports two mode groups, power modes and operating modes.<br>Power modes cover the normal combinations of logic and RAM power states for a domain and the associated clock, reset and isolation control.<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain. For further information see *Operating Modes* on page 3-4.<br>The operating modes are an optional extension, only supported on a P-Channel PPU.<br>The overall PPU mode is the combination of the power mode and the operating mode. |

### 3.1.1 Power Modes

This section describes the power modes the PPU supports. It must support the on (ON), warm reset (WARM_RST) and off (OFF) modes. Support for other power modes is optional.

The PPU power modes are described in Table 3-1. Whether a domain contains RAM is optional.

**Table 3-1 Power modes**

| Power Mode | Short Name | Logic Mode | RAM Mode | Description |
|---|---|---|---|---|
| Debug Recovery Reset | DBG_RECOV | ON | ON | Warm reset application with logic and RAM on.<br>This mode is used to enable reset of a component, typically when locked up or non-functional, whilst retaining some or all component state through the reset for later debug analysis. |
| Warm Reset | WARM_RST | ON | ON | Warm reset application with logic and RAM on. |
| On | ON | ON | ON | Logic on with RAM on, component is functional. |
| Functional Retention | FUNC_RET | ON | RET | Logic on with RAM retained, component is functional. |
| Memory Off | MEM_OFF | ON | OFF | Logic on with RAM off, component is functional. |
| Full Retention | FULL_RET | RET | RET | Logic and RAM in retention. |
| Logic Retention | LOGIC_RET | RET | OFF | Logic retention with RAM off. |
| Emulated Memory Retention | MEM_RET_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of MEM_RET without removing power. |
| Memory Retention | MEM_RET | OFF | RET | Logic off with RAM retained. |
| Emulated Off | OFF_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of OFF without removing power. |
| Off | OFF | OFF | OFF | Logic off and RAM off. |

In MEM_RET, FUNC_RET, and FULL_RET power modes the configuration of the memory retention can be specified by software programming if the retention RAM configuration registers are supported, see *Functional Retention RAM Configuration Register (PPU_FUNRR)* on page 5-18, *Full Retention RAM Configuration Register (PPU_FULRR)* on page 5-18, and *Memory Retention RAM Configuration Register (PPU_MEMRR)* on page 5-19.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | *Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**3.1.2 Operating Modes**<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain.<br>Some examples of uses for operating modes are:<br>• To enable multiple RAM configurations:<br>  o For example, resizing caches while a component is active, to save leakage power by powering off some RAM instances.<br>• Thread management within multi-thread processor cores.<br>  o Ensures correct thread management as interrupts for a logically powered off thread are only available to the power control infrastructure outside of the processor.<br>• Configuration and access control management, for example, to enable save/restore operations.<br>The PPU can change operating modes through direct programming and, when dynamic transitions are enabled, in response to **PACTIVE** changes based on defined use models. For more details on the supported use models, see *Operating Mode Transition Rules* on page 3-24.<br><br>*Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/. |
| [1.8] | the power limit corresponding to a maximum thermal dissipation capacity for the integrated circuit, wherein | The Accused Products meet this element.<br><br>On information and belief, Axion uses intelligent power allocation (IPA) and DVFS to manage power among different domains; IPA considers the "thermal envelope," which relates to the maximal dissipation capacity of the integrated circuit. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **1.2 Introduction to IPA**<br>IPA is an algorithm that maximizes performance in a thermal envelope. It achieves this goal by combining thermal closed loop control and dividing power intelligently among components in the system.<br><br>The main principle behind IPA is based on a highly accurate closed loop *Proportional Integral Derivative* (PID) temperature controller and the power-division algorithm.<br><br>Based on the delta from the desired temperature, the thermal governor estimates available power budget. After that, this budget is intelligently allocated among cooling devices in the system to maximize performance while maintaining temperature control.<br><br>Xin Wang, *Intelligent Power Allocation*, p. 8. |
| [1.9] | a power consumption of one of the first core and the communication bus is to be reduced, the power consumption reduction to be limited to maintain operation of the one of the first core and the communication bus above a low limit. | The Accused Products meet this element.<br><br>For example, on information and belief, when Axion uses PPUs to reduce the power consumption of a core and the communication bus, the power consumption reduction is limited to maintain operation of the one of the first core and the communication bus above a low limit. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **3.3 Power Mode Transitions**<br>This section describes the allowed transitions between power modes.<br>**3.3.1 Static and Dynamic Transitions**<br>Power mode transitions are programmed to be either static or dynamic.<br>For static transitions software sets the policy as the required power mode. Hardware signaling is used to indicate when components within the power domain are ready to enter the required power mode, and therefore when the PPU should attempt the power mode transition.<br>For dynamic transitions software sets the policy as a minimum power mode. Hardware signaling is used by the PPU to indicate when it should attempt transitions to power modes at or above this minimum.<br>Rules for these different types of transitions are described in *Power Mode Transition Rules* on page 3-11.<br><br>*Arm Power Policy Unit Architecture Specification*, page 3-8, available at https://developer.arm.com/documentation/den0051/latest/. |

**Google Tensor**

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| [1.0] | 1. A processor comprising: | The Accused Products include a processor.<br><br>For example, on information and belief, Google's Tensor SOCs comprise a processor.<br><br>For example, on information and belief, Tensor G1 includes an eight-core CPU comprising two Arm X1 cores, two Cortex A76 cores, and four Cortex A55 cores. Tensor G1 also includes a 20-core Arm Mali-G78 MP20 GPU. Tensor G1 uses ARMv8.2-A architecture.<br><br>In 2021, Google published its first smartphone processor, Tensor SoC, to power the Pixel 6 and Pixel 6 Pro. The software giant has now joined the global game of chip manufacturing, competing with big players like Apple, Samsung, and Qualcomm.<br><br>Google developed the Tensor SoC based on ARM architecture. This SoC is equipped with two big ARM X1 cores, two Cortex-A76, four Cortex-A55, a 20-core ARM Mali-G78 GPU, and Google's custom-made TPU (Tensor Processing Unit) to boost its machine learning models. To further increase the power efficiency, Tensor also includes its own advanced image signal processor (ISP) and an ultra-low-power engine. The chip is fabricated by Samsung on 5nm process technology, which is also used to manufacture several competitive SoCs such as the Qualcomm Snapdragon 888 and Samsung Exynos 2100.<br><br>https://medias.yolegroup.com/uploads/2022/03/SPR22644_Google-Tensor-Pixel-6-SoC_Product-Brochure.pdf.<br><br>For example, on information and belief, Tensor G2 includes a eight-core CPU comprising an Arm Cortex X1, two Cortex A78 cores, and four Cortex A55 cores. Tensor G2 also includes a Mali-G710 MP7 GPU. Tensor G2 uses ARMv8.2-A architecture. |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>
Google Tensor G2 specifications<br><br>
For those that want a table, here you go:<br><br>
<table>
<tr><td>Dev board code name</td><td>Cloudripper</td></tr>
<tr><td>Model number</td><td>GS201, Tensor G2</td></tr>
<tr><td>Cores</td><td>2x super-big ARM Cortex-X1, 2x big A78, 4x small Cortex-A55</td></tr>
<tr><td>GPU</td><td>Mali-G710 MP7</td></tr>
<tr><td>Manufacturing node</td><td>5nm Samsung PLP</td></tr>
<tr><td>Modem</td><td>Samsung Exynos 5300 5G</td></tr>
<tr><td>RAM</td><td>LPDDR5</td></tr>
<tr><td>Caches</td><td>4MB CPU L3, 8MP system level</td></tr>
</table>
https://www.androidpolice.com/google-tensor-g2/#:~:text=The%20Tensor%20G2%20keeps%20the,tweak%20to%20the%20big%20clusters.<br><br>
For example, on information and belief, Tensor G3 includes a nine-core CPU comprising four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3. Tensor G3 also includes an Arm Mali G715 (Inmmortalis) GPU. Tensor G3 uses ARMv9 architecture.
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | With Tensor G3, Google's finally putting more up-to-date cores in the chip. The entire CPU block has been rearchitected to use 2022 ARMv9 cores. The core layout has also been modified — gone is the unusual 4+2+2 setup, and in its place, Google put in… an even weirder one?<br><br>The Tensor G3 will feature nine CPU cores — four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3, all while raising the frequencies compared to previous generations. This should lead to a considerable performance uplift and should make the Tensor G3 match the performance of the other 2022 flagship SoCs (although it will fall behind chips that use the newly announced ARMv9.2 cores). We'll have to see if the Pixel 8's cooling solutions can handle all these large cores while running at full power. |

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| Big cores | 1x Cortex-X3 @ 3.0GHz | 2x Cortex-X1 @ 2.85GHz | 2x Cortex-X1 @ 2.8GHz |
| Mid cores | 4x Cortex-A715 @ 2.45GHz | 2x Cortex-A78 @ 2.3GHz | 2x Cortex-A76 @ 2.25GHz |
| Little cores | 4x Cortex-A510 @ 2.15GHz | 4x Cortex-A55 @ 1.8GHz | 4x Cortex-A55 @ 1.8GHz |

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| GPU Core Model | Mali-G715 (Immortalis) | Mali-G710 | Mali-G78 |
| Core Count | 10 | 7 | 20 |
| Frequency (shaders) | 890MHz | 848MHz | 848MHz |

https://www.androidauthority.com/pixel-8-tensor-g3-specs-3331398/

For example, on information and belief, Tensor G4 has an eight-core CPU including a Cortex X4, three Cortex A720, and four Cortex A520. Tensor G4 also includes an Arm Mali G715 GPU. Tensor G4 uses ARMv9.2-A architecture.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Tensor G4** - One Cortex-X4 running at 3.10GHz, three Cortex-A720 running at 2.60GHz, and four Cortex-A520 running at 1.95GHz. ARM Mali-G715 GPU running at 940MHz.<br><br>**Tensor G3** - One Cortex-X3 running at 3.00GHz, three Cortex-A715 running at 2.45GHz, and four Cortex-A510 running at 2.15GHz. ARM Mali-G715 GPU running at 890MHz.<br><br>To be honest, with the Tensor G3 previously rumored to be based on Samsung's unreleased Exynos 2300, Google missed an opportunity to adopt the Exynos 2400's 10-core configuration for the Tensor G4, which would deliver some meaningful performance in the multi-core department. Unfortunately, it appears that the advertising giant has other plans, but customers who view the Pixel 9 lineup just by looking at these specification differences will probably get the impression that the latest flagship models are just a stop-gap launch.<br><br>https://wccftech.com/tensor-g4-vs-tensor-g3-all-differences-you-need-to-know/#:~:text=Tensor%20G4%20%2D%20One%20Cortex%2DX4,just%20a%20stop%2Dgap%20launch |
| [1.1] | an integrated circuit including: | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Tensor SOC includes an integrated circuit. See element [1.0]. |
| [1.2] | a first core; | The Accused Products meet this element. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | For example, on information and belief, Google's Tensor SOC includes multiple cores which include a first core. See element [1.0]. |
| [1.3] | a cache memory; | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor includes a multi-level cache memory system. On information and belief, Tensor includes multiple cores, with each core having its private L1 and L2 cache memory; Tensor also includes a L3 cache memory shared by the cores. See element [1.0].<br><br>In the case of Google's design, the eight-core CPU is integrated with a 20-core Arm Mali-G78 MP20 GPU, a Tensor Processing Unit machine learning engine, an advanced image signal processor for photography, a Tensor security core, a "context hub" for ultra-low power capabilities, and 8MB system cache. Tensor also includes a 4MB CPU L3 cache and is built on the 5-nanometer manufacturing node.<br><br>https://www.cnet.com/tech/mobile/pixel-6s-tensor-chip-inside-the-brains-of-googles-newest-flagship/ |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>
Google Tensor G2 specifications<br>
For those that want a table, here you go:<br>
<table>
<tr><td>Dev board code name</td><td>Cloudripper</td></tr>
<tr><td>Model number</td><td>GS201, Tensor G2</td></tr>
<tr><td>Cores</td><td>2x super-big ARM Cortex-X1, 2x big A78, 4x small Cortex-A55</td></tr>
<tr><td>GPU</td><td>Mali-G710 MP7</td></tr>
<tr><td>Manufacturing node</td><td>5nm Samsung PLP</td></tr>
<tr><td>Modem</td><td>Samsung Exynos 5300 5G</td></tr>
<tr><td>RAM</td><td>LPDDR5</td></tr>
<tr><td>Caches</td><td>4MB CPU L3, 8MP system level</td></tr>
</table>
https://www.androidpolice.com/google-tensor-g2/#:~:text=The%20Tensor%20G2%20keeps%20the,tweak%20to%20the%20big%20clusters.
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The Tensor G3 is manufactured in the current 4nm process at Samsung.<br><br>**Codename**: Zuma - Cortex X3 / A715 / A510<br>**Clock Rate**: 1700 - 2910 MHz<br>**Level 3 Cache**: 4 MB<br>**Number of Cores / Threads**: 9 / 9<br>1 x 2.9 GHz ARM Cortex-X3<br>4 x 2.4 GHz ARM Cortex-A715<br>4 x 1.7 GHz ARM Cortex-A510<br>**Manufacturing Technology**: 4 nm<br>**Features**: Wi-Fi 7, Bluetooth 5.3, LPDDR5x-RAM, Dual-Band GNSS, Titan M2<br>**GPU**: ARM Mali-G715 MP7 ( - 890 MHz)<br>**64 Bit**: 64 Bit support<br>**Architecture**: ARM<br>**Announcement Date**: 10/04/2023 = 605 days old<br>**Product Link (external)**: store.google.com<br><br>https://www.notebookcheck.net/Google-Tensor-G3-Processor-Benchmarks-and-Specs.762527.0.html |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| [1.4] | a communication bus coupled to the first core, the communication bus to connect the first core and the cache memory; | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures, which uses the CoreLink CCI-400 Cache Coherent Interconnect (CCI) to couple the plurality of cores and the cache memory.<br><br>OVERVIEW<br>The Arm CoreLink CCI-400 Cache Coherent Interconnect<br>The Arm CoreLink CCI-400 Cache Coherent Interconnect provides full cache coherency between two clusters of multi-core CPUs. It enables big.LITTLE processing and I/O coherency for devices such as the Mali-T600 series GPU, and I/O masters like modem and USB.<br><br>https://www.arm.com/products/silicon-ip-system/corelink-interconnect/cci-400 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1-1 shows an example top-level system using a CCI-400 Cache Coherent Interconnect.   **Figure 1-1 Example top-level system using a CCI-400 Cache Coherent Interconnect**<br>CoreLink CCI-400 Cache Coherent Interconnect Technical Reference Manual, at 1-5, https://developer.arm.com/documentation/ddi0470/c?lang=en |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | For example, on information and belief, Tensor SOCs use advanced ARM architectures, which uses the CoreLink CMN-700 Coherent Mesh Network to couple the plurality of cores and the cache memory.<br><br><br>https://armkeil.blob.core.windows.net/developer/Files/pdf/solution_overview-corelink-cmn-700.pdf |
| [1.5] | a core workload monitor configured to determine a core workload for the first core; | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor uses the ARM v8.2-A architecture and ARMv9 architecture.<br><br>On information and belief, Tensor SOCs use intelligent power allocation (IPA), System Control Processor (SCP), DynamIQ Shared Unit-110 (DSU-110), and power policy units (PPUs) to control |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | a bus workload monitor configured to determine a bus workload for the communication bus; and | and manage power among multiple domains. On information and belief, such control and management of power entails determining a core workload using a core workload monitor and a bus workload using a bus workload monitor.<br><br>**1.2 Introduction to IPA**<br>IPA is an algorithm that maximizes performance in a thermal envelope. It achieves this goal by combining thermal closed loop control and dividing power intelligently among components in the system.<br><br>The main principle behind IPA is based on a highly accurate closed loop *Proportional Integral Derivative* (PID) temperature controller and the power-division algorithm.<br><br>Based on the delta from the desired temperature, the thermal governor estimates available power budget. After that, this budget is intelligently allocated among cooling devices in the system to maximize performance while maintaining temperature control.<br><br>Xin Wang, *Intelligent Power Allocation*, p. 8. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>**Figure 8 IPA thermal management approach**<br>To keep the system within the thermal envelope, IPA uses the PID controller to dynamically allocate power budget, and allows a short term boosting by exploiting thermal headroom.<br>IPA manages performance requests from different cooling devices. Each cooling device can request different performance levels, and has a power model to estimate its power consumption and the impact of the performance request for the cooling device.<br>The Power Arbiter provides guaranteed minimum performance. You can configure the Power Arbiter with policies to allocate power among different cooling devices.<br>Xin Wang, *Intelligent Power Allocation*, p. 12 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **2.2.4 Power allocation policy**<br>Each cooling device is allocated with a share of the power budget, depending on the proportion of the device's requested power in the total requested power.<br><br>When each cooling device receives less than its maximum power, for example, if the power requested by a device accounts for 20% of the total requested power, this device is allocated with 20% of the total power budget.<br><br>When a cooling device receives more than its maximum power, its surplus power budget is re-divided up among other devices. Other cooling devices receive a share of the extra power that the cooling device requested. For a given cooling device, the share of extra power it receives depends on the proportion of this cooling device's extra power in total extra power.<br><br>In short, every device that can consume more power is granted by the same proportion of its available extra power. For example, there is a free extra amount of power 40W, ready to be consumed by some capable cooling devices. There are 3 devices with capable extra power:<br><br>• Device 0 can consume 20W.<br>• Device 1 can consume 80W.<br>• Device 3 can consume 60W.<br><br>The total extra power that the three devices can consume is 160W. Each of them gets extra power, which can be calculated using the following equation:<br><br>$capable\ device\ power * (free\ extra\ power\ /\ sum\ of\ capable\ extra\ power\ of\ devices) = new\ extra\ power\ for\ this\ device.$<br><br>Each of the three devices gets extra power calculated as follows:<br><br>• Device 0: 20 * (40/160) = 5W<br>• Device 1: 80 * (40/160) = 20W<br>• Device 2: 60 * (40/160) = 15W |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The total extra power that the three devices receive is, 40W=5W+20W+15W. This number is correct because there is 40W of free extra power.<br><br>In summary, every device gets the same percentage of its own capable extra power, which has an impact on the whole system performance. Allocating extra power improves the whole system performance.<br><br>Xin Wang, *Intelligent Power Allocation*, pp. 14–15.<br><br><br><br>I. Rickards, *Intelligent Power Allocation for Consumer & Embedded Thermal Control*, p. 7.<br><br>On information and belief, SCP manages the power of the entire system. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **1.1 The System Control Processor**<br><br>A *System Control Processor* (SCP) is a processor-based capability that provides a flexible and extensible platform for provision of power management functions and services. ARM CSS solutions implement an SCP with the primary purposes of initialization and power control of components both within the SoC and outside the SoC, offloading these tasks from the application processors.<br><br>The key features of the SCP are as follows:<br>• Boot and system start-up and security integrity.<br>• Initial configuration and subsequent reset.<br>• Managing clocks, voltage regulators and associated *Operating Performance Points* (OPPs), or *Operating Points*, to support *Dynamic Voltage and Frequency Scaling* (DVFS).<br>• Power state management for the power regions within the SoC.<br>• Handling hardware wakeup requests from components such as timers and interrupts.<br>• Responsible for maintaining and enforcing consistency between device states within the system.<br>• Sensor control and management.<br><br>ARM Compute Subsystem SCP, Message Interface Protocols, available at https://developer.arm.com/documentation/dui0922/g/introduction/the-system-control-processor<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware<br><br>On information and belief, DSU-110 applies SCP's power management policies of multiple domains. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Architectures Interconnects Mobile Processors<br>**Arm Launches The DSU-110 For New Armv9 CPU Clusters**<br>May 25, 2021 David Schor ARM, ARMv9, DSU-110, Memory Tagging Extension (MTE)<br><br>Today Arm is introducing a broad range of client IPs including a new little Armv9 CPU, a new big Armv9 CPU, a new flagship performance Armv9 CPU, and new Mali GPUs. But to fully take advantage of the new cores, a new cluster must be designed to better interface between the new IPs. Arm's new DSU-110 was designed for this very purpose.<br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Voltage-and-power-domains?lang=en |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | ## DSU-110 supported power domains<br><br>The DynamIQ Shared Unit-110 (DSU-110) supports different power domains. You do not need to implement all power domains. The number and type of domains that are implemented depends on the choices made by the System on Chip (SoC) implementer. Each of the L3 cache slices, cores, and complexes can be placed in their own separate power domain. As the number of these components can vary depending on implementation, therefore the total number of power domains can also vary.<br><br>The following figure shows all the different types of power domains that are supported in a DSU-110-based cluster.<br><br>**Figure 1. DSU-110 power domains**<br><br><br><br><br>https://developer.arm.com/documentation/101381/0400/Power-management/DSU-110-supported-power-domains<br><br>On information and belief, the SCP and DSU-110 use Power Policy Units (PPUs) to control and manage power. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**The Power Policy Unit**<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Figure 1. DSU-110 PPU interfaces**<br><br>https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit<br><br>For example, on information and belief, PPU receives high-level control and configuration input, which comprises of a workload configuration input regarding a workload and plurality of energy performance bias (EPB) values. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>o The device interface, that consists of one or more LPI.<br>o The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | |




**Figure 2-3 Example PPU connections to a power gated domain**

*Arm Power Policy Unit Architecture Specification*, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/.

### 2.2.1 PPU Operation

The PPU uses power modes, such as on (ON), off (OFF), and full retention (FULL_RET), to represent the various power conditions of a domain. It has extensive support to reflect the various combinations of logic and memory power states into which a domain can be set.

Software can use these modes as a static policy, a request to enter a mode directly, or a dynamic policy that becomes a minimum mode, so the PPU can autonomously change mode above this minimum based on hardware inputs.

The PPU has the following features, many of which are optional, to make the PPU applicable to multiple power domain scenarios whilst maintaining standard hardware and software interfaces.

*Arm Power Policy Unit Architecture Specification*, page 2-4, available at https://developer.arm.com/documentation/den0051/latest/.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **3.1 PPU Mode Overview**<br>The PPU supports two mode groups, power modes and operating modes.<br>Power modes cover the normal combinations of logic and RAM power states for a domain and the associated clock, reset and isolation control.<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain. For further information see *Operating Modes* on page 3-4.<br>The operating modes are an optional extension, only supported on a P-Channel PPU.<br>The overall PPU mode is the combination of the power mode and the operating mode. |

### 3.1.1 Power Modes

This section describes the power modes the PPU supports. It must support the on (ON), warm reset (WARM_RST) and off (OFF) modes. Support for other power modes is optional.

The PPU power modes are described in Table 3-1. Whether a domain contains RAM is optional.

**Table 3-1 Power modes**

| Power Mode | Short Name | Logic Mode | RAM Mode | Description |
|---|---|---|---|---|
| Debug Recovery Reset | DBG_RECOV | ON | ON | Warm reset application with logic and RAM on.<br>This mode is used to enable reset of a component, typically when locked up or non-functional, whilst retaining some or all component state through the reset for later debug analysis. |
| Warm Reset | WARM_RST | ON | ON | Warm reset application with logic and RAM on. |
| On | ON | ON | ON | Logic on with RAM on, component is functional. |
| Functional Retention | FUNC_RET | ON | RET | Logic on with RAM retained, component is functional. |
| Memory Off | MEM_OFF | ON | OFF | Logic on with RAM off, component is functional. |
| Full Retention | FULL_RET | RET | RET | Logic and RAM in retention. |
| Logic Retention | LOGIC_RET | RET | OFF | Logic retention with RAM off. |
| Emulated Memory Retention | MEM_RET_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of MEM_RET without removing power. |
| Memory Retention | MEM_RET | OFF | RET | Logic off with RAM retained. |
| Emulated Off | OFF_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of OFF without removing power. |
| Off | OFF | OFF | OFF | Logic off and RAM off. |

In MEM_RET, FUNC_RET, and FULL_RET power modes the configuration of the memory retention can be specified by software programming if the retention RAM configuration registers are supported, see *Functional Retention RAM Configuration Register (PPU_FUNRR)* on page 5-18, *Full Retention RAM Configuration Register (PPU_FULRR)* on page 5-18, and *Memory Retention RAM Configuration Register (PPU_MEMRR)* on page 5-19.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | *Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**3.1.2 Operating Modes**<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain.<br>Some examples of uses for operating modes are:<br>• To enable multiple RAM configurations:<br>  o For example, resizing caches while a component is active, to save leakage power by powering off some RAM instances.<br>• Thread management within multi-thread processor cores.<br>  o Ensures correct thread management as interrupts for a logically powered off thread are only available to the power control infrastructure outside of the processor.<br>• Configuration and access control management, for example, to enable save/restore operations.<br>The PPU can change operating modes through direct programming and, when dynamic transitions are enabled, in response to **PACTIVE** changes based on defined use models. For more details on the supported use models, see *Operating Mode Transition Rules* on page 3-24.<br><br>*Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/. |
| [1.6] | balancing control adapted to receive the bus workload from the bus workload monitor and | The Accused Products meet this element.<br><br>For example, on information and belief, SCP implements balancing control to receive the workload of each device (including a core and a bus) under its control. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Power control**<br><br>This block is the generic interface to the SCP from the application processor.<br><br>The power control performs the following functions:<br><br>• Inquires about the capabilities of the system and individual devices<br>• Obtains or sets the state of the whole RD-V2 subsystem and individual devices under SCP control<br>• Obtains or sets the performance level of the processors<br><br>The SCP provides a well-defined API for extending the standard commands in the power control interface.<br><br>https://developer.arm.com/documentation/102759/relc/Software-stack/SCP-firmware/Power-control<br><br>On information and belief, DSU-110 applies SCP's power management policies of multiple domains, where each of the L3 slices, cores, and clusters can be its separate domain. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Voltage and power domains**<br><br>The DSU-110 Power Policy Units (PPUs) control power management for the Neoverse™ N2 core. The core supports one power domain, PDCORE, and one system power domain, PDCLUSTER. Similarly, it supports one core voltage domain, VCORE, and one cluster system voltage domain, VCLUSTER. The power and voltage domains have the same boundaries.<br><br>The PDCORE power domain contains all Neoverse™ N2 core logic and part of the core asynchronous bridge that belongs to the VCORE domain. The PDCLUSTER power domain contains the part of the CPU bridge that belongs to the VCLUSTER domain.<br><br>The following figure shows the Neoverse™ N2 core power domain and voltage domain. It also shows the cluster power domain and voltage domain that cover the system side of the CPU bridge.<br><br>**Figure 1. Neoverse™ N2 voltage and power domains**<br><br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Voltage-and-power-domains?lang=en<br><br>**Power control**<br><br>The DSU-110 Power Policy Units (PPUs) control all core and cluster power mode transitions.<br><br>The core has its own individual PPU for controlling core power domain.<br><br>In addition, there is a PPU for the cluster.<br><br>The PPUs decide and request any change in power mode. The Neoverse™ N2 core then performs any actions necessary to reach the requested power mode. For example, the core might gate clocks, clean caches, or disable coherency before accepting the request.<br><br>See *Power management* and *Power and reset control with Power Policy Units* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information about the PPUs for the cluster and the core.<br><br>https://developer.arm.com/documentation/102099/0003/Power-management/Power-control?lang=en |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | DSU-110 supported power domains<br><br>The DynamIQ Shared Unit-110 (DSU-110) supports different power domains. You do not need to implement all power domains. The number and type of domains that are implemented depends on the choices made by the System on Chip (SoC) implementer. Each of the L3 cache slices, cores, and complexes can be placed in their own separate power domain. As the number of these components can vary depending on implementation, therefore the total number of power domains can also vary.<br><br>The following figure shows all the different types of power domains that are supported in a DSU-110-based cluster.<br><br>**Figure 1. DSU-110 power domains**<br><br>https://developer.arm.com/documentation/101381/0400/Power-management/DSU-110-supported-power-domains |
| [1.7] | to dynamically tune power allocation between the first core and the communication bus based on a power limit for the integrated circuit and a comparison | The Accused Products meet this element.<br><br>On information and belief, the SCP and DSU-110 use Power Policy Units (PPUs) to dynamically tune power allocation between the first core and the communication bus based on a power limit for the integrated circuit and a comparison between the bus workload and a bus workload threshold. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | between the bus workload and a bus workload threshold, | Figure 2-1 shows a high-level illustration of power control framework concepts.<br><br><br>**Figure 2-1 Power control framework overview**<br>*Arm Power Policy Unit Architecture Specification*, page 2-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**The Power Policy Unit**<br>Power mode control for the DynamIQ Shared Unit-110 (DSU-110) is provided by the Power Policy Units (PPUs) that are integrated into the cluster. These PPUs control all the PPU modes for all components in the cluster.<br><br>A PPU is a standard component for abstracting software-controlled power domain policy to low-level hardware control signaling. There is one PPU for controlling the DSU-110 DynamIQ™ cluster power domain (PDCLUSTER). Also, each core has its own individual PPU for controlling its respective core power domain (for example, a PPU for PDCORE0 and a PPU for PDCORE1). This includes any cores included as part of a complex.<br><br>A component in the system such as a System Control Processor (SCP) can program the PPUs through the utility bus to set the required power policy. The PPUs control the low-level details of powering up, powering down, and resetting domains as necessary to implement the requested policy. The hardware performs any actions to reach the requested power mode, such as gating clocks, cleaning and invalidating caches, or disabling coherency. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1. DSU-110 PPU interfaces   https://developer.arm.com/documentation/101381/0400/Power-and-reset-control-with-Power-Policy-Units/The-Power-Policy-Unit |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The PPU has the following interfaces:<br>• **Software interface:** For high-level policy control and configuration.<br>• **Device control interface:** For low level device control. It ensures device quiescence and functional control. This includes:<br>  o The device interface, that consists of one or more LPI.<br>  o The device controls, that includes clock enables, resets, and isolation control.<br>• **Power Control State Machine (PCSM) interface:** For controlling low level technology specific power switch and retention controls.<br>Figure 2-2 illustrates the PPU interfaces.<br><br><br>**Figure 2-2 PPU Structure** |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br><br>**Figure 2-3 Example PPU connections to a power gated domain**<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-3, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**2.2.1 PPU Operation**<br><br>The PPU uses power modes, such as on (ON), off (OFF), and full retention (FULL_RET), to represent the various power conditions of a domain. It has extensive support to reflect the various combinations of logic and memory power states into which a domain can be set.<br><br>Software can use these modes as a static policy, a request to enter a mode directly, or a dynamic policy that becomes a minimum mode, so the PPU can autonomously change mode above this minimum based on hardware inputs.<br><br>The PPU has the following features, many of which are optional, to make the PPU applicable to multiple power domain scenarios whilst maintaining standard hardware and software interfaces.<br><br>*Arm Power Policy Unit Architecture Specification*, page 2-4, available at https://developer.arm.com/documentation/den0051/latest/. |

| # | Claim Language | Exemplary Evidence |
| --- | --- | --- |
| | | **3.1 PPU Mode Overview**<br>The PPU supports two mode groups, power modes and operating modes.<br>Power modes cover the normal combinations of logic and RAM power states for a domain and the associated clock, reset and isolation control.<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain. For further information see *Operating Modes* on page 3-4.<br>The operating modes are an optional extension, only supported on a P-Channel PPU.<br>The overall PPU mode is the combination of the power mode and the operating mode. |

### 3.1.1 Power Modes

This section describes the power modes the PPU supports. It must support the on (ON), warm reset (WARM_RST) and off (OFF) modes. Support for other power modes is optional.

The PPU power modes are described in Table 3-1. Whether a domain contains RAM is optional.

**Table 3-1 Power modes**

| Power Mode | Short Name | Logic Mode | RAM Mode | Description |
|---|---|---|---|---|
| Debug Recovery Reset | DBG_RECOV | ON | ON | Warm reset application with logic and RAM on.<br>This mode is used to enable reset of a component, typically when locked up or non-functional, whilst retaining some or all component state through the reset for later debug analysis. |
| Warm Reset | WARM_RST | ON | ON | Warm reset application with logic and RAM on. |
| On | ON | ON | ON | Logic on with RAM on, component is functional. |
| Functional Retention | FUNC_RET | ON | RET | Logic on with RAM retained, component is functional. |
| Memory Off | MEM_OFF | ON | OFF | Logic on with RAM off, component is functional. |
| Full Retention | FULL_RET | RET | RET | Logic and RAM in retention. |
| Logic Retention | LOGIC_RET | RET | OFF | Logic retention with RAM off. |
| Emulated Memory Retention | MEM_RET_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of MEM_RET without removing power. |
| Memory Retention | MEM_RET | OFF | RET | Logic off with RAM retained. |
| Emulated Off | OFF_EMU | ON | ON | Logic on with RAM on.<br>This mode is used to emulate the functional condition of OFF without removing power. |
| Off | OFF | OFF | OFF | Logic off and RAM off. |

In MEM_RET, FUNC_RET, and FULL_RET power modes the configuration of the memory retention can be specified by software programming if the retention RAM configuration registers are supported, see *Functional Retention RAM Configuration Register (PPU_FUNRR)* on page 5-18, *Full Retention RAM Configuration Register (PPU_FULRR)* on page 5-18, and *Memory Retention RAM Configuration Register (PPU_MEMRR)* on page 5-19.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | *Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/.<br><br>**3.1.2 Operating Modes**<br>Operating modes represent configurations of the power modes. The meaning of each operating mode is specific to one or more components within the domain.<br>Some examples of uses for operating modes are:<br>• To enable multiple RAM configurations:<br>    o For example, resizing caches while a component is active, to save leakage power by powering off some RAM instances.<br>• Thread management within multi-thread processor cores.<br>    o Ensures correct thread management as interrupts for a logically powered off thread are only available to the power control infrastructure outside of the processor.<br>• Configuration and access control management, for example, to enable save/restore operations.<br>The PPU can change operating modes through direct programming and, when dynamic transitions are enabled, in response to **PACTIVE** changes based on defined use models. For more details on the supported use models, see *Operating Mode Transition Rules* on page 3-24.<br><br>*Arm Power Policy Unit Architecture Specification*, page 3-2, available at https://developer.arm.com/documentation/den0051/latest/. |
| [1.8] | the power limit corresponding to a maximum thermal dissipation capacity for the integrated circuit, wherein | The Accused Products meet this element.<br><br>On information and belief, Tensor SOCs use intelligent power allocation (IPA) and DVFS to manage power among different domains; IPA considers the "thermal envelope," which relates to the maximal dissipation capacity of the integrated circuit. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **1.2 Introduction to IPA**<br>IPA is an algorithm that maximizes performance in a thermal envelope. It achieves this goal by combining thermal closed loop control and dividing power intelligently among components in the system.<br><br>The main principle behind IPA is based on a highly accurate closed loop *Proportional Integral Derivative* (PID) temperature controller and the power-division algorithm.<br><br>Based on the delta from the desired temperature, the thermal governor estimates available power budget. After that, this budget is intelligently allocated among cooling devices in the system to maximize performance while maintaining temperature control.<br><br>Xin Wang, *Intelligent Power Allocation*, p. 8. |
| [1.9] | a power consumption of one of the first core and the communication bus is to be reduced, the power consumption reduction to be limited to maintain operation of the one of the first core and the communication bus above a low limit. | The Accused Products meet this element.<br><br>For example, on information and belief, when Tensor SOCs use PPUs to reduce the power consumption of a core and the communication bus, the power consumption reduction is limited to maintain operation of the one of the first core and the communication bus above a low limit. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **3.3 Power Mode Transitions**<br>This section describes the allowed transitions between power modes.<br>**3.3.1 Static and Dynamic Transitions**<br>Power mode transitions are programmed to be either static or dynamic.<br>For static transitions software sets the policy as the required power mode. Hardware signaling is used to indicate when components within the power domain are ready to enter the required power mode, and therefore when the PPU should attempt the power mode transition.<br>For dynamic transitions software sets the policy as a minimum power mode. Hardware signaling is used by the PPU to indicate when it should attempt transitions to power modes at or above this minimum.<br>Rules for these different types of transitions are described in *Power Mode Transition Rules* on page 3-11.<br><br>*Arm Power Policy Unit Architecture Specification*, page 3-8, available at https://developer.arm.com/documentation/den0051/latest/. |