# EXHIBIT D

**EXHIBIT D**
**(INFRINGEMENT OF U.S PATENT NO. 8,984,228)**

**Google Axion**

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| [1.0] | An apparatus comprising: | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Axion SOC comprises an apparatus.<br><br><br> |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Axion processors combine Google's silicon expertise with Arm's highest performing CPU cores to deliver instances with up to 30% better performance than the fastest general-purpose Arm-based instances available in the cloud today, up to 50% better performance and up to 60% better energy-efficiency than comparable current-generation x86-based instances[1]. That's why we've already started deploying Google services like BigTable, Spanner, BigQuery, Blobstore, Pub/Sub, Google Earth Engine, and the YouTube Ads platform on current generation Arm-based servers and plan to deploy and scale these services and more on Axion soon.<br><br>https://cloud.google.com/blog/products/compute/introducing-googles-new-arm-based-cpu |
| [1.1] | a multicore processor including a plurality of cores, | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Axion SOC uses the Neoverse V2 architecture and includes multiple Neoverse V2 cores. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **System power management and domains**<br><br>RD-V2 supports various features for power management.<br><br>The following features are supported:<br><br>• The SCP controls power, clock, reset, and the static configuration of the subsystem or block<br>• Multiple voltage domains to allow for DVFS on application cores<br>• Multiple power-gated regions providing comprehensive leakage management<br>• Low-power, autonomous wake and sleep mode<br>• Globally Asynchronous Locally Synchronous (GALS) clocking architecture:<br>  ◦ All primary clock domains are independent from each other<br>  ◦ Simplifies frequency scaling and interfacing<br>  ◦ Enables an accelerated route to a higher quality result for the physical design<br>• Hierarchical clock gating across the system |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1. Distributed power management in RD-V2<br><br><br>https://developer.arm.com/documentation/102759/relc/Functional-description/System-power-management-and-domains |
| [1.2] | a shared cache memory, | The Accused Products meet this element.<br><br>For example, on information and belief, Axion uses the Neoverse V2 architecture, which uses a shared cache memory that is connected using CMN-700 mesh interconnect. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>https://www.arm.com/products/silicon-ip-cpu/neoverse/neoverse-v2 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | <br>https://documentation-service.arm.com/static/632b1f40e68c6809a6b41653?token= |
| [1.3] | an integrated input/output (IIO) module to interface between the multicore processor and at least one IO device coupled to | The Accused Products meet this element.<br><br>For example, on information and belief, Google Axion uses the Titanium system which comprises an integrated input/output (IIO) module to interface between the multicore processor and at least one IO device coupled to the multicore processor. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | the multicore processor, and | **Unrivaled performance and efficiency, underpinned by Titanium**<br><br>Built using the Arm Neoverse™ V2 CPU, Axion processors deliver giant leaps in performance for general-purpose workloads like web and app servers, containerized microservices, open-source databases, in-memory caches, data analytics engines, media processing, CPU-based AI training and inferencing, and more.<br><br>Axion is underpinned by Titanium, a system of purpose-built custom silicon microcontrollers and tiered scale-out offloads. Titanium offloads take care of platform operations like networking and security, so Axion processors have more capacity and improved performance for customer workloads. Titanium also offloads storage I/O processing to Hyperdisk, our new block storage service that decouples performance from instance size and that can be dynamically provisioned in real time.<br><br>https://cloud.google.com/blog/products/compute/introducing-googles-new-arm-based-cpu<br><br>For example, on information and belief, Axion uses Neoverse CMN-700 mesh interconnect to connect with an IIO module to interface between the multicore processor and one or more IO devices. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The following table shows the protocol nodes and devices that a system that is built using CMN-700 can contain: **Table 2-1: Supported protocol nodes and devices** (see table below) Arm Neoverse CMN-700 Coherent Mesh Network Technical Reference Manual, 18, |

**Table 2-1: Supported protocol nodes and devices**

| Protocol node or device | Description |
|---|---|
| *Fully coherent Requesting Node* (RN-F) | A fully coherent manager device that supports:<br>• CHI Issue B<br>• CHI Issue C<br>• CHI Issue D<br>• CHI Issue E |
| *Reliability, Availability, andI/O coherent Requesting Node* (RN-I) | An I/O-coherent manager device. This CHI bridge device acts as an RN-I proxy for one or more AXI or ACE-Lite manager devices that connect to it. |
| *I/O coherent Requesting Node with DVM support* (RN-D) | An I/O coherent manager device that supports acceptance of *Distributed Virtual Memory* (DVM) messages on the Snoop channel |
| *Fully coherent Home Node* (HN-F) | A device that acts as a Home Node for a coherent region of memory. HN-Fs accept coherent requests from RN-Fs and RN-Is, and generates snoops to all applicable RN-Fs in the system as required to support the coherency protocol. |
| *I/O coherent Home Node* (HN-I) | A device that acts as a Home Node for the subordinate I/O subsystem, responsible for ensuring proper ordering of requests targeting the subordinate I/O subsystem.<br>HN-I supports AMBA® AXI and ACE-Lite protocols. |
| *I/O coherent Home Node + DVM Node* (HN-D) | A device that includes an HN-I, a *Debug Trace Controller* (DTC), *DVM Node* (DN), *configuration node* (CFG), Global Configuration Subordinate, and the *Power/Clock Control Block* (PCCB).<br>**Note:**<br>Only one HN-D is allowed per CMN-700 instance.<br>HN-D supports the AMBA® AXI, ACE-Lite, ATB, and APB protocols. |
| *I/O coherent Home Node + DTC* (HN-T) | An HN-I with a built-in DTC, *DVM Node* (DN), and ATB.<br>HN-T supports the AMBA® AXI and ACE-Lite protocols. |
| *I/O coherent Home Node + Distributed DVM Node* (HN-V) | A device that includes an HN-I and *DVM Node* (DN).<br>HN-V supports the AMBA® AXI and ACE-Lite protocols. |
| *I/O coherent Home Node + PCIe optimization* (HN-P) | A device that includes HN-I and dedicated trackers for PCIe peer-to-peer traffic. This device can only be used to connect to PCIe subordinates.<br>HN-P supports the AMBA® AXI and ACE-Lite protocols. |
| *CHI Subordinate Node* (SN-F) | A device which solely receives CHI commands, limited to fulfilling simple read, write, and CMO requests targeting normal memory |
| *AMBA 5 CHI to ACE5-Lite bridge* SBSX | A CHI bridge device that converts and forwards simple CHI read, write, and CMO commands to an AXI or ACE-Lite subordinate memory device. Device ordering is not maintained in SBSX. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | , available at https://developer.arm.com/documentation/102308/latest/ |
| [1.4] | a caching agent to perform cache coherency operations for the plurality of cores and the IIO module, the caching agent a single caching agent for the multicore processor and including a plurality of distributed portions each associated with a corresponding one of the plurality of cores. | The Accused Products meet this element.<br><br>For example, on information and belief, Axion implements cache coherency between the cores and the IIO module using the Arm Coherent Mesh Network (CMN-700). |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **2.4 Interfaces**<br>The following figure shows the interfaces of the CMN-700 product.<br>**Figure 2-1: CMN-700 interfaces**<br><br>Arm Neoverse CMN-700 Coherent Mesh Network Technical Reference Manual, 22, , available at https://developer.arm.com/documentation/102308/latest/ |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Arm Neoverse CMN-700 is a high-performance, low-latency interconnect designed to meet the needs of tomorrow's infrastructure across a broad range of markets and use cases. Neoverse CMN-700 IP can be optimized for the following:<br>✚ Massive on-die core count, system level cache and mesh bandwidth scalability<br>✚ High bandwidth memory and IO systems with DDR5, HBM, and PCIe Gen5<br>✚ CCIX and CXL support for heterogeneous multi-die and multi-chip configurability<br><br>CMN-700 is our next-generation coherent mesh interconnect for linking processor cores, system level caches and accelerators within an SoCs to shared memory resources and I/O. CMN-700 enables high core count CPUs via chiplet and specialized processing via multi-chip SoCs. With CCIX and CXL support, CMN-700 supports traditional multi-socket systems or emerging use cases such as CXL-attached shared and pooled memory systems. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | |  <br>CMN-700 Block Diagram<br>https://armkeil.blob.core.windows.net/developer/Files/pdf/solution_overview-corelink-cmn-700.pdf |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Support for Open Standards**<br>The multichip links also support AMBA AXI5, ACE5-lite, CXS, and CCIX. CCIX is the open coherency standard that allows processors based on different instruction set architectures to extend the benefits of cache coherent, peer processing to acceleration devices.<br><br>**Distributed System Cache**<br>Keeping data on-chip greatly improves performance and efficiency. The integrated system cache is designed to decrease average CPU read latency and boost IO throughput workloads, such as networking and storage.<br><br>https://www.arm.com/products/silicon-ip-system/corelink-interconnect/cmn-700<br><br>For example, on information and belief, CNM-700 uses system level cache (SLC) that includes a plurality of distributed portions each associated with a corresponding one of the plurality of cores.<br><br>**5.2 SLC memory system components and configuration**<br>CMN-700 *System Level Cache* (SLC) is a distributed, mostly exclusive, last-level cache that is implemented within the HN-F node.<br><br>When a sharing pattern is detected between RN-F clusters, the SLC is optimized to eliminate redundancy for private data lines from the RN-F. The SLC also enables redundancy, or pseudo-inclusion. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The SLC acts as DRAM cache for I/O coherent agents, that is, RN-Is. The SLC enables RN-Is to allocate or not allocate, according to the usage model.<br><br>The SF works with the SLC to track coherent lines that are present in the RN-F caches. The SF is fully inclusive of all the lines present in the RN-F caches. SF eviction invalidates the lines from RN-F caches to maintain this inclusion.<br><br>Usually, a particular coherent cache line is present only in the system-level cache or SF except when the line is shared between RN-F clusters. In the shared case, the line can be present in both the SLC and the SF.<br><br>Arm Neoverse CMN-700 Coherent Mesh Network Technical Reference Manual, 1159-60, , available at https://developer.arm.com/documentation/102308/latest/ |

**Google Tensor**

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| [1.0] | An apparatus comprising: | The Accused Products comprise an apparatus.<br><br>For example, on information and belief, Google's Tensor SOCs comprise an apparatus.<br><br>For example, on information and belief, Tensor G1 includes an eight-core CPU comprising two Arm X1 cores, two Cortex A76 cores, and four Cortex A55 cores. Tensor G1 also includes a 20-core Arm Mali-G78 MP20 GPU. Tensor G1 uses ARMv8.2-A architecture.<br><br>In 2021, Google published its first smartphone processor, Tensor SoC, to power the Pixel 6 and Pixel 6 Pro. The software giant ha now joined the global game of chip manufacturing, competing with big players like Apple, Samsung, and Qualcomm.<br><br>Google developed the Tensor SoC based on ARM architecture. This SoC is equipped with two big ARM X1 cores, two Cortex-A76, fou Cortex-A55, a 20-core ARM Mali-G78 GPU, and Google's custom-made TPU (Tensor Processing Unit) to boost its machine learnin models. To further increase the power efficiency, Tensor also includes its own advanced image signal processor (ISP) and an ultra-low power engine. The chip is fabricated by Samsung on 5nm process technology, which is also used to manufacture several competitiv SoCs such as the Qualcomm Snapdragon 888 and Samsung Exynos 2100.<br><br>https://medias.yolegroup.com/uploads/2022/03/SPR22644_Google-Tensor-Pixel-6-SoC_Product-Brochure.pdf.<br><br>For example, on information and belief, Tensor G2 includes a eight-core CPU comprising an Arm Cortex X1, two Cortex A78 cores, and four Cortex A55 cores. Tensor G2 also includes a Mali-G710 MP7 GPU. Tensor G2 uses ARMv8.2-A architecture. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | (continued below) |

## Google Tensor G2 specifications

For those that want a table, here you go:

| | |
|---|---|
| **Dev board code name** | Cloudripper |
| **Model number** | GS201, Tensor G2 |
| **Cores** | 2x super-big ARM Cortex-X1, 2x big A78, 4x small Cortex-A55 |
| **GPU** | Mali-G710 MP7 |
| **Manufacturing node** | 5nm Samsung PLP |
| **Modem** | Samsung Exynos 5300 5G |
| **RAM** | LPDDR5 |
| **Caches** | 4MB CPU L3, 8MP system level |

https://www.androidpolice.com/google-tensor-g2/#:~:text=The%20Tensor%20G2%20keeps%20the,tweak%20to%20the%20big%20clusters.

For example, on information and belief, Tensor G3 includes a nine-core CPU comprising four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3. Tensor G3 also includes an Arm Mali G715 (Inmmortalis) GPU. Tensor G3 uses ARMv9 architecture.

With Tensor G3, Google's finally putting more up-to-date cores in the chip. The entire CPU block has bee rearchitected to use 2022 ARMv9 cores. The core layout has also been modified — gone is the unusual 4+2+2 setup, and in its place, Google put in... an even weirder one?

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The Tensor G3 will feature nine CPU cores — four little Cortex-A510s, four Cortex-A715s, and a single Cortex-X3, all while raising the frequencies compared to previous generations. This should lead to a considerable performance uplift and should make the Tensor G3 match the performance of the other 202 flagship SoCs (although it will fall behind chips that use the newly announced ARMv9.2 cores). We'll have t see if the Pixel 8's cooling solutions can handle all these large cores while running at full power. |

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| Big cores | 1x Cortex-X3 @ 3.0GHz | 2x Cortex-X1 @ 2.85GHz | 2x Cortex-X1 @ 2.8GHz |
| Mid cores | 4x Cortex-A715 @ 2.45GHz | 2x Cortex-A78 @ 2.3GHz | 2x Cortex-A76 @ 2.25GHz |
| Little cores | 4x Cortex-A510 @ 2.15GHz | 4x Cortex-A55 @ 1.8GHz | 4x Cortex-A55 @ 1.8GHz |

| | Tensor G3 (zuma) | Tensor G2 (gs201) | Tensor (gs101) |
|---|---|---|---|
| GPU Core Model | Mali-G715 (Immortalis) | Mali-G710 | Mali-G78 |
| Core Count | 10 | 7 | 20 |
| Frequency (shaders) | 890MHz | 848MHz | 848MHz |

https://www.androidauthority.com/pixel-8-tensor-g3-specs-3331398/

For example, on information and belief, Tensor G4 has an eight-core CPU including a Cortex X4, three Cortex A720, and four Cortex A520. Tensor G4 also includes an Arm Mali G715 GPU. Tensor G4 uses ARMv9.2-A architecture.

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | **Tensor G4** - One Cortex-X4 running at 3.10GHz, three Cortex-A720 running at 2.60GHz, and four Cortex-A520 running at 1.95GHz. ARM Mali-G715 GPU running at 940MHz.<br><br>**Tensor G3** - One Cortex-X3 running at 3.00GHz, three Cortex-A715 running at 2.45GHz, and four Cortex-A510 running at 2.15GHz. ARM Mali-G715 GPU running at 890MHz.<br><br>To be honest, with the Tensor G3 previously rumored to be based on Samsung's unreleased Exynos 2300, Google missed an opportunity to adopt the Exynos 2400's 10-core configuration for the Tensor G4, which would deliver some meaningful performance in the multi-core department. Unfortunately, it appears that the advertising giant has other plans, but customers who view the Pixel 9 lineup just by looking at these specification differences will probably get the impression that the latest flagship models are just a stop-gap launch.<br><br>https://wccftech.com/tensor-g4-vs-tensor-g3-all-differences-you-need-to-know/#:~:text=Tensor%20G4%20%2D%20One%20Cortex%2DX4,just%20a%20stop%2Dgap%20launch |
| [1.1] | a multicore processor including a plurality of cores, | The Accused Products meet this element.<br><br>For example, on information and belief, Google's Tensor SOCs include a plurality of cores. See element [1.0]. |
| [1.2] | a shared cache memory, | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor includes a multi-level cache memory system. On information and belief, Tensor includes multiple cores, with each core having its private L1 and L2 cache memory; Tensor also includes a L3 cache memory shared by the cores. See element [1.0]. |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | In the case of Google's design, the eight-core CPU is integrated with a 20-core Arm Mali-G78 MP20 GPU, a Tensor Processing Unit machine learning engine, an advanced image signal processor for photography, a Tensor security core, a "context hub" for ultra-low power capabilities, and 8MB system cache. Tensor also includes a 4MB CPU L3 cache and is built on the 5-nanometer manufacturing node.<br>https://www.cnet.com/tech/mobile/pixel-6s-tensor-chip-inside-the-brains-of-googles-newest-flagship/ |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>
Google Tensor G2 specifications<br>
For those that want a table, here you go:
<table>
<tr><td>Dev board code name</td><td>Cloudripper</td></tr>
<tr><td>Model number</td><td>GS201, Tensor G2</td></tr>
<tr><td>Cores</td><td>2x super-big ARM Cortex-X1, 2x big A78, 4x small Cortex-A55</td></tr>
<tr><td>GPU</td><td>Mali-G710 MP7</td></tr>
<tr><td>Manufacturing node</td><td>5nm Samsung PLP</td></tr>
<tr><td>Modem</td><td>Samsung Exynos 5300 5G</td></tr>
<tr><td>RAM</td><td>LPDDR5</td></tr>
<tr><td>Caches</td><td>4MB CPU L3, 8MP system level</td></tr>
</table>
https://www.androidpolice.com/google-tensor-g2/#:~:text=The%20Tensor%20G2%20keeps%20the,tweak%20to%20the%20big%20clusters.
</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | The Tensor G3 is manufactured in the current 4nm process at Samsung.<br><br>**Codename**: Zuma - Cortex X3 / A715 / A510<br>**Clock Rate**: 1700 - 2910 MHz<br>**Level 3 Cache**: 4 MB<br>**Number of Cores / Threads**: 9 / 9<br>1 x 2.9 GHz ARM Cortex-X3<br>4 x 2.4 GHz ARM Cortex-A715<br>4 x 1.7 GHz ARM Cortex-A510<br>**Manufacturing Technology**: 4 nm<br>**Features**: Wi-Fi 7, Bluetooth 5.3, LPDDR5x-RAM, Dual-Band GNSS, Titan M2<br>**GPU**: ARM Mali-G715 MP7 ( - 890 MHz)<br>**64 Bit**: 64 Bit support<br>**Architecture**: ARM<br>**Announcement Date**: 10/04/2023 = 605 days old<br>**Product Link (external)**: store.google.com<br><br>https://www.notebookcheck.net/Google-Tensor-G3-Processor-Benchmarks-and-Specs.762527.0.html |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | |
| [1.3] | an integrated input/output (IIO) module to interface between the multicore processor and at least one IO device coupled to the multicore processor, and | The Accused Products meet this element.<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures, which use the CoreLink CCI-400 Cache Coherent Interconnect (CCI) to interface between the multicore processor and IO devices.<br><br>OVERVIEW<br>**The Arm CoreLink CCI-400 Cache Coherent Interconnect**<br>The Arm CoreLink CCI-400 Cache Coherent Interconnect provides full cache coherency between two clusters of multi-core CPUs. It enables big.LITTLE processing and I/O coherency for devices such as the Mali-T600 series GPU, and I/O masters like modem and USB.<br><br>https://www.arm.com/products/silicon-ip-system/corelink-interconnect/cci-400 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1-1 shows an example top-level system using a CCI-400 Cache Coherent Interconnect.<br><br><br>**Figure 1-1 Example top-level system using a CCI-400 Cache Coherent Interconnect**<br>CoreLink CCI-400 Cache Coherent Interconnect Technical Reference Manual, at 1-5, https://developer.arm.com/documentation/ddi0470/c?lang=en<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures, which use the CoreLink CMN-700 Coherent Mesh Network to interface between the multicore processor and at least one IO device coupled to the multicore processor. |

<table>
<tr><th>#</th><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td></td><td>

https://armkeil.blob.core.windows.net/developer/Files/pdf/solution_overview-corelink-cmn-700.pdf</td></tr>
<tr><td>[1.4]</td><td>a caching agent to perform cache coherency operations for the plurality of cores and the IIO module, the caching agent a single caching agent for the multicore processor and including a plurality of</td><td>The Accused Products meet this element.<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures, which use the CoreLink CCI-400 Cache Coherent Interconnect (CCI) to perform cache coherency operations for the plurality of cores and the IIO module.</td></tr>
</table>

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | distributed portions each associated with a corresponding one of the plurality of cores. | OVERVIEW<br>**The Arm CoreLink CCI-400 Cache Coherent Interconnect**<br>The Arm CoreLink CCI-400 Cache Coherent Interconnect provides full cache coherency between two clusters of multi-core CPUs. It enables big.LITTLE processing and I/O coherency for devices such as the Mali-T600 series GPU, and I/O masters like modem and USB.<br>https://www.arm.com/products/silicon-ip-system/corelink-interconnect/cci-400 |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | Figure 1-1 shows an example top-level system using a CCI-400 Cache Coherent Interconnect.<br><br><br>**Figure 1-1 Example top-level system using a CCI-400 Cache Coherent Interconnect**<br>CoreLink CCI-400 Cache Coherent Interconnect Technical Reference Manual, at 1-5, https://developer.arm.com/documentation/ddi0470/c?lang=en<br><br>For example, on information and belief, CCI-400 uses cache maintenance operations to maintain coherency between a plurality of distributed portions of cache (e.g., L1 and L2 caches) each associated with a corresponding one of the plurality of cores. |

| # | Claim Language | Exemplary Evidence |
| --- | --- | --- |
| | | **2.7 Cache maintenance operations**<br><br>The CCI-400 supports the snooping of cache maintenance operations that are based on the Snoop Control Register. See *Snoop Control Registers* on page 3-15. You can use snooping and cache maintenance to manage level 1 and 2 caches within the same domain as the CCI-400. You can optionally send cache maintenance operations downstream to manage a level 3 cache, depending on the **BROADCASTCACHEMAINT** inputs.<br><br>For example, on information and belief, Tensor SOCs use advanced ARM architectures, which uses the CoreLink CMN-700 Coherent Mesh Network to couple the plurality of cores and the cache memory.<br><br><br>https://armkeil.blob.core.windows.net/developer/Files/pdf/solution_overview-corelink-cmn-700.pdf |

| # | Claim Language | Exemplary Evidence |
|---|---|---|
| | | For example, on information and belief, Tensor SOCs use advanced ARM architectures, which uses the CoreLink CMN-700 Coherent Mesh Network to maintain coherency with a plurality of distributed portions of cache each associated with a corresponding one of the plurality of cores.<br><br>**Summary**<br>The CMN System Level Cache (SLC) is a distributed last-level cache that is implemented within the HN-F node.<br>The HN-F will determine whether to allocate a cache line in the SLC depending on the memory type and attributes associated with the transaction.<br>The request channel includes a memory attribute field, **REQ.MemAttr**, containing the Allocate attribute **REQ.MemAttr[Alloc]** for the corresponding memory region, which acts as an allocation hint indicating the recommended allocation policy for the transaction.<br>https://developer.arm.com/documentation/ka005251/latest/<br><br>**Agile Cache System**<br>Keeping data on-chip greatly improves performance and efficiency. The integrated distributed system cache is designed to decrease average CPU read latency and boost IO throughput workloads, such as networking and storage.<br>https://armkeil.blob.core.windows.net/developer/Files/pdf/solution_overview-corelink-cmn-700.pdf |