**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| DAEDALUS PRIME LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-cv-00313-DC-DTG |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF VISHESH NARAYEN**
**<u>IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS</u>**

I, Vishesh Narayen, declare:

1. I am duly licensed to practice law in the States of Florida and Illinois and an attorney with the law firm of Keker, Van Nest & Peters, LLP, counsel of record for Defendant Google LLC ("Google") in the above-captioned matter. I submit this declaration in support of Google's Motion to Dismiss. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of Tim Kowalski's October 29, 2026 deposition.

3. Attached as **Exhibit 2** is a true and correct copy of a document produced by Google in this action bearing the bates range GOOG-DPRIME-00315592–595, marked as Exhibit 6 at Mr. Kowalski's deposition.

4. Attached as **Exhibit 3** is a true and correct copy of documents produced by Google in this action bearing the bates range GOOG-DPRIME-00315620–648, marked as Exhibit 10 at Mr. Kowalski's deposition.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced by Google in this action bearing the bates range GOOG-DPRIME-00315807–821, marked as Exhibit 11 at Mr. Kowalski's deposition.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced by Google in this action bearing the bates range GOOG-DPRIME-00315847–866, marked as Exhibit 12 at Mr. Kowalski's deposition.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by Google in this action bearing the bates range GOOG-DPRIME-00315596–618, marked as Exhibit 7 at Mr. Kowalski's deposition.

**8.** Attached as **Exhibit 7** is a true and correct copy of an excel spreadsheet produced by Google in its native format in this action bearing the bates number GOOG-DPRIME-00315619, which was marked as Exhibit 8 at Mr. Kowalski's deposition. **Exhibit 7** has been formatted in this filing for ease of review.

9. Attached as **Exhibit 8** is a true and correct copy of a letter sent by counsel for Google to counsel for Plaintiff Daedalus Prime LLC ("Daedalus") on May 11, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of a letter sent by counsel for Google to counsel for Daedalus on August 13, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of Google's Notice to Plaintiff of Specific Unmarked Products Under *Arctic Cat Inc. v. Bombardier Recreational Products Inc.*, which was served on Daedalus on September 25, 2026.

12. Attached as **Exhibit 11** is a true and correct copy of Daedalus's August 23, 2022 Verified Complaint in Investigation No. 337-TA-1332 before the U.S. International Trade Commission, which was captioned *Certain Semiconductors and Devices and Products Containing the Same, Including Printed Circuit Boards, Automotive Parts, and Automobiles*.

13. Attached as **Exhibit 12** is a true and correct copy of Daedalus's September 12, 2022 Verified Complaint in Investigation No. 337-TA-1335 before the U.S. International Trade Commission, which was captioned *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*.

14. Attached as **Exhibit 13** is a true and correct copy of a letter sent by counsel for Daedalus to counsel for Google on May 28, 2026.

15. Attached as **Exhibit 14** is a true and correct copy of this Court's June 30, 2026 Report and Recommendation Regarding Defendant's Motion to Dismiss in *VDPP, LLC v. Pelco, Inc.*, Case No. 7:25-cv-00546-DC-DTG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November 2026, at Tampa, Florida.

VISHESH NARAYEN

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2026, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Paige Welch*
Paige Welch