Ex. 7 was produced in native format and formatted in this filing for ease of review

# EXHIBIT 7

# FILED UNDER SEAL