# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| DAEDALUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 7:25-cv-00313-DC-DTG<br><br>Jury Trial Demanded |

**DEFENDANT GOOGLE LLC'S NOTICE TO PLAINTIFF OF SPECIFIC UNMARKED PRODUCTS UNDER *ARCTIC CAT INC. V. BOMBARDIER RECREATIONAL PRODUCTS INC.***

In *Arctic Cat Inc. v. Bombardier Recreational Products Inc.*, 876 F.3d 1350 (Fed. Cir. 2017), the U.S. Court of Appeals for the Federal Circuit held that an accused infringer who challenges the patentee's compliance with 35 U.S.C. § 287 bears only "an initial burden of production to articulate the products it believes are unmarked 'patented articles' subject to § 287." *Arctic Cat*, 876 F.3d at 1368. The Federal Circuit further held that, to discharge this burden, the accused infringer "need only put the patentee on notice" of "specific unmarked products which the alleged infringer believes practice the patent." *Id.*

In accordance with this authority, Defendant Google LLC ("Google") serves Plaintiff Daedalus Prime LLC ("Daedalus") with this Notice to Plaintiff of Specific Unmarked Products Under *Arctic Cat Inc. v. Bombardier Recreational Products Inc.*, thereby putting Daedalus on notice that Google believes the following product(s) are unmarked "patented article[s]" for which Daedalus bears the burden of proving compliance with Section 287.

Discovery is ongoing and Daedalus has yet to comply with its discovery obligations. For example, it is unclear whether Daedalus has disclosed information sufficient to identify all past

and present licensees of the asserted patents, despite Google's discovery requests seeking such information. *See Arctic Cat Inc. v. Bombardier Recreational Prods. Inc. (Arctic Cat II)*, 950 F.3d 860, 864 (Fed. Cir. 2020) ("A patentee's licensees must also comply with § 287."). Accordingly, this Notice is a non-exhaustive disclosure, and Google reserves the right to later identify additional unmarked "patented article[s]" for which Daedalus bears the burden of proving compliance with Section 287.

**U.S. Patent No. 8,775,833**

- Intel CPUs identified by Daedalus in any International Trade Commission investigation as practicing the '833 patent (*e.g.*, *Certain Semiconductors and Devices and Products Containing the Same, Including Printed Circuit Boards, Automotive Parts, and Automobiles*, Inv. No. 337-TA-1332 and *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335), including, *e.g.*:
    - CPUs in the 12th Generation Intel "Core" Desktop Processor Family codenamed "Alder Lake"[1,2]
    - CPUs in the 11th Generation Intel "Core" Desktop Processor Family codenamed "Rocket Lake"[3]

---

[1] *See* Verified Complaint ¶ 201, *Certain Semiconductors and Devices and Products Containing the Same, Including Printed Circuit Boards, Automotive Parts, and Automobiles*, Inv. No. 337-TA-1332 (filed Aug. 23, 2022) ("Intel's representative 12th-generation Intel Core processor family utilizing the Alder Lake microarchitecture practices at least the following claims of the Asserted Patents . . . U.S. Patent No. 8,775,833: [claims] 1-18"); *id.*, Ex. 25 (claim chart for '833 patent).

[2] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton."); *id.*, Ex. 14 (claim chart for '833 patent).

[3] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii)

  - CPUs in the 11th Generation Intel "Core" Mobile Processor Family codenamed "Tiger Lake"[4]

  - CPUs in the 10th Generation Intel "Core" Mobile Processor Family codenamed "Ice Lake"[5]

- Microprocessors or other devices/products identified by Daedalus as infringing the '833 patent in any district court litigation or International Trade Commission investigation that were later licensed under the '833 patent pursuant to a settlement and/or license agreement with the defendant(s) / respondent(s) whose products were accused of infringing the '833 patent (*e.g.*, products identified as infringing the '833 patent in *Daedalus Prime LLC v. Samsung Electronics Co., Ltd.*, No. 2:22-cv-00352 (E.D. Tex. filed Sept. 12, 2022); *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335; or *Daedalus Prime LLC v. Mazda Motor Corp.*, 1:22-cv-01109 (D. Del. filed Aug. 23, 2022))

- Intel CPUs based on the 32nm microarchitecture codenamed "Sandy Bridge," including, *e.g.*:

  - CPUs in the 2nd Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:

    - Intel® Core™ i3-2100 Processor

    - Intel® Core™ i3-2100T Processor

    - Intel® Core™ i3-2102 Processor

    - Intel® Core™ i3-2105 Processor

---

Tiger Lake; (iv) Ice Lake; and (v) Denverton.").

[4] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.").

[5] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.").

- Intel® Core™ i3-2120 Processor
- Intel® Core™ i3-2120T Processor
- Intel® Core™ i3-2125 Processor
- Intel® Core™ i3-2130 Processor
- Intel® Core™ i3-2310E Processor
- Intel® Core™ i3-2310M Processor
- Intel® Core™ i3-2312M Processor
- Intel® Core™ i3-2328M Processor
- Intel® Core™ i3-2330E Processor
- Intel® Core™ i3-2330M Processor
- Intel® Core™ i3-2340UE Processor
- Intel® Core™ i3-2348M Processor
- Intel® Core™ i3-2350M Processor
- Intel® Core™ i3-2357M Processor
- Intel® Core™ i3-2367M Processor
- Intel® Core™ i3-2370M Processor
- Intel® Core™ i5-2300 Processor
- Intel® Core™ i5-2310 Processor
- Intel® Core™ i5-2320 Processor
- Intel® Core™ i5-2390T Processor
- Intel® Core™ i5-2400 Processor
- Intel® Core™ i5-2400S Processor
- Intel® Core™ i5-2405S Processor
- Intel® Core™ i5-2410M Processor
- Intel® Core™ i5-2430M Processor

- Intel® Core™ i5-2435M Processor
- Intel® Core™ i5-2450M Processor
- Intel® Core™ i5-2467M Processor
- Intel® Core™ i5-2500 Processor
- Intel® Core™ i5-2500K Processor
- Intel® Core™ i5-2500S Processor
- Intel® Core™ i5-2500T Processor
- Intel® Core™ i5-2510E Processor
- Intel® Core™ i5-2515E Processor
- Intel® Core™ i5-2520M Processor
- Intel® Core™ i5-2537M Processor
- Intel® Core™ i5-2540M Processor
- Intel® Core™ i5-2557M Processor
- Intel® Core™ i7-2600 Processor
- Intel® Core™ i7-2600K Processor
- Intel® Core™ i7-2600S Processor
- Intel® Core™ i7-2610UE Processor
- Intel® Core™ i7-2617M Processor
- Intel® Core™ i7-2620M Processor
- Intel® Core™ i7-2629M Processor
- Intel® Core™ i7-2630QM Processor
- Intel® Core™ i7-2635QM Processor
- Intel® Core™ i7-2637M Processor
- Intel® Core™ i7-2640M Processor
- Intel® Core™ i7-2649M Processor

        - Intel® Core™ i7-2655LE Processor
        - Intel® Core™ i7-2657M Processor
        - Intel® Core™ i7-2670QM Processor
        - Intel® Core™ i7-2675QM Processor
        - Intel® Core™ i7-2677M Processor
        - Intel® Core™ i7-2700K Processor
        - Intel® Core™ i7-2710QE Processor
        - Intel® Core™ i7-2715QE Processor
        - Intel® Core™ i7-2720QM Processor
        - Intel® Core™ i7-2760QM Processor
        - Intel® Core™ i7-2820QM Processor
        - Intel® Core™ i7-2860QM Processor
        - Intel® Core™ i7-2920XM Processor Extreme Edition
        - Intel® Core™ i7-2960XM Processor Extreme Edition

    - CPUs in the Intel Xeon Processor E3 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Xeon® Processor E3-1225
        - Intel® Xeon® Processor E3-1235
        - Intel® Xeon® Processor E3-1245
        - Intel® Xeon® Processor E3-1260L
        - Intel® Xeon® Processor E3-1275

- Intel CPUs based on the 22nm microarchitecture codenamed "Ivy Bridge," including, *e.g.*:
    - CPUs in the 3rd Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-3210M Processor

- Intel® Core™ i5-3210M Processor
- Intel® Core™ i5-3230M Processor
- Intel® Core™ i5-3230M Processor
- Intel® Core™ i5-3317U Processor
- Intel® Core™ i5-3320M Processor
- Intel® Core™ i5-3330 Processor
- Intel® Core™ i5-3330S Processor
- Intel® Core™ i5-3337U Processor
- Intel® Core™ i5-3339Y Processor
- Intel® Core™ i5-3340 Processor
- Intel® Core™ i5-3340M Processor
- Intel® Core™ i5-3340S Processor
- Intel® Core™ i5-3360M Processor
- Intel® Core™ i5-3380M Processor
- Intel® Core™ i5-3427U Processor
- Intel® Core™ i5-3437U Processor
- Intel® Core™ i5-3439Y Processor
- Intel® Core™ i5-3450 Processor
- Intel® Core™ i5-3450S Processor
- Intel® Core™ i5-3470 Processor
- Intel® Core™ i5-3470S Processor
- Intel® Core™ i5-3470T Processor
- Intel® Core™ i5-3475S Processor
- Intel® Core™ i5-3550 Processor
- Intel® Core™ i5-3550S Processor

- Intel® Core™ i5-3570 Processor
- Intel® Core™ i5-3570K Processor
- Intel® Core™ i5-3570S Processor
- Intel® Core™ i5-3570T Processor
- Intel® Core™ i5-3610ME Processor
- Intel® Core™ i7-3517U Processor
- Intel® Core™ i7-3517UE Processor
- Intel® Core™ i7-3520M Processor
- Intel® Core™ i7-3537U Processor
- Intel® Core™ i7-3540M Processor
- Intel® Core™ i7-3555LE Processor
- Intel® Core™ i7-3610QE Processor
- Intel® Core™ i7-3610QM Processor
- Intel® Core™ i7-3612QE Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3615QE Processor
- Intel® Core™ i7-3615QM Processor
- Intel® Core™ i7-3630QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3635QM Processor
- Intel® Core™ i7-3667U Processor
- Intel® Core™ i7-3687U Processor
- Intel® Core™ i7-3689Y Processor

        - Intel® Core™ i7-3720QM Processor
        - Intel® Core™ i7-3740QM Processor
        - Intel® Core™ i7-3770 Processor
        - Intel® Core™ i7-3770K Processor
        - Intel® Core™ i7-3770S Processor
        - Intel® Core™ i7-3770T Processor
        - Intel® Core™ i7-3820QM Processor
        - Intel® Core™ i7-3840QM Processor
        - Intel® Core™ i7-3920XM Processor Extreme Edition
        - Intel® Core™ i7-3940XM Processor Extreme Edition
    - CPUs in the Intel Xeon Processor E3 v2 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Xeon® Processor E3-1225 v2
        - Intel® Xeon® Processor E3-1245 v2
        - Intel® Xeon® Processor E3-1265L v2
        - Intel® Xeon® Processor E3-1275 v2
- Intel CPUs based on the 22nm microarchitecture codenamed "Haswell," including, *e.g.*:
    - CPUs in the 4th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-4200H Processor
        - Intel® Core™ i5-4200M Processor
        - Intel® Core™ i5-4200U Processor
        - Intel® Core™ i5-4200Y Processor
        - Intel® Core™ i5-4202Y Processor
        - Intel® Core™ i5-4210H Processor

- Intel® Core™ i5-4210M Processor
- Intel® Core™ i5-4210U Processor
- Intel® Core™ i5-4210Y Processor
- Intel® Core™ i5-4220Y Processor
- Intel® Core™ i5-4250U Processor
- Intel® Core™ i5-4258U Processor
- Intel® Core™ i5-4260U Processor
- Intel® Core™ i5-4288U Processor
- Intel® Core™ i5-4300M Processor
- Intel® Core™ i5-4300U Processor
- Intel® Core™ i5-4300Y Processor
- Intel® Core™ i5-4302Y Processor
- Intel® Core™ i5-4310M Processor
- Intel® Core™ i5-4310U Processor
- Intel® Core™ i5-4330M Processor
- Intel® Core™ i5-4340M Processor
- Intel® Core™ i5-4350U Processor
- Intel® Core™ i5-4360U Processor
- Intel® Core™ i5-4400E Processor
- Intel® Core™ i5-4402E Processor
- Intel® Core™ i5-4422E Processor
- Intel® Core™ i5-4430 Processor
- Intel® Core™ i5-4430S Processor
- Intel® Core™ i5-4440 Processor
- Intel® Core™ i5-4440S Processor

- Intel® Core™ i5-4460 Processor
- Intel® Core™ i5-4460S Processor
- Intel® Core™ i5-4460T Processor
- Intel® Core™ i5-4570 Processor
- Intel® Core™ i5-4570S Processor
- Intel® Core™ i5-4570T Processor
- Intel® Core™ i5-4570TE Processor
- Intel® Core™ i5-4590 Processor
- Intel® Core™ i5-4590S Processor
- Intel® Core™ i5-4590T Processor
- Intel® Core™ i5-4670 Processor
- Intel® Core™ i5-4670K Processor
- Intel® Core™ i5-4670S Processor
- Intel® Core™ i5-4670T Processor
- Intel® Core™ i5-4690 Processor
- Intel® Core™ i5-4690S Processor
- Intel® Core™ i5-4690T Processor
- Intel® Core™ i7-4500U Processor
- Intel® Core™ i7-4510U Processor
- Intel® Core™ i7-4550U Processor
- Intel® Core™ i7-4558U Processor
- Intel® Core™ i7-4600M Processor
- Intel® Core™ i7-4600U Processor
- Intel® Core™ i7-4610M Processor
- Intel® Core™ i7-4610Y Processor

- Intel® Core™ i7-4650U Processor
- Intel® Core™ i7-4700EQ Processor
- Intel® Core™ i7-4700HQ Processor
- Intel® Core™ i7-4700MQ Processor
- Intel® Core™ i7-4702HQ Processor
- Intel® Core™ i7-4702MQ Processor
- Intel® Core™ i7-4710HQ Processor
- Intel® Core™ i7-4710MQ Processor
- Intel® Core™ i7-4712HQ Processor
- Intel® Core™ i7-4712MQ Processor
- Intel® Core™ i7-4765T Processor
- Intel® Core™ i7-4770 Processor
- Intel® Core™ i7-4770K Processor
- Intel® Core™ i7-4770S Processor
- Intel® Core™ i7-4770T Processor
- Intel® Core™ i7-4770TE Processor
- Intel® Core™ i7-4771 Processor
- Intel® Core™ i7-4785T Processor
- Intel® Core™ i7-4790 Processor
- Intel® Core™ i7-4790S Processor
- Intel® Core™ i7-4790T Processor
- Intel® Core™ i7-4800MQ Processor
- Intel® Core™ i7-4810MQ Processor
- Intel® Core™ i7-4900MQ Processor
- Intel® Core™ i7-4910MQ Processor

        - Intel® Core™ i7-4930MX Processor Extreme Edition
        - Intel® Core™ i7-4940MX Processor Extreme Edition
    - CPUs in the Intel Xeon Processor E3 v3 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Xeon® Processor E3-1225 v3
        - Intel® Xeon® Processor E3-1226 v3
        - Intel® Xeon® Processor E3-1245 v3
        - Intel® Xeon® Processor E3-1246 v3
        - Intel® Xeon® Processor E3-1265L v3
        - Intel® Xeon® Processor E3-1268L v3
        - Intel® Xeon® Processor E3-1275 v3
        - Intel® Xeon® Processor E3-1275L v3
        - Intel® Xeon® Processor E3-1276 v3
        - Intel® Xeon® Processor E3-1285 v3
        - Intel® Xeon® Processor E3-1285L v3
        - Intel® Xeon® Processor E3-1286 v3
        - Intel® Xeon® Processor E3-1286L v3
- Intel CPUs based on the 14nm microarchitecture codenamed "Broadwell," including, *e.g.*:
    - CPUs in the 5th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-5200U Processor
        - Intel® Core™ i5-5250U Processor
        - Intel® Core™ i5-5257U Processor
        - Intel® Core™ i5-5287U Processor
        - Intel® Core™ i5-5300U Processor

- Intel® Core™ i5-5350H Processor
- Intel® Core™ i5-5350U Processor
- Intel® Core™ i5-5575R Processor
- Intel® Core™ i5-5675C Processor
- Intel® Core™ i5-5675R Processor
- Intel® Core™ i7-5500U Processor
- Intel® Core™ i7-5550U Processor
- Intel® Core™ i7-5557U Processor
- Intel® Core™ i7-5600U Processor
- Intel® Core™ i7-5650U Processor
- Intel® Core™ i7-5700EQ Processor
- Intel® Core™ i7-5700HQ Processor
- Intel® Core™ i7-5750HQ Processor
- Intel® Core™ i7-5775C Processor
- Intel® Core™ i7-5775R Processor
- Intel® Core™ i7-5850EQ Processor
- Intel® Core™ i7-5850HQ Processor
- Intel® Core™ i7-5950HQ Processor
- Intel® Core™ M-5Y10 Processor
- Intel® Core™ M-5Y10a Processor
- Intel® Core™ M-5Y10c Processor
- Intel® Core™ M-5Y31 Processor
- Intel® Core™ M-5Y51 Processor
- Intel® Core™ M-5Y70 Processor
- Intel® Core™ M-5Y71 Processor

- CPUs in the Intel Xeon Processor E3 v4 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
  - Intel® Xeon® Processor E3-1258L v4
  - Intel® Xeon® Processor E3-1265L v4
  - Intel® Xeon® Processor E3-1278L v4
  - Intel® Xeon® Processor E3-1285 v4
  - Intel® Xeon® Processor E3-1285L v4

**<u>U.S. Patent No. 8,898,494</u>**

- Intel CPUs identified by Daedalus in any International Trade Commission investigation as practicing the ’494 patent (*e.g.*, *Certain Semiconductors and Devices and Products Containing the Same, Including Printed Circuit Boards, Automotive Parts, and Automobiles*, Inv. No. 337-TA-1332 and *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335), including, *e.g.*:
  - CPUs in the 12th Generation Intel “Core” Desktop Processor Family codenamed “Alder Lake”[6],[7]
  - CPUs in the 11th Generation Intel “Core” Desktop Processor Family codenamed “Rocket Lake”[8]

---

[6] *See* Verified Complaint ¶ 201, *Certain Semiconductors and Devices and Products Containing the Same, Including Printed Circuit Boards, Automotive Parts, and Automobiles*, Inv. No. 337-TA-1332 (filed Aug. 23, 2022) (“Intel’s representative 12th-generation Intel Core processor family utilizing the Alder Lake microarchitecture practices at least the following claims of the Asserted Patents . . . U.S. Patent No. 8,898,494: [claims] 1-18”); *id.*, Ex. 26 (claim chart for ’494 patent).

[7] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) (“On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton.”); *id.* ¶ 99 (“Intel also offers several product families which, on information and belief, practice at least the Asserted ’833, ’494, and ’588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.”); *id.*, Ex. 15 (claim chart for ’494 patent).

[8] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) (“On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton.”); *id.* ¶ 99 (“Intel also offers several product families which, on information and belief, practice at least the Asserted ’833, ’494, and ’588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.”).

  - CPUs in the 11th Generation Intel "Core" Mobile Processor Family codenamed "Tiger Lake"[9]

  - CPUs in the 10th Generation Intel "Core" Mobile Processor Family codenamed "Ice Lake"[10]

- Microprocessors or other devices/products identified by Daedalus as infringing the '494 patent in any district court litigation or International Trade Commission investigation that were later licensed under the '494 patent pursuant to a settlement and/or license agreement with the defendant(s) / respondent(s) whose products were accused of infringing the '494 patent (*e.g.*, products identified as infringing the '494 patent in *Daedalus Prime LLC v. Samsung Electronics Co., Ltd.*, No. 2:22-cv-00352 (E.D. Tex. filed Sept. 12, 2022); *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335; or *Daedalus Prime LLC v. Mazda Motor Corp.*, 1:22-cv-01109 (D. Del. filed Aug. 23, 2022))

- Intel CPUs based on the 32nm microarchitecture codenamed "Sandy Bridge," including, *e.g.*:

  - CPUs in the 2nd Generation Intel "Core" Processor Family, including, *e.g.*:

    - Intel® Core™ i3-2100 Processor

    - Intel® Core™ i3-2100T Processor

    - Intel® Core™ i3-2102 Processor

    - Intel® Core™ i3-2105 Processor

    - Intel® Core™ i3-2120 Processor

---

[9] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.").

[10] *See* Verified Complaint ¶ 94 n.3, *Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335 (filed Sept. 12, 2022) ("On information and belief, the Intel products practicing the Asserted Patents comprise at least the following product families: Alder Lake; Rocket Lake; Tiger Lake; Ice Lake; and Denverton."); *id.* ¶ 99 ("Intel also offers several product families which, on information and belief, practice at least the Asserted '833, '494, and '588 Patents, five of which are: (i) Alder Lake; (ii) Rocket Lake; (iii) Tiger Lake; (iv) Ice Lake; and (v) Denverton.").

- Intel® Core™ i3-2120T Processor
- Intel® Core™ i3-2125 Processor
- Intel® Core™ i3-2130 Processor
- Intel® Core™ i3-2310E Processor
- Intel® Core™ i3-2310M Processor
- Intel® Core™ i3-2312M Processor
- Intel® Core™ i3-2328M Processor
- Intel® Core™ i3-2330E Processor
- Intel® Core™ i3-2330M Processor
- Intel® Core™ i3-2340UE Processor
- Intel® Core™ i3-2348M Processor
- Intel® Core™ i3-2350M Processor
- Intel® Core™ i3-2357M Processor
- Intel® Core™ i3-2367M Processor
- Intel® Core™ i3-2370M Processor
- Intel® Core™ i5-2300 Processor
- Intel® Core™ i5-2310 Processor
- Intel® Core™ i5-2320 Processor
- Intel® Core™ i5-2390T Processor
- Intel® Core™ i5-2400 Processor
- Intel® Core™ i5-2400S Processor
- Intel® Core™ i5-2405S Processor
- Intel® Core™ i5-2410M Processor
- Intel® Core™ i5-2430M Processor
- Intel® Core™ i5-2435M Processor

- Intel® Core™ i5-2450M Processor
- Intel® Core™ i5-2467M Processor
- Intel® Core™ i5-2500 Processor
- Intel® Core™ i5-2500K Processor
- Intel® Core™ i5-2500S Processor
- Intel® Core™ i5-2500T Processor
- Intel® Core™ i5-2510E Processor
- Intel® Core™ i5-2515E Processor
- Intel® Core™ i5-2520M Processor
- Intel® Core™ i5-2537M Processor
- Intel® Core™ i5-2540M Processor
- Intel® Core™ i5-2557M Processor
- Intel® Core™ i7-2600 Processor
- Intel® Core™ i7-2600K Processor
- Intel® Core™ i7-2600S Processor
- Intel® Core™ i7-2610UE Processor
- Intel® Core™ i7-2617M Processor
- Intel® Core™ i7-2620M Processor
- Intel® Core™ i7-2629M Processor
- Intel® Core™ i7-2630QM Processor
- Intel® Core™ i7-2635QM Processor
- Intel® Core™ i7-2637M Processor
- Intel® Core™ i7-2640M Processor
- Intel® Core™ i7-2649M Processor
- Intel® Core™ i7-2655LE Processor

        - Intel® Core™ i7-2657M Processor
        - Intel® Core™ i7-2670QM Processor
        - Intel® Core™ i7-2675QM Processor
        - Intel® Core™ i7-2677M Processor
        - Intel® Core™ i7-2700K Processor
        - Intel® Core™ i7-2710QE Processor
        - Intel® Core™ i7-2715QE Processor
        - Intel® Core™ i7-2720QM Processor
        - Intel® Core™ i7-2760QM Processor
        - Intel® Core™ i7-2820QM Processor
        - Intel® Core™ i7-2860QM Processor
        - Intel® Core™ i7-2920XM Processor Extreme Edition
        - Intel® Core™ i7-2960XM Processor Extreme Edition
    - CPUs in the Intel Xeon Processor E3 Family, including, *e.g.*:
        - Intel® Xeon® Processor E3-1225
        - Intel® Xeon® Processor E3-1235
        - Intel® Xeon® Processor E3-1245
        - Intel® Xeon® Processor E3-1260L
        - Intel® Xeon® Processor E3-1275
- Intel CPUs based on the 22nm microarchitecture codenamed "Ivy Bridge," including, *e.g.*:
    - CPUs in the 3rd Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-3210M Processor
        - Intel® Core™ i5-3210M Processor
        - Intel® Core™ i5-3230M Processor

- Intel® Core™ i5-3230M Processor
- Intel® Core™ i5-3317U Processor
- Intel® Core™ i5-3320M Processor
- Intel® Core™ i5-3330 Processor
- Intel® Core™ i5-3330S Processor
- Intel® Core™ i5-3337U Processor
- Intel® Core™ i5-3339Y Processor
- Intel® Core™ i5-3340 Processor
- Intel® Core™ i5-3340M Processor
- Intel® Core™ i5-3340S Processor
- Intel® Core™ i5-3360M Processor
- Intel® Core™ i5-3380M Processor
- Intel® Core™ i5-3427U Processor
- Intel® Core™ i5-3437U Processor
- Intel® Core™ i5-3439Y Processor
- Intel® Core™ i5-3450 Processor
- Intel® Core™ i5-3450S Processor
- Intel® Core™ i5-3470 Processor
- Intel® Core™ i5-3470S Processor
- Intel® Core™ i5-3470T Processor
- Intel® Core™ i5-3475S Processor
- Intel® Core™ i5-3550 Processor
- Intel® Core™ i5-3550S Processor
- Intel® Core™ i5-3570 Processor
- Intel® Core™ i5-3570K Processor

- Intel® Core™ i5-3570S Processor
- Intel® Core™ i5-3570T Processor
- Intel® Core™ i5-3610ME Processor
- Intel® Core™ i7-3517U Processor
- Intel® Core™ i7-3517UE Processor
- Intel® Core™ i7-3520M Processor
- Intel® Core™ i7-3537U Processor
- Intel® Core™ i7-3540M Processor
- Intel® Core™ i7-3555LE Processor
- Intel® Core™ i7-3610QE Processor
- Intel® Core™ i7-3610QM Processor
- Intel® Core™ i7-3612QE Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3615QE Processor
- Intel® Core™ i7-3615QM Processor
- Intel® Core™ i7-3630QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3635QM Processor
- Intel® Core™ i7-3667U Processor
- Intel® Core™ i7-3687U Processor
- Intel® Core™ i7-3689Y Processor
- Intel® Core™ i7-3720QM Processor
- Intel® Core™ i7-3740QM Processor

- Intel® Core™ i7-3770 Processor
- Intel® Core™ i7-3770K Processor
- Intel® Core™ i7-3770S Processor
- Intel® Core™ i7-3770T Processor
- Intel® Core™ i7-3820QM Processor
- Intel® Core™ i7-3840QM Processor
- Intel® Core™ i7-3920XM Processor Extreme Edition
- Intel® Core™ i7-3940XM Processor Extreme Edition

- CPUs in the Intel Xeon Processor E3 v2 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
  - Intel® Xeon® Processor E3-1225 v2
  - Intel® Xeon® Processor E3-1245 v2
  - Intel® Xeon® Processor E3-1265L v2
  - Intel® Xeon® Processor E3-1275 v2

- Intel CPUs based on the 22nm microarchitecture codenamed "Haswell," including, *e.g.*:
  - CPUs in the 4th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
    - Intel® Core™ i5-4200H Processor
    - Intel® Core™ i5-4200M Processor
    - Intel® Core™ i5-4200U Processor
    - Intel® Core™ i5-4200Y Processor
    - Intel® Core™ i5-4202Y Processor
    - Intel® Core™ i5-4210H Processor
    - Intel® Core™ i5-4210M Processor
    - Intel® Core™ i5-4210U Processor

- Intel® Core™ i5-4210Y Processor
- Intel® Core™ i5-4220Y Processor
- Intel® Core™ i5-4250U Processor
- Intel® Core™ i5-4258U Processor
- Intel® Core™ i5-4260U Processor
- Intel® Core™ i5-4288U Processor
- Intel® Core™ i5-4300M Processor
- Intel® Core™ i5-4300U Processor
- Intel® Core™ i5-4300Y Processor
- Intel® Core™ i5-4302Y Processor
- Intel® Core™ i5-4310M Processor
- Intel® Core™ i5-4310U Processor
- Intel® Core™ i5-4330M Processor
- Intel® Core™ i5-4340M Processor
- Intel® Core™ i5-4350U Processor
- Intel® Core™ i5-4360U Processor
- Intel® Core™ i5-4400E Processor
- Intel® Core™ i5-4402E Processor
- Intel® Core™ i5-4422E Processor
- Intel® Core™ i5-4430 Processor
- Intel® Core™ i5-4430S Processor
- Intel® Core™ i5-4440 Processor
- Intel® Core™ i5-4440S Processor
- Intel® Core™ i5-4460 Processor
- Intel® Core™ i5-4460S Processor

- Intel® Core™ i5-4460T Processor
- Intel® Core™ i5-4570 Processor
- Intel® Core™ i5-4570S Processor
- Intel® Core™ i5-4570T Processor
- Intel® Core™ i5-4570TE Processor
- Intel® Core™ i5-4590 Processor
- Intel® Core™ i5-4590S Processor
- Intel® Core™ i5-4590T Processor
- Intel® Core™ i5-4670 Processor
- Intel® Core™ i5-4670K Processor
- Intel® Core™ i5-4670S Processor
- Intel® Core™ i5-4670T Processor
- Intel® Core™ i5-4690 Processor
- Intel® Core™ i5-4690S Processor
- Intel® Core™ i5-4690T Processor
- Intel® Core™ i7-4500U Processor
- Intel® Core™ i7-4510U Processor
- Intel® Core™ i7-4550U Processor
- Intel® Core™ i7-4558U Processor
- Intel® Core™ i7-4600M Processor
- Intel® Core™ i7-4600U Processor
- Intel® Core™ i7-4610M Processor
- Intel® Core™ i7-4610Y Processor
- Intel® Core™ i7-4650U Processor
- Intel® Core™ i7-4700EQ Processor

- Intel® Core™ i7-4700HQ Processor
- Intel® Core™ i7-4700MQ Processor
- Intel® Core™ i7-4702HQ Processor
- Intel® Core™ i7-4702MQ Processor
- Intel® Core™ i7-4710HQ Processor
- Intel® Core™ i7-4710MQ Processor
- Intel® Core™ i7-4712HQ Processor
- Intel® Core™ i7-4712MQ Processor
- Intel® Core™ i7-4765T Processor
- Intel® Core™ i7-4770 Processor
- Intel® Core™ i7-4770K Processor
- Intel® Core™ i7-4770S Processor
- Intel® Core™ i7-4770T Processor
- Intel® Core™ i7-4770TE Processor
- Intel® Core™ i7-4771 Processor
- Intel® Core™ i7-4785T Processor
- Intel® Core™ i7-4790 Processor
- Intel® Core™ i7-4790S Processor
- Intel® Core™ i7-4790T Processor
- Intel® Core™ i7-4800MQ Processor
- Intel® Core™ i7-4810MQ Processor
- Intel® Core™ i7-4900MQ Processor
- Intel® Core™ i7-4910MQ Processor
- Intel® Core™ i7-4930MX Processor Extreme Edition
- Intel® Core™ i7-4940MX Processor Extreme Edition

- CPUs in the Intel Xeon Processor E3 v3 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
  - Intel® Xeon® Processor E3-1225 v3
  - Intel® Xeon® Processor E3-1226 v3
  - Intel® Xeon® Processor E3-1245 v3
  - Intel® Xeon® Processor E3-1246 v3
  - Intel® Xeon® Processor E3-1265L v3
  - Intel® Xeon® Processor E3-1268L v3
  - Intel® Xeon® Processor E3-1275 v3
  - Intel® Xeon® Processor E3-1275L v3
  - Intel® Xeon® Processor E3-1276 v3
  - Intel® Xeon® Processor E3-1285 v3
  - Intel® Xeon® Processor E3-1285L v3
  - Intel® Xeon® Processor E3-1286 v3
  - Intel® Xeon® Processor E3-1286L v3

- Intel CPUs based on the 14nm microarchitecture codenamed "Broadwell," including, *e.g.*:
  - CPUs in the 5th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
    - Intel® Core™ i5-5200U Processor
    - Intel® Core™ i5-5250U Processor
    - Intel® Core™ i5-5257U Processor
    - Intel® Core™ i5-5287U Processor
    - Intel® Core™ i5-5300U Processor
    - Intel® Core™ i5-5350H Processor
    - Intel® Core™ i5-5350U Processor

- Intel® Core™ i5-5575R Processor
- Intel® Core™ i5-5675C Processor
- Intel® Core™ i5-5675R Processor
- Intel® Core™ i7-5500U Processor
- Intel® Core™ i7-5550U Processor
- Intel® Core™ i7-5557U Processor
- Intel® Core™ i7-5600U Processor
- Intel® Core™ i7-5650U Processor
- Intel® Core™ i7-5700EQ Processor
- Intel® Core™ i7-5700HQ Processor
- Intel® Core™ i7-5750HQ Processor
- Intel® Core™ i7-5775C Processor
- Intel® Core™ i7-5775R Processor
- Intel® Core™ i7-5850EQ Processor
- Intel® Core™ i7-5850HQ Processor
- Intel® Core™ i7-5950HQ Processor
- Intel® Core™ M-5Y10 Processor
- Intel® Core™ M-5Y10a Processor
- Intel® Core™ M-5Y10c Processor
- Intel® Core™ M-5Y31 Processor
- Intel® Core™ M-5Y51 Processor
- Intel® Core™ M-5Y70 Processor
- Intel® Core™ M-5Y71 Processor

- CPUs in the Intel Xeon Processor E3 v4 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
  - Intel® Xeon® Processor E3-1258L v4

- Intel® Xeon® Processor E3-1265L v4
- Intel® Xeon® Processor E3-1278L v4
- Intel® Xeon® Processor E3-1285 v4
- Intel® Xeon® Processor E3-1285L v4

**<u>U.S. Patent No. 8,984,228</u>**

- Microprocessors or other devices/products identified by Daedalus as infringing the ’228 patent in any district court litigation that were later licensed under the ’228 patent pursuant to a settlement and/or license agreement with the defendant(s) whose products were accused of infringing the ’228 patent (*e.g.*, products identified as infringing the ’228 patent in *Daedalus Prime LLC v. MediaTek, Inc.*, No. 2:24-cv-00235 (E.D. Tex. filed April 8, 2024))
- Intel CPUs based on the 22nm microarchitecture codenamed “Ivy Bridge,” including, *e.g.*:
    - CPUs in the Intel Xeon Processor E5 v2 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
        - Intel® Xeon® Processor E5-1428L v2
        - Intel® Xeon® Processor E5-1620 v2
        - Intel® Xeon® Processor E5-1650 v2
        - Intel® Xeon® Processor E5-1660 v2
        - Intel® Xeon® Processor E5-2403 v2
        - Intel® Xeon® Processor E5-2407 v2
        - Intel® Xeon® Processor E5-2418L v2
        - Intel® Xeon® Processor E5-2420 v2
        - Intel® Xeon® Processor E5-2428L v2
        - Intel® Xeon® Processor E5-2430 v2
        - Intel® Xeon® Processor E5-2430L v2
        - Intel® Xeon® Processor E5-2440 v2

- Intel® Xeon® Processor E5-2448L v2
- Intel® Xeon® Processor E5-2450 v2
- Intel® Xeon® Processor E5-2450L v2
- Intel® Xeon® Processor E5-2470 v2
- Intel® Xeon® Processor E5-2603 v2
- Intel® Xeon® Processor E5-2609 v2
- Intel® Xeon® Processor E5-2618L v2
- Intel® Xeon® Processor E5-2620 v2
- Intel® Xeon® Processor E5-2628L v2
- Intel® Xeon® Processor E5-2630 v2
- Intel® Xeon® Processor E5-2630L v2
- Intel® Xeon® Processor E5-2637 v2
- Intel® Xeon® Processor E5-2640 v2
- Intel® Xeon® Processor E5-2643 v2
- Intel® Xeon® Processor E5-2648L v2
- Intel® Xeon® Processor E5-2650 v2
- Intel® Xeon® Processor E5-2650L v2
- Intel® Xeon® Processor E5-2658 v2
- Intel® Xeon® Processor E5-2660 v2
- Intel® Xeon® Processor E5-2667 v2
- Intel® Xeon® Processor E5-2670 v2
- Intel® Xeon® Processor E5-2680 v2
- Intel® Xeon® Processor E5-2687W v2
- Intel® Xeon® Processor E5-2690 v2
- Intel® Xeon® Processor E5-2695 v2

  - Intel® Xeon® Processor E5-2697 v2
  - Intel® Xeon® Processor E5-4603 v2
  - Intel® Xeon® Processor E5-4607 v2
  - Intel® Xeon® Processor E5-4610 v2
  - Intel® Xeon® Processor E5-4620 v2
  - Intel® Xeon® Processor E5-4624L v2
  - Intel® Xeon® Processor E5-4627 v2
  - Intel® Xeon® Processor E5-4640 v2
  - Intel® Xeon® Processor E5-4650 v2
  - Intel® Xeon® Processor E5-4657L v2

- CPUs in the Intel Xeon Processor E7 v2 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
  - Intel® Xeon® Processor E7-2850 v2
  - Intel® Xeon® Processor E7-2870 v2
  - Intel® Xeon® Processor E7-2880 v2
  - Intel® Xeon® Processor E7-2890 v2
  - Intel® Xeon® Processor E7-4809 v2
  - Intel® Xeon® Processor E7-4820 v2
  - Intel® Xeon® Processor E7-4830 v2
  - Intel® Xeon® Processor E7-4850 v2
  - Intel® Xeon® Processor E7-4860 v2
  - Intel® Xeon® Processor E7-4870 v2
  - Intel® Xeon® Processor E7-4880 v2
  - Intel® Xeon® Processor E7-4890 v2
  - Intel® Xeon® Processor E7-8850 v2

        - Intel® Xeon® Processor E7-8857 v2
        - Intel® Xeon® Processor E7-8870 v2
        - Intel® Xeon® Processor E7-8880 v2
        - Intel® Xeon® Processor E7-8880L v2
        - Intel® Xeon® Processor E7-8890 v2
        - Intel® Xeon® Processor E7-8891 v2
        - Intel® Xeon® Processor E7-8893 v2

- Intel CPUs based on the 22nm microarchitecture codenamed "Haswell," including, *e.g.*:
    - CPUs in the Intel Xeon Processor E5 v3 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
        - Intel® Xeon® Processor E5-1428L v3
        - Intel® Xeon® Processor E5-1620 v3
        - Intel® Xeon® Processor E5-1630 v3
        - Intel® Xeon® Processor E5-1650 v3
        - Intel® Xeon® Processor E5-1660 v3
        - Intel® Xeon® Processor E5-1680 v3
        - Intel® Xeon® Processor E5-2408L v3
        - Intel® Xeon® Processor E5-2418L v3
        - Intel® Xeon® Processor E5-2428L v3
        - Intel® Xeon® Processor E5-2438L v3
        - Intel® Xeon® Processor E5-2603 v3
        - Intel® Xeon® Processor E5-2608L v3
        - Intel® Xeon® Processor E5-2609 v3
        - Intel® Xeon® Processor E5-2618L v3

- Intel® Xeon® Processor E5-2620 v3
- Intel® Xeon® Processor E5-2623 v3
- Intel® Xeon® Processor E5-2628L v3
- Intel® Xeon® Processor E5-2630 v3
- Intel® Xeon® Processor E5-2630L v3
- Intel® Xeon® Processor E5-2637 v3
- Intel® Xeon® Processor E5-2640 v3
- Intel® Xeon® Processor E5-2643 v3
- Intel® Xeon® Processor E5-2648L v3
- Intel® Xeon® Processor E5-2650 v3
- Intel® Xeon® Processor E5-2650L v3
- Intel® Xeon® Processor E5-2658 v3
- Intel® Xeon® Processor E5-2658A v3
- Intel® Xeon® Processor E5-2660 v3
- Intel® Xeon® Processor E5-2667 v3
- Intel® Xeon® Processor E5-2670 v3
- Intel® Xeon® Processor E5-2680 v3
- Intel® Xeon® Processor E5-2683 v3
- Intel® Xeon® Processor E5-2687W v3
- Intel® Xeon® Processor E5-2690 v3
- Intel® Xeon® Processor E5-2695 v3
- Intel® Xeon® Processor E5-2697 v3
- Intel® Xeon® Processor E5-2698 v3
- Intel® Xeon® Processor E5-2699 v3
- Intel® Xeon® Processor E5-4610 v3

- Intel® Xeon® Processor E5-4620 v3
- Intel® Xeon® Processor E5-4627 v3
- Intel® Xeon® Processor E5-4640 v3
- Intel® Xeon® Processor E5-4648 v3
- Intel® Xeon® Processor E5-4650 v3
- Intel® Xeon® Processor E5-4655 v3
- Intel® Xeon® Processor E5-4660 v3
- Intel® Xeon® Processor E5-4667 v3
- Intel® Xeon® Processor E5-4669 v3

- CPUs in the Intel Xeon Processor E7 v3 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:

  - Intel® Xeon® Processor E7-4809 v3
  - Intel® Xeon® Processor E7-4820 v3
  - Intel® Xeon® Processor E7-4830 v3
  - Intel® Xeon® Processor E7-4850 v3
  - Intel® Xeon® Processor E7-8860 v3
  - Intel® Xeon® Processor E7-8867 v3
  - Intel® Xeon® Processor E7-8870 v3
  - Intel® Xeon® Processor E7-8880 v3
  - Intel® Xeon® Processor E7-8880L v3
  - Intel® Xeon® Processor E7-8890 v3
  - Intel® Xeon® Processor E7-8891 v3
  - Intel® Xeon® Processor E7-8893 v3

- Intel CPUs based on the 14nm microarchitecture codenamed “Broadwell,” including, *e.g.*:

- CPUs in the Intel Xeon Processor E5 v4 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
    - Intel® Xeon® Processor E5-1620 v4
    - Intel® Xeon® Processor E5-1630 v4
    - Intel® Xeon® Processor E5-1650 v4
    - Intel® Xeon® Processor E5-1660 v4
    - Intel® Xeon® Processor E5-1680 v4
    - Intel® Xeon® Processor E5-2603 v4
    - Intel® Xeon® Processor E5-2608L v4
    - Intel® Xeon® Processor E5-2609 v4
    - Intel® Xeon® Processor E5-2618L v4
    - Intel® Xeon® Processor E5-2620 v4
    - Intel® Xeon® Processor E5-2623 v4
    - Intel® Xeon® Processor E5-2628L v4
    - Intel® Xeon® Processor E5-2630 v4
    - Intel® Xeon® Processor E5-2630L v4
    - Intel® Xeon® Processor E5-2637 v4
    - Intel® Xeon® Processor E5-2640 v4
    - Intel® Xeon® Processor E5-2643 v4
    - Intel® Xeon® Processor E5-2648L v4
    - Intel® Xeon® Processor E5-2650 v4
    - Intel® Xeon® Processor E5-2650L v4
    - Intel® Xeon® Processor E5-2658 v4
    - Intel® Xeon® Processor E5-2660 v4
    - Intel® Xeon® Processor E5-2667 v4

- Intel® Xeon® Processor E5-2680 v4
- Intel® Xeon® Processor E5-2683 v4
- Intel® Xeon® Processor E5-2687W v4
- Intel® Xeon® Processor E5-2690 v4
- Intel® Xeon® Processor E5-2695 v4
- Intel® Xeon® Processor E5-2697 v4
- Intel® Xeon® Processor E5-2697A v4
- Intel® Xeon® Processor E5-2698 v4
- Intel® Xeon® Processor E5-2699 v4
- Intel® Xeon® Processor E5-2699A v4
- Intel® Xeon® Processor E5-2699R v4
- Intel® Xeon® Processor E5-4610 v4
- Intel® Xeon® Processor E5-4620 v4
- Intel® Xeon® Processor E5-4627 v4
- Intel® Xeon® Processor E5-4628L v4
- Intel® Xeon® Processor E5-4640 v4
- Intel® Xeon® Processor E5-4650 v4
- Intel® Xeon® Processor E5-4655 v4
- Intel® Xeon® Processor E5-4660 v4
- Intel® Xeon® Processor E5-4667 v4
- Intel® Xeon® Processor E5-4669 v4

- CPUs in the Intel Xeon Processor E7 v4 Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
  - Intel® Xeon® Processor E7-4809 v4
  - Intel® Xeon® Processor E7-4820 v4

- Intel® Xeon® Processor E7-4830 v4
- Intel® Xeon® Processor E7-4850 v4
- Intel® Xeon® Processor E7-8860 v4
- Intel® Xeon® Processor E7-8867 v4
- Intel® Xeon® Processor E7-8870 v4
- Intel® Xeon® Processor E7-8880 v4
- Intel® Xeon® Processor E7-8890 v4
- Intel® Xeon® Processor E7-8891 v4
- Intel® Xeon® Processor E7-8893 v4
- Intel® Xeon® Processor E7-8894 v4

- CPUs in the Intel Xeon D-1500 Processor Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
  - Intel® Xeon® Processor D-1513N
  - Intel® Xeon® Processor D-1518
  - Intel® Xeon® Processor D-1520
  - Intel® Xeon® Processor D-1521
  - Intel® Xeon® Processor D-1523N
  - Intel® Xeon® Processor D-1524N
  - Intel® Xeon® Processor D-1527
  - Intel® Xeon® Processor D-1528
  - Intel® Xeon® Processor D-1529
  - Intel® Xeon® Processor D-1531
  - Intel® Xeon® Processor D-1533N
  - Intel® Xeon® Processor D-1537
  - Intel® Xeon® Processor D-1539

        - Intel® Xeon® Processor D-1540
        - Intel® Xeon® Processor D-1541
        - Intel® Xeon® Processor D-1543N
        - Intel® Xeon® Processor D-1548
        - Intel® Xeon® Processor D-1553N
        - Intel® Xeon® Processor D-1557
        - Intel® Xeon® Processor D-1559
        - Intel® Xeon® Processor D-1567
        - Intel® Xeon® Processor D-1571
        - Intel® Xeon® Processor D-1577
        - Intel® Xeon® Processor D-1581
        - Intel® Xeon® Processor D-1587
    - CPUs in the Intel Core X-series Processor Family that included multiple cores, a distributed shared LLC (last-level cache), and an integrated I/O module, including, *e.g.*:
        - Intel® Core™ i7-6800K Processor
        - Intel® Core™ i7-6850K Processor
        - Intel® Core™ i7-6900K Processor
        - Intel® Core™ i7-6950X Processor Extreme Edition

**<u>U.S. Patent No. 10,372,197</u>**

- Microprocessors or other devices/products identified by Daedalus as infringing the ’197 patent in any district court litigation that were later licensed under the ’197 patent pursuant to a settlement and/or license agreement with the defendant(s) whose products were accused of infringing the ’197 patent (*e.g.*, products identified as infringing the ’197 patent in *Daedalus Prime LLC v. Samsung Electronics Co., Ltd.*, No. 2:22-cv-00352 (E.D. Tex. filed Sept. 12, 2022); or *Daedalus Prime LLC v. MediaTek, Inc.*, No. 2:24-cv-00235 (E.D. Tex. filed April 8, 2024))

- Intel CPUs based on the 32nm microarchitecture codenamed "Sandy Bridge," including, *e.g.*:
    - Core i3-2120
    - Core i3-2310E
    - Core i3-2330E
    - Core i3-2340UE
    - Core i5-2400
    - Core i5-2510E
    - Core i5-2515E
    - Core i7-2610UE
    - Core i7-2655LE
    - Core i7-2710QE
    - Core i7-2715QE
    - Xeon E3-1225
- Intel CPUs based on the 22nm microarchitecture codenamed "Ivy Bridge," including, *e.g.*:
    - CPUs in the 3rd Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-3210M Processor
        - Intel® Core™ i5-3210M Processor
        - Intel® Core™ i5-3230M Processor
        - Intel® Core™ i5-3230M Processor
        - Intel® Core™ i5-3317U Processor
        - Intel® Core™ i5-3320M Processor
        - Intel® Core™ i5-3330 Processor
        - Intel® Core™ i5-3330S Processor

- Intel® Core™ i5-3337U Processor
- Intel® Core™ i5-3339Y Processor
- Intel® Core™ i5-3340 Processor
- Intel® Core™ i5-3340M Processor
- Intel® Core™ i5-3340S Processor
- Intel® Core™ i5-3360M Processor
- Intel® Core™ i5-3380M Processor
- Intel® Core™ i5-3427U Processor
- Intel® Core™ i5-3437U Processor
- Intel® Core™ i5-3439Y Processor
- Intel® Core™ i5-3450 Processor
- Intel® Core™ i5-3450S Processor
- Intel® Core™ i5-3470 Processor
- Intel® Core™ i5-3470S Processor
- Intel® Core™ i5-3470T Processor
- Intel® Core™ i5-3475S Processor
- Intel® Core™ i5-3550 Processor
- Intel® Core™ i5-3550S Processor
- Intel® Core™ i5-3570 Processor
- Intel® Core™ i5-3570K Processor
- Intel® Core™ i5-3570S Processor
- Intel® Core™ i5-3570T Processor
- Intel® Core™ i5-3610ME Processor
- Intel® Core™ i7-3517U Processor
- Intel® Core™ i7-3517UE Processor

- Intel® Core™ i7-3520M Processor
- Intel® Core™ i7-3537U Processor
- Intel® Core™ i7-3540M Processor
- Intel® Core™ i7-3555LE Processor
- Intel® Core™ i7-3610QE Processor
- Intel® Core™ i7-3610QM Processor
- Intel® Core™ i7-3612QE Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3612QM Processor
- Intel® Core™ i7-3615QE Processor
- Intel® Core™ i7-3615QM Processor
- Intel® Core™ i7-3630QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3632QM Processor
- Intel® Core™ i7-3635QM Processor
- Intel® Core™ i7-3667U Processor
- Intel® Core™ i7-3687U Processor
- Intel® Core™ i7-3689Y Processor
- Intel® Core™ i7-3720QM Processor
- Intel® Core™ i7-3740QM Processor
- Intel® Core™ i7-3770 Processor
- Intel® Core™ i7-3770K Processor
- Intel® Core™ i7-3770S Processor
- Intel® Core™ i7-3770T Processor
- Intel® Core™ i7-3820QM Processor

        - Intel® Core™ i7-3840QM Processor
        - Intel® Core™ i7-3920XM Processor Extreme Edition
        - Intel® Core™ i7-3940XM Processor Extreme Edition
    - CPUs in the Intel Xeon Processor E3 v2 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Xeon® Processor E3-1225 v2
        - Intel® Xeon® Processor E3-1245 v2
        - Intel® Xeon® Processor E3-1265L v2
        - Intel® Xeon® Processor E3-1275 v2
- Intel CPUs based on the 22nm microarchitecture codenamed "Haswell," including, *e.g.*:
    - CPUs in the 4th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Core™ i5-4200H Processor
        - Intel® Core™ i5-4200M Processor
        - Intel® Core™ i5-4200U Processor
        - Intel® Core™ i5-4200Y Processor
        - Intel® Core™ i5-4202Y Processor
        - Intel® Core™ i5-4210H Processor
        - Intel® Core™ i5-4210M Processor
        - Intel® Core™ i5-4210U Processor
        - Intel® Core™ i5-4210Y Processor
        - Intel® Core™ i5-4220Y Processor
        - Intel® Core™ i5-4250U Processor
        - Intel® Core™ i5-4258U Processor
        - Intel® Core™ i5-4260U Processor

- Intel® Core™ i5-4288U Processor
- Intel® Core™ i5-4300M Processor
- Intel® Core™ i5-4300U Processor
- Intel® Core™ i5-4300Y Processor
- Intel® Core™ i5-4302Y Processor
- Intel® Core™ i5-4310M Processor
- Intel® Core™ i5-4310U Processor
- Intel® Core™ i5-4330M Processor
- Intel® Core™ i5-4340M Processor
- Intel® Core™ i5-4350U Processor
- Intel® Core™ i5-4360U Processor
- Intel® Core™ i5-4400E Processor
- Intel® Core™ i5-4402E Processor
- Intel® Core™ i5-4422E Processor
- Intel® Core™ i5-4430 Processor
- Intel® Core™ i5-4430S Processor
- Intel® Core™ i5-4440 Processor
- Intel® Core™ i5-4440S Processor
- Intel® Core™ i5-4460 Processor
- Intel® Core™ i5-4460S Processor
- Intel® Core™ i5-4460T Processor
- Intel® Core™ i5-4570 Processor
- Intel® Core™ i5-4570S Processor
- Intel® Core™ i5-4570T Processor
- Intel® Core™ i5-4570TE Processor

- Intel® Core™ i5-4590 Processor
- Intel® Core™ i5-4590S Processor
- Intel® Core™ i5-4590T Processor
- Intel® Core™ i5-4670 Processor
- Intel® Core™ i5-4670K Processor
- Intel® Core™ i5-4670S Processor
- Intel® Core™ i5-4670T Processor
- Intel® Core™ i5-4690 Processor
- Intel® Core™ i5-4690S Processor
- Intel® Core™ i5-4690T Processor
- Intel® Core™ i7-4500U Processor
- Intel® Core™ i7-4510U Processor
- Intel® Core™ i7-4550U Processor
- Intel® Core™ i7-4558U Processor
- Intel® Core™ i7-4600M Processor
- Intel® Core™ i7-4600U Processor
- Intel® Core™ i7-4610M Processor
- Intel® Core™ i7-4610Y Processor
- Intel® Core™ i7-4650U Processor
- Intel® Core™ i7-4700EQ Processor
- Intel® Core™ i7-4700HQ Processor
- Intel® Core™ i7-4700MQ Processor
- Intel® Core™ i7-4702HQ Processor
- Intel® Core™ i7-4702MQ Processor
- Intel® Core™ i7-4710HQ Processor

- Intel® Core™ i7-4710MQ Processor
- Intel® Core™ i7-4712HQ Processor
- Intel® Core™ i7-4712MQ Processor
- Intel® Core™ i7-4765T Processor
- Intel® Core™ i7-4770 Processor
- Intel® Core™ i7-4770K Processor
- Intel® Core™ i7-4770S Processor
- Intel® Core™ i7-4770T Processor
- Intel® Core™ i7-4770TE Processor
- Intel® Core™ i7-4771 Processor
- Intel® Core™ i7-4785T Processor
- Intel® Core™ i7-4790 Processor
- Intel® Core™ i7-4790S Processor
- Intel® Core™ i7-4790T Processor
- Intel® Core™ i7-4800MQ Processor
- Intel® Core™ i7-4810MQ Processor
- Intel® Core™ i7-4900MQ Processor
- Intel® Core™ i7-4910MQ Processor
- Intel® Core™ i7-4930MX Processor Extreme Edition
- Intel® Core™ i7-4940MX Processor Extreme Edition

- CPUs in the Intel Xeon Processor E3 v3 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
  - Intel® Xeon® Processor E3-1225 v3
  - Intel® Xeon® Processor E3-1226 v3
  - Intel® Xeon® Processor E3-1245 v3
  - Intel® Xeon® Processor E3-1246 v3

- Intel® Xeon® Processor E3-1265L v3
- Intel® Xeon® Processor E3-1268L v3
- Intel® Xeon® Processor E3-1275 v3
- Intel® Xeon® Processor E3-1275L v3
- Intel® Xeon® Processor E3-1276 v3
- Intel® Xeon® Processor E3-1285 v3
- Intel® Xeon® Processor E3-1285L v3
- Intel® Xeon® Processor E3-1286 v3
- Intel® Xeon® Processor E3-1286L v3

- Intel CPUs based on the 14nm microarchitecture codenamed "Broadwell," including, *e.g.*:
  - CPUs in the 5th Generation Intel "Core" Processor Family that included multiple processor cores and integrated graphics, including, *e.g.*:
    - Intel® Core™ i5-5200U Processor
    - Intel® Core™ i5-5250U Processor
    - Intel® Core™ i5-5257U Processor
    - Intel® Core™ i5-5287U Processor
    - Intel® Core™ i5-5300U Processor
    - Intel® Core™ i5-5350H Processor
    - Intel® Core™ i5-5350U Processor
    - Intel® Core™ i5-5575R Processor
    - Intel® Core™ i5-5675C Processor
    - Intel® Core™ i5-5675R Processor
    - Intel® Core™ i7-5500U Processor
    - Intel® Core™ i7-5550U Processor
    - Intel® Core™ i7-5557U Processor

        - Intel® Core™ i7-5600U Processor
        - Intel® Core™ i7-5650U Processor
        - Intel® Core™ i7-5700EQ Processor
        - Intel® Core™ i7-5700HQ Processor
        - Intel® Core™ i7-5750HQ Processor
        - Intel® Core™ i7-5775C Processor
        - Intel® Core™ i7-5775R Processor
        - Intel® Core™ i7-5850EQ Processor
        - Intel® Core™ i7-5850HQ Processor
        - Intel® Core™ i7-5950HQ Processor
        - Intel® Core™ M-5Y10 Processor
        - Intel® Core™ M-5Y10a Processor
        - Intel® Core™ M-5Y10c Processor
        - Intel® Core™ M-5Y31 Processor
        - Intel® Core™ M-5Y51 Processor
        - Intel® Core™ M-5Y70 Processor
        - Intel® Core™ M-5Y71 Processor
    - CPUs in the Intel Xeon Processor E3 v4 Family that included multiple processor cores and integrated graphics, including, *e.g.*:
        - Intel® Xeon® Processor E3-1258L v4
        - Intel® Xeon® Processor E3-1265L v4
        - Intel® Xeon® Processor E3-1278L v4
        - Intel® Xeon® Processor E3-1285 v4
        - Intel® Xeon® Processor E3-1285L v4
- Intel CPUs based on the 14nm microarchitecture codenamed "Skylake," including, *e.g.*:

- CPUs in the 6th Generation Intel "Core" Processor Family, including, *e.g.*:
  - Intel® Core™ i3-6100 Processor
  - Intel® Core™ i5-6500 Processor
  - Intel® Core™ i7-6700 Processor
- CPUs in the Intel Xeon Processor E3 v5 Family, including, *e.g.*:
  - Intel® Xeon® Processor E3-1225 v5
  - Intel® Xeon® Processor E3-1275 v5

- Intel CPUs based on the 14nm microarchitecture codenamed "Kaby Lake," including, *e.g.*:
  - CPUs in the 7th Generation Intel "Core" Processor Family, including, *e.g.*:
    - Intel® Core™ i3-7100 Processor
    - Intel® Core™ i5-7500 Processor
    - Intel® Core™ i7-7700 Processor
  - CPUs in the Intel Xeon Processor E3 v6 Family, including, *e.g.*:
    - Intel® Xeon® Processor E3-1225 v6
    - Intel® Xeon® Processor E3-1275 v6
- Intel CPUs based on the 14nm microarchitecture codenamed "Coffee Lake" or "Coffee Lake Refresh," including, *e.g.*:
  - CPUs in the 8th Generation Intel "Core" Processor Family, including, *e.g.*:
    - Intel® Core™ i3-8100 Processor
    - Intel® Core™ i5-8500 Processor
    - Intel® Core™ i7-8700 Processor
  - CPUs in the 9th Generation Intel "Core" Processor Family, including, *e.g.*:
    - Intel® Core™ i3-9100 Processor
    - Intel® Core™ i5-9500 Processor
    - Intel® Core™ i7-9700 Processor

        - Intel® Core™ i9-9900 Processor

- Intel CPUs based on the 14nm microarchitecture codenamed "Comet Lake," including, *e.g.*:
    - CPUs in the 10th Generation Intel "Core" Processor Family, including, *e.g.*:
        - Intel® Core™ i3-10100 Processor
        - Intel® Core™ i5-10500 Processor
        - Intel® Core™ i7-10700 Processor
        - Intel® Core™ i9-10900 Processor
- CPUs in the 10th Generation Intel "Core" Mobile Processor Family codenamed "Ice Lake"
- CPUs in the 11th Generation Intel "Core" Mobile Processor Family codenamed "Tiger Lake"
- CPUs in the 11th Generation Intel "Core" Desktop Processor Family codenamed "Rocket Lake"
- CPUs in the 12th Generation Intel "Core" Desktop Processor Family codenamed "Alder Lake"
- Later Intel server processors, including, *e.g.*:
    - 3rd Generation Intel Xeon Scalable processors codenamed "Cooper Lake," including, *e.g.*:
        - Intel® Xeon® Gold 5318H Processor
        - Intel® Xeon® Gold 5320H Processor
        - Intel® Xeon® Gold 6328H Processor
        - Intel® Xeon® Gold 6328HL Processor
        - Intel® Xeon® Gold 6330H Processor
        - Intel® Xeon® Gold 6348H Processor
        - Intel® Xeon® Platinum 8353H Processor
        - Intel® Xeon® Platinum 8354H Processor

- Intel® Xeon® Platinum 8356H Processor
- Intel® Xeon® Platinum 8360H Processor
- Intel® Xeon® Platinum 8360HL Processor
- Intel® Xeon® Platinum 8376H Processor
- Intel® Xeon® Platinum 8376HL Processor
- Intel® Xeon® Platinum 8380H Processor
- Intel® Xeon® Platinum 8380HL Processor

- 3rd Generation Intel Xeon Scalable processors codenamed "Ice Lake," including, *e.g.*:
  - Intel® Xeon® Gold 5315Y Processor
  - Intel® Xeon® Gold 5317 Processor
  - Intel® Xeon® Gold 5318N Processor
  - Intel® Xeon® Gold 5318S Processor
  - Intel® Xeon® Gold 5318Y Processor
  - Intel® Xeon® Gold 5320 Processor
  - Intel® Xeon® Gold 5320T Processor
  - Intel® Xeon® Gold 6312U Processor
  - Intel® Xeon® Gold 6314U Processor
  - Intel® Xeon® Gold 6326 Processor
  - Intel® Xeon® Gold 6330 Processor
  - Intel® Xeon® Gold 6330N Processor
  - Intel® Xeon® Gold 6334 Processor
  - Intel® Xeon® Gold 6336Y Processor
  - Intel® Xeon® Gold 6338 Processor
  - Intel® Xeon® Gold 6338N Processor
  - Intel® Xeon® Gold 6338T Processor

- Intel® Xeon® Gold 6342 Processor
- Intel® Xeon® Gold 6346 Processor
- Intel® Xeon® Gold 6348 Processor
- Intel® Xeon® Gold 6354 Processor
- Intel® Xeon® Platinum 8351N Processor
- Intel® Xeon® Platinum 8352M Processor
- Intel® Xeon® Platinum 8352S Processor
- Intel® Xeon® Platinum 8352V Processor
- Intel® Xeon® Platinum 8352Y Processor
- Intel® Xeon® Platinum 8358 Processor
- Intel® Xeon® Platinum 8358P Processor
- Intel® Xeon® Platinum 8360Y Processor
- Intel® Xeon® Platinum 8362 Processor
- Intel® Xeon® Platinum 8368 Processor
- Intel® Xeon® Platinum 8368Q Processor
- Intel® Xeon® Platinum 8380 Processor
- Intel® Xeon® Silver 4309Y Processor
- Intel® Xeon® Silver 4310 Processor
- Intel® Xeon® Silver 4310T Processor
- Intel® Xeon® Silver 4314 Processor
- Intel® Xeon® Silver 4316 Processor

- Intel CPUs based on the microarchitecture codenamed “Raptor Lake” or “Raptor Lake Refresh,” including, *e.g.*:
  - CPUs in the 13th Generation Intel “Core” Processor Family, including, *e.g.*:
    - Intel® Core™ i3-13100 Processor

        - Intel® Core™ i5-13500 Processor
        - Intel® Core™ i7-13700 Processor
        - Intel® Core™ i9-13900 Processor
    - CPUs in the 14th Generation Intel "Core" Processor Family, including, *e.g.*:
        - Intel® Core™ i3 processor 14100
        - Intel® Core™ i5 processor 14500
        - Intel® Core™ i7 processor 14700
        - Intel® Core™ i9 processor 14900
- Intel CPUs based on the microarchitecture codenamed "Meteor Lake," including, *e.g.*:
    - CPUs in the Intel "Core Ultra" Processor Family, including, *e.g.*:
        - Intel® Core™ Ultra 5 Processor 125H
        - Intel® Core™ Ultra 5 Processor 135H
        - Intel® Core™ Ultra 7 Processor 155H
        - Intel® Core™ Ultra 7 Processor 165H
        - Intel® Core™ Ultra 9 Processor 185H

**U.S. Patent No. 11,507,167**

- Microprocessors or other devices/products identified by Daedalus as infringing the '167 patent in any district court litigation that were later licensed under the '167 patent pursuant to a settlement and/or license agreement with the defendant(s) whose products were accused of infringing the '167 patent (*e.g.*, products identified as infringing the '167 patent in *Daedalus Prime LLC v. MediaTek, Inc.*, No. 2:24-cv-00235 (E.D. Tex. filed April 8, 2024))
- Intel CPUs based on the 14nm microarchitecture codenamed "Skylake," including, *e.g.*:
    - CPUs in the 3rd Generation Intel Xeon Scalable Processor Family codenamed "Cooper Lake" that included multiple cores, per-core P-states,

multiple levels of cache memory for each core, and a power control unit (PCU) that is responsible for coordinating core C-states, including, *e.g.*:

- Intel® Xeon® Gold 5318H Processor
- Intel® Xeon® Gold 5320H Processor
- Intel® Xeon® Gold 6328H Processor
- Intel® Xeon® Gold 6328HL Processor
- Intel® Xeon® Gold 6330H Processor
- Intel® Xeon® Gold 6348H Processor
- Intel® Xeon® Platinum 8353H Processor
- Intel® Xeon® Platinum 8354H Processor
- Intel® Xeon® Platinum 8356H Processor
- Intel® Xeon® Platinum 8360H Processor
- Intel® Xeon® Platinum 8360HL Processor
- Intel® Xeon® Platinum 8376H Processor
- Intel® Xeon® Platinum 8376HL Processor
- Intel® Xeon® Platinum 8380H Processor
- Intel® Xeon® Platinum 8380HL Processor

- Intel CPUs based on the 10nm microarchitecture codenamed “Sunny Cove,” including, *e.g.*:
  - CPUs in the 3rd Generation Intel Xeon Scalable Processor Family codenamed “Ice Lake” that included multiple cores, per-core P-states, multiple levels of cache memory for each core, and a PCU that is responsible for coordinating core C-states, including, *e.g.*:
    - Intel® Xeon® Gold 5315Y Processor
    - Intel® Xeon® Gold 5317 Processor
    - Intel® Xeon® Gold 5318N Processor
    - Intel® Xeon® Gold 5318S Processor

- Intel® Xeon® Gold 5318Y Processor
- Intel® Xeon® Gold 5320 Processor
- Intel® Xeon® Gold 5320T Processor
- Intel® Xeon® Gold 6312U Processor
- Intel® Xeon® Gold 6314U Processor
- Intel® Xeon® Gold 6326 Processor
- Intel® Xeon® Gold 6330 Processor
- Intel® Xeon® Gold 6330N Processor
- Intel® Xeon® Gold 6334 Processor
- Intel® Xeon® Gold 6336Y Processor
- Intel® Xeon® Gold 6338 Processor
- Intel® Xeon® Gold 6338N Processor
- Intel® Xeon® Gold 6338T Processor
- Intel® Xeon® Gold 6342 Processor
- Intel® Xeon® Gold 6346 Processor
- Intel® Xeon® Gold 6348 Processor
- Intel® Xeon® Gold 6354 Processor
- Intel® Xeon® Platinum 8351N Processor
- Intel® Xeon® Platinum 8352M Processor
- Intel® Xeon® Platinum 8352S Processor
- Intel® Xeon® Platinum 8352V Processor
- Intel® Xeon® Platinum 8352Y Processor
- Intel® Xeon® Platinum 8358 Processor
- Intel® Xeon® Platinum 8358P Processor
- Intel® Xeon® Platinum 8360Y Processor

- Intel® Xeon® Platinum 8362 Processor
- Intel® Xeon® Platinum 8368 Processor
- Intel® Xeon® Platinum 8368Q Processor
- Intel® Xeon® Platinum 8380 Processor
- Intel® Xeon® Silver 4309Y Processor
- Intel® Xeon® Silver 4310 Processor
- Intel® Xeon® Silver 4310T Processor
- Intel® Xeon® Silver 4314 Processor
- Intel® Xeon® Silver 4316 Processor

Dated: September 25, 2026

Respectfully submitted,

By: */s/ Vishesh Narayen*

David Silbert (*pro hac vice*)
dsilbert@keker.com
Erin E. Meyer (*pro hac vice*)
emeyer@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)
abruns@keker.com
Vishesh Narayen (*pro hac vice*)
vnarayen@keker.com
Ryan J. Hayward (*pro hac vice*)
rhayward@keker.com
Jacqueline Concilla (*pro hac vice*)
jconcilla@keker.com
Niharika Sachdeva (*pro hac vice*)
nsachdeva@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400

Arthur Gollwitzer, III
agollwitzer@jw.com

Paige Vonne Welch
pwelch@jw.com
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701
Tel: (512) 236-2000

*Attorneys for Defendant*
*Google LLC*